Charles M. Lizza
William C. Baton
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiff*
*Jazz Pharmaceuticals Research UK Limited*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JAZZ PHARMACEUTICALS RESEARCH UK LIMITED (f/k/a GW RESEARCH LIMITED),**<br><br>**Plaintiff,**<br><br>v.<br><br>**APOTEX INC., INVAGEN PHARMACEUTICALS, INC., CIPLA LTD., CIPLA USA, INC., API PHARMA TECH LLC, LUPIN LTD., TARO PHARMACEUTICAL INDUSTRIES LTD., ASCENT PHARMACEUTICALS, INC., ZENARA PHARMA PRIVATE LTD., and BIOPHORE PHARMA, INC.,**<br><br>**Defendants.** | **Civil Action No. _____**<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**(Filed Electronically)** |

Plaintiff Jazz Pharmaceuticals Research UK Limited ("Jazz"), formerly known as GW

Research Limited, by its undersigned attorneys, for its Complaint against defendants Apotex Inc.

("Apotex"), InvaGen Pharmaceuticals, Inc. ("InvaGen"), Cipla Ltd., Cipla USA, Inc. ("Cipla

USA") (Cipla Ltd. and Cipla USA, together, "Cipla"), API Pharma Tech LLC ("API Pharma"),

Lupin Ltd. ("Lupin"), Taro Pharmaceutical Industries Ltd. ("Taro"), Ascent Pharmaceuticals,

Inc. ("Ascent"), and Zenara Pharma Private Ltd. ("Zenara"), and Biophore Pharma, Inc. ("Biophore") (Apotex, InvaGen, Cipla, API Pharma, Lupin, Taro, Ascent, Zenara, and Biophore, collectively, "Defendants"), alleges as follows:

### Nature of the Action

1.      This complaint is an action for patent infringement under the patent laws of the United States, 35 U.S.C. §100, *et seq.*, arising from the Defendants' filing of their respective Abbreviated New Drug Applications ("ANDAs") Nos. 217699 ("Apotex's ANDA"), 217522 ("InvaGen's ANDA"), 217871 ("Lupin's ANDA"), 217930 ("Taro's ANDA"), 217994 ("Ascent's ANDA"), and 217910 ("Biophore's and Zenara's ANDA"), with the United States Food and Drug Administration ("FDA") seeking approval to commercially market generic versions of Jazz's cannabidiol oral solution drug product prior to the expiration of United States Patent No. 11,963,937 ("the '937 patent"), owned by Jazz.

### The Parties

2.      Plaintiff Jazz is a biopharmaceutical company focused on discovering, developing, and commercializing novel therapeutics from its proprietary cannabinoid product platform in a broad range of disease areas.  One such product, Epidiolex® (cannabidiol) oral solution, is approved in patients one-year and older for the treatment of seizures associated with Lennox-Gastaut Syndrome ("LGS"), Dravet Syndrome ("DS"), and Tuberous Sclerosis Complex ("TSC"), all of which are rare diseases characterized by severe early-onset epilepsy.  Epidiolex® is the first and only plant-derived cannabinoid medicine approved by the FDA.

3.      Jazz is a corporation existing under the laws of the United Kingdom, having a principal place of business in Cambridge, UK.

4.      On information and belief, Apotex is a corporation organized and existing under the laws of Canada, having a principal place of business at 150 Signet Drive, Toronto, Ontario, M9L 1T9 Canada.

5.      On information and belief, InvaGen is a corporation organized and existing under the laws of New York, having a principal place of business at 7 Oser Avenue, Hauppauge, New York 11788.  On further information and belief, InvaGen is an indirect, 100% wholly owned subsidiary of Cipla Ltd.

6.      On information and belief, Cipla Ltd. is a corporation organized and existing under the laws of India, having a principal place of business at Cipla House, Peninsula Business Park, Ganpatrao Kadam Marg, Lower Parel, Mumbai, 400 013, India.

7.      On information and belief, Cipla USA is a corporation organized and existing under the laws of Delaware, having a principal place of business at 10 Independence Boulevard, Suite 300, Warren, New Jersey 07059.  On further information and belief, Cipla USA is a 100% fully owned subsidiary of InvaGen.

8.      On information and belief, API Pharma is a corporation organized and existing under the laws of New Jersey, having a principal place of business at 7 Deer Park Drive, Suite M1, Princeton Corporate Plaza, Monmouth Junction, New Jersey 08852.

9.      On information and belief, Lupin is a corporation organized and existing under the laws of India, having a principal place of business at B/4 Laxmi Towers, Bandra Kurla Complex, Bandra (E), Mumbai, 400 051, India.

10.      On information and belief, Taro is a corporation organized and existing under the laws of Israel, having a principal place of business at 14 Hakitor Street, Haifa Bay 26247, Israel.

11. On information and belief, Ascent is a corporation organized and existing under the laws of New York, having a principal place of business at 400 South Technology Drive, Central Islip, New York.

12. On information and belief, Zenara is a corporation organized and existing under the laws of India, having a principal place of business at Plot No. 83/B, 84 & 87-96, Phase III, IDA Cherlapally, Hyderabad 500051, India.

13. On information and belief, Biophore is a corporation organized and existing under the laws of New Jersey, having a principal place of business at 1 Deerpark Drive, Suite F8, Monmouth Junction, NJ 08852.

### The Patent-in-Suit

14. On April 23, 2024, the United States Patent and Trademark Office ("USPTO") duly and lawfully issued the '937 patent, entitled "Use of Cannabinoids in the Treatment of Epilepsy" to Jazz as assignee. The face of the '937 patent identifies Geoffrey Guy, Stephen Wright, and Orrin Devinsky as the inventors. A copy of the '937 patent is attached hereto as Exhibit A.

### The Epidiolex® Drug Product

15. Jazz holds an approved New Drug Application ("NDA") under Section 505(a) of the Federal Food Drug and Cosmetic Act ("FFDCA"), 21 U.S.C. § 355(a), for cannabidiol 100 mg/mL oral solution ("NDA No. 210365"), which is sold under the trade name Epidiolex®. Epidiolex® is approved in patients one year of age and older for the treatment of seizures associated with LGS, DS, or TSC, all of which are rare diseases characterized by severe early-onset epilepsy. Epidiolex® is the first and only plant-derived cannabinoid medicine approved by the FDA. The claims of the '937 patent cover, *inter alia*, cannabidiol pharmaceutical compositions and methods of using Epidiolex® to treat LGS and/or DS.

16. Pursuant to 21 U.S.C. § 355(b)(1) and attendant FDA regulations, the '937 patent is listed in the FDA publication, "Approved Drug Products with Therapeutic Equivalence Evaluations" (the "Orange Book"), with respect to Epidiolex®.

### Jurisdiction and Venue: Apotex

17. This Court has jurisdiction over the subject matter of Count I against Apotex pursuant to 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202.

18. As set forth in Paragraphs 19-23 below, the Court has personal jurisdiction over Apotex by virtue of, *inter alia*, its systematic and continuous contacts with the State of New Jersey.

19. On information and belief, Apotex purposefully has conducted and continues to conduct business in this Judicial District.

20. On information and belief, Apotex is in the business of, among other things, manufacturing, marketing, importing, offering for sale, and selling pharmaceutical products, including generic drug products, throughout the United States, including in this Judicial District.

21. On information and belief, this Judicial District will be a destination for the generic version of Jazz's cannabidiol oral solution drug product for which Apotex seeks FDA approval to manufacture, market, import, offer for sale, and/or sell pursuant to ANDA No. 217699 ("Apotex's Proposed Product").

22. Apotex has consented to personal jurisdiction in this Court in numerous recent actions arising out of its ANDA filings and has filed counterclaims in such cases. *See, e.g., Amgen Inc. v. Apotex Inc.*, No. 22-cv-03827 (D.N.J.); *Supernus Pharms., Inc. v. Apotex Inc. et al.*, No. 20-cv-07870 (D.N.J.); *Boehringer Ingelheim Pharms., Inc. et al. v. Apotex Inc. et al.*, No. 18-cv-11350 (D.N.J.); *Pantheon Softgels Inc. et al. v. Apotex Inc. et al.*, No. 17-cv-13819 (D.N.J.); *Merck Sharp & Dohme Corp. v. Apotex Inc. et al.*, No. 17-cv-5399 (D.N.J.); *Dexcel*

*Pharma Techs. Ltd. et al. v. Apotex Corp. et al.*, No. 17-cv-2423 (D.N.J.).  Apotex has purposefully availed itself of the rights, benefits, and privileges of New Jersey by asserting counterclaims in this Court.

23. In *Jazz Pharm. Research UK Ltd. v. Teva Pharm., Inc., et al.*, No. 23-cv-00018 (MEF)(AME) (D.N.J.), involving the same parties, Apotex's Proposed Product, and Apotex's ANDA, Apotex did not contest personal jurisdiction or venue.

24. In the alternative, this Court has personal jurisdiction over Apotex because the requirements of Federal Rule of Civil Procedure 4(k)(2) are met as (a) Jazz's claims arise under federal law; (b) Apotex is a foreign defendant not subject to general personal jurisdiction in the courts of any state; and (c) Apotex has sufficient contacts with the United States as a whole, including, but not limited to, preparing and submitting ANDAs to the FDA and/or manufacturing, importing, offering to sell, or selling pharmaceutical products that are distributed throughout the United States, such that this Court's exercise of jurisdiction over Apotex satisfies due process.

25. At least because, on information and belief, Apotex is a foreign company, venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(c)(3) and 28 U.S.C. § 1400(b).

### Jurisdiction and Venue: InvaGen, Cipla, and API Pharma

26. This Court has jurisdiction over the subject matter of Count II against InvaGen, Cipla, and API Pharma pursuant to 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202.

27. As set forth in Paragraphs 28-38 below, the Court has personal jurisdiction over InvaGen by virtue of, *inter alia*, its systematic and continuous contacts with the State of New Jersey.

28.     On information and belief, InvaGen, alone or in concert with Cipla Ltd. and/or Cipla USA, purposefully has conducted and continues to conduct business in this Judicial District.

29.     On information and belief, InvaGen is in the business of, among other things, manufacturing, marketing, importing, offering for sale, and selling pharmaceutical products, including generic drug products, throughout the United States, including in this Judicial District.

30.     On information and belief, this Judicial District will be a destination for the generic version of Jazz's cannabidiol oral solution drug product for which InvaGen seeks FDA approval to manufacture, market, import, offer for sale, and/or sell pursuant to ANDA No. 217522 ("InvaGen's Proposed Product").

31.     On information and belief, InvaGen will work in concert with API Pharma, Cipla Ltd., and/or Cipla USA toward the regulatory approval, manufacturing, use, importation, marketing, offer for sale, sale, and distribution of generic pharmaceutical products, including InvaGen's Proposed Product, throughout the United States, including in New Jersey and in this Judicial District, prior to the expiration of the '937 patent.

32.     On information and belief, InvaGen conducts business in this Judicial District through its wholly owned subsidiary, Cipla USA.  On information and belief, InvaGen does not maintain its own website.  Potential customers who search the internet for "InvaGen Pharmaceuticals" are instead directed to the webpage of Cipla USA:



33.    In recent filings with the Patent Trial and Appeal Board, InvaGen represented that it "has a 100% fully owned subsidiary named Cipla USA Inc.," and that Cipla USA was a "real party-in-interest" to InvaGen's Petition for Inter Partes Review.  *See* Petition for Inter Partes Review of U.S. Patent No. 10,828,310, *InvaGen Pharmaceuticals, Inc. v. Bayer Pharma*, Case IPR2022-01515 (P.T.A.B. Sept. 8, 2022).

34.    On information and belief, Cipla USA acts at the direction, and for the benefit, of InvaGen, and is an agent / alter ego of InvaGen.

35.    On information and belief, InvaGen is registered with the State of New Jersey's Division of Revenue and Enterprise Services as a business operating in New Jersey under Business ID No. 0450360045.

36.    InvaGen has consented to personal jurisdiction in this Court in recent actions arising out of its ANDA filings and has filed counterclaims in such cases.  *See, e.g.*, *Sumitomo Dainippon Pharma Co., Ltd. v. Aurobindo Pharma Ltd. et al.*, No. 18-cv-2620 (D.N.J.). InvaGen has purposefully availed itself of the rights, benefits, and privileges of New Jersey by asserting counterclaims in this Court.

37.     Further, InvaGen has previously submitted to the jurisdiction of this Court and has availed itself of the legal protections of the State of New Jersey, having previously transferred a case into this Judicial District by stating that "personal jurisdiction exists in New Jersey over both InvaGen and [its co-defendant]." *Roxane Labs., Inc. v. Camber Pharms., Inc.*, No. 14-cv-4042, ECF No. 28 at 18 (D.N.J. Apr. 4, 2014).

38.     In *Jazz Pharm. Research UK Ltd. v. Teva Pharm., Inc., et al.*, No. 23-cv-00018 (MEF)(AME) (D.N.J.), involving the same parties, InvaGen's ANDA, and InvaGen's Proposed Product, InvaGen stipulated that it would not contest personal jurisdiction or venue. *See id.* at ECF No. 45.

39.     For at least the foregoing reasons set forth above in Paragraphs 28-38, venue is proper in this Judicial District with respect to InvaGen pursuant to 28 U.S.C. § 1400(b).

40.     As set forth in Paragraphs 41-47 below, the Court has personal jurisdiction over Cipla USA by virtue of, *inter alia*, its systematic and continuous contacts with the State of New Jersey.

41.     On information and belief, Cipla USA, alone or at the direction of Cipla Ltd. and/or InvaGen, purposefully has conducted and continues to conduct business in this Judicial District.

42.     On information and belief, Cipla USA, is in the business of, among other things, manufacturing, marketing, importing, offering for sale, and selling pharmaceutical products, including generic drug products, throughout the United States, including in this Judicial District.

43.     On information and belief, Cipla USA will work in concert with API Pharma, Cipla Ltd., and/or InvaGen toward the regulatory approval, manufacturing, use, importation, marketing, offer for sale, sale, and distribution of generic pharmaceutical products, including

InvaGen's Proposed Product, throughout the United States, including in New Jersey and in this Judicial District, prior to the expiration of the '937 patent.

44. On information and belief, Cipla USA maintains a physical place of business in this Judicial District, in at least Warren, New Jersey. *See* https://www.ciplausa.com/about-us (last visited, June 20, 2024).

45. On information and belief, Cipla USA is registered with the State of New Jersey's Division of Revenue and Enterprise Services as a business operating in New Jersey under Business ID No. 0450318628.

46. On information and belief, Cipla USA is registered with the State of New Jersey's Department of Health as a drug manufacturer and wholesaler operating in New Jersey under the registration number 5005183.

47. In *Jazz Pharm. Research UK Ltd. v. Teva Pharm., Inc., et al.*, No. 23-cv-00018 (MEF)(AME) (D.N.J.), Cipla USA stipulated that it would not contest personal jurisdiction or venue. *See id.* at ECF No. 45.

48. For at least the foregoing reasons set forth above in Paragraphs 41-47, venue is proper in this Judicial District with respect to Cipla USA pursuant to 28 U.S.C. § 1400(b).

49. As set forth in Paragraphs 50-59 below, the Court has personal jurisdiction over Cipla Ltd. by virtue of, *inter alia*, its systematic and continuous contacts with the State of New Jersey.

50. On information and belief, Cipla Ltd., alone or through its indirect, wholly owned subsidiaries Cipla USA and InvaGen, purposefully has conducted and continues to conduct business in this Judicial District.

51.     On information and belief, Cipla Ltd., alone or through its indirect, wholly owned subsidiaries Cipla USA and InvaGen, is in the business of, among other things, manufacturing, marketing, importing, offering for sale, and selling pharmaceutical products, including generic drug products, throughout the United States, including in this Judicial District.

52.     On information and belief, Cipla Ltd. will work in concert with API Pharma, Cipla USA, and/or InvaGen toward the regulatory approval, manufacturing, use, importation, marketing, offer for sale, sale, and distribution of generic pharmaceutical products, including InvaGen's Proposed Product, throughout the United States, including in New Jersey and in this Judicial District, prior to the expiration of the '937 patent.

53.     On information and belief, InvaGen acts at the direction, and for the benefit, of Cipla Ltd., and is an agent/alter ego of Cipla Ltd.

54.     On information and belief, Cipla Ltd. considers ANDAs owned by InvaGen amongst the ANDAs owned by Cipla Ltd.  *See* Cipla Ltd. 2022 Annual Report at 63 (available at https://www.cipla.com/sites/default/files/Annual-Report-2021-22-single-page.pdf (last visited, June 20, 2024)); *see also id.* at 116 (figures "include ANDAs owned by Cipla and InvaGen Pharmaceuticals Inc.").

55.     On information and belief, Cipla Ltd. "includes" revenues raised by InvaGen in its own year-over-year sales figures for the North American region.  *See id.* at 115.

56.     On information and belief, several individuals are directors of both Cipla Ltd. and InvaGen.  *Id.* at 172 (identifying "Ms Punita Lal," "Mr P R Ramesh," and "Mr Robert Stewart" as "Independent Directors" of both InvaGen and Cipla Ltd.).

57.     On information and belief, Cipla Ltd. "has given guarantees in favor of various banks" in connection with loans obtained by InvaGen.  *See id.* at 256, 268.

58.     This Court has personal jurisdiction over Cipla Ltd. because, *inter alia*, it: (1) has purposefully availed itself of the privilege of doing business in New Jersey, including directly or indirectly through its subsidiary, agent, and/or alter ego, InvaGen; and (2) maintains extensive and systematic contacts with the State of New Jersey, including the marketing, distribution, and/or sale of generic pharmaceutical drugs in New Jersey, including through, directly or indirectly, InvaGen. On information and belief, InvaGen acts at the direction, and for the benefit, of Cipla Ltd., and is controlled and/or dominated by Cipla Ltd.

59.     In *Jazz Pharm. Research UK Ltd. v. Teva Pharm., Inc., et al.*, No. 23-cv-00018 (MEF)(AME) (D.N.J.), Cipla Ltd. stipulated that it would not contest personal jurisdiction or venue. *See id.* at ECF No. 45.

60.     In the alternative, this Court has personal jurisdiction over Cipla Ltd. because the requirements of Fed. R. Civ. P. 4(k)(2) are met as (a) Jazz's claims arise under federal law; (b) Cipla Ltd. is a foreign defendant not subject to general personal jurisdiction in the courts of any state; and (c) Cipla Ltd. has sufficient contacts with the United States as a whole, including, but not limited to, preparing and submitting ANDAs to the FDA and/or manufacturing, importing, offering to sell, and/or selling pharmaceutical products that are distributed throughout the United States, such that this Court's exercise of jurisdiction over Cipla Ltd. satisfies due process.

61.     At least because, on information and belief, Cipla Ltd. is a foreign company, venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1391 and/or 1400(b).

62.     As set forth in Paragraphs 63-69 below, the Court has personal jurisdiction over API Pharma by virtue of, *inter alia*, its systematic and continuous contacts with the State of New Jersey.

63.  On information and belief, API Pharma purposefully has conducted and continues to conduct business in this Judicial District.

64.  On information and belief, API Pharma is in the business of, among other things, manufacturing, marketing, importing, offering for sale, and selling pharmaceutical products, including generic drug products, throughout the United States, including in this Judicial District.

65.  On information and belief, API Pharma will work in concert with Cipla USA, Cipla Ltd., and/or InvaGen toward the regulatory approval, manufacturing, use, importation, marketing, offer for sale, sale, and distribution of generic pharmaceutical products, including InvaGen's Proposed Product, throughout the United States, including in New Jersey and in this Judicial District, prior to the expiration of the '937 patent.

66.  On information and belief, API Pharma is incorporated in New Jersey and maintains a physical place of business in this Judicial District, in at least Monmouth Junction, New Jersey.  *See* https://www.apipharmatech.com/about-us/vision-mission/ (last visited, June 20, 2024).

67.  On information and belief, API Pharma is registered with the State of New Jersey's Division of Revenue and Enterprise Services as a business operating in New Jersey under Business ID No. 0450081108.

68.  On information and belief, API Pharma is registered with the State of New Jersey's Department of Health as a drug manufacturer operating in New Jersey under the registration number 5005711.

69.  In *Jazz Pharm. Research UK Ltd. v. Teva Pharm., Inc., et al.*, No. 23-cv-00018 (MEF)(AME) (D.N.J.), API Pharma stipulated that it would not contest personal jurisdiction or venue.  *See id.* at ECF No. 45.

70.    For at least the foregoing reasons set forth above in Paragraphs 63-69, venue is proper in this Judicial District with respect to API Pharma pursuant to 28 U.S.C. § 1400(b).

**Jurisdiction and Venue: Lupin**

71.    This Court has jurisdiction over the subject matter of Count III against Lupin pursuant to 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202.

72.    As set forth in Paragraphs 73-77 below, the Court has personal jurisdiction over Lupin by virtue of, *inter alia*, its systematic and continuous contacts with the State of New Jersey.

73.    On information and belief, Lupin purposefully has conducted and continues to conduct business in this Judicial District.

74.    On information and belief, Lupin is in the business of, among other things, manufacturing, marketing, importing, offering for sale, and selling pharmaceutical products, including generic drug products, throughout the United States, including in this Judicial District.

75.    On information and belief, this Judicial District will be a destination for the generic version of Jazz's cannabidiol oral solution drug product for which Lupin seeks FDA approval to manufacture, market, import, offer for sale, and/or sell pursuant to ANDA No. 217871 ("Lupin's Proposed Product").

76.    On information and belief, Lupin maintains a physical place of business in this Judicial District, in at least Somerset, New Jersey.  Lupin's website states that its "first and only commercial manufacturing facility in the United States is located in Somerset, New Jersey. Lupin's New Jersey facility encompasses all functional areas of pharmaceutical manufacturing including quality control, packaging, production, quality assurance, regulatory affairs, research and development, formulation, and technical services."  *See* https://www.lupin.com/US/lupin-u-s-locations/ (last visited, June 20, 2024).  Lupin's most recent annual report, specifically points

to both "research" and "manufacturing" activities in New Jersey when describing the company's "Global Footprint." *See* https://www.lupin.com/wp-content/uploads/2023/07/integrated-report-consolidated.pdf (last visited, June 20, 2024).

77.     In *Jazz Pharm. Research UK Ltd. v. Teva Pharm., Inc., et al.*, No. 23-cv-00018 (MEF)(AME) (D.N.J.), involving the same parties, Lupin's ANDA, and Lupin's Proposed Product, Lupin did not contest personal jurisdiction or venue.

78.     In the alternative, this Court has personal jurisdiction over Lupin because the requirements of Federal Rule of Civil Procedure 4(k)(2) are met as (a) Jazz's claims arise under federal law; (b) Lupin is a foreign defendant not subject to general personal jurisdiction in the courts of any state; and (c) Lupin has sufficient contacts with the United States as a whole, including, but not limited to, preparing and submitting ANDAs to the FDA and/or manufacturing, importing, offering to sell, or selling pharmaceutical products that are distributed throughout the United States, such that this Court's exercise of jurisdiction over Lupin satisfies due process.

79.     At least because, on information and belief, Lupin is a foreign company, venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(c)(3) and 28 U.S.C. § 1400(b).

### Jurisdiction and Venue: Taro

80.     This Court has jurisdiction over the subject matter of Count IV against Taro pursuant to 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202.

81.     As set forth in Paragraphs 82-88 below, the Court has personal jurisdiction over Taro by virtue of, *inter alia*, its systematic and continuous contacts with the State of New Jersey.

82.     On information and belief, Taro purposefully has conducted and continues to conduct business in this Judicial District.

83.     On information and belief, Taro is in the business of, among other things, manufacturing, marketing, importing, offering for sale, and selling pharmaceutical products, including generic drug products, throughout the United States, including in this Judicial District.

84.     On information and belief, this Judicial District will be a destination for the generic version of Jazz's cannabidiol oral solution drug product for which Taro seeks FDA approval to manufacture, market, import, offer for sale, and/or sell pursuant to ANDA No. 217930 ("Taro's Proposed Product").

85.     On information and belief, Taro maintains a physical place of business in this Judicial District, in at least Cranbury, New Jersey.  On information and belief, Taro Pharmaceuticals USA, Inc. ("Taro USA") is an indirect, wholly owned subsidiary of Taro.  On information and belief, Taro maintains a physical place of business in Cranbury through its wholly owned subsidiary, Taro USA.

86.     Taro has consented to personal jurisdiction in this Court in recent actions arising out of its ANDA filings and has filed counterclaims in such cases.  *See, e.g., Horizon Therapeutics, LLC v. Taro Pharm. Indus. Ltd. et al.*, No. 22-cv-04663 (D.N.J.).  Taro has purposefully availed itself of the rights, benefits, and privileges of New Jersey by asserting counterclaims in this Court.

87.     Taro's Notice Letter consents to jurisdiction in the State of New Jersey by directing that "service of process for Taro in connection with the Taro ANDA" is to be carried out in Princeton, New Jersey.

88.     In *Jazz Pharm. Research UK Ltd. v. Teva Pharm., Inc., et al.*, No. 23-cv-00018 (MEF)(AME) (D.N.J.), involving the same parties, Taro's ANDA, and Taro's Proposed Product, Taro did not contest personal jurisdiction or venue.

89.  In the alternative, this Court has personal jurisdiction over Taro because the requirements of Federal Rule of Civil Procedure 4(k)(2) are met as (a) Jazz's claims arise under federal law; (b) Taro is a foreign defendant not subject to general personal jurisdiction in the courts of any state; and (c) Taro has sufficient contacts with the United States as a whole, including, but not limited to, preparing and submitting ANDAs to the FDA and/or manufacturing, importing, offering to sell, or selling pharmaceutical products that are distributed throughout the United States, such that this Court's exercise of jurisdiction over Taro satisfies due process.

90.  At least because, on information and belief, Taro is a foreign company, venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(c)(3) and 28 U.S.C. § 1400(b).

### Jurisdiction and Venue: Ascent

91.  This Court has jurisdiction over the subject matter of Count V against Ascent pursuant to 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202.

92.  As set forth in Paragraphs 93-98 below, the Court has personal jurisdiction over Ascent by virtue of, *inter alia*, its systematic and continuous contacts with the State of New Jersey.

93.  On information and belief, Ascent purposefully has conducted and continues to conduct business in this Judicial District.

94.  On information and belief, Ascent is in the business of, among other things, manufacturing, marketing, importing, offering for sale, and selling pharmaceutical products, including generic drug products, throughout the United States, including in this Judicial District.

95.  On information and belief, this Judicial District will be a destination for the generic version of Jazz's cannabidiol oral solution drug product for which Ascent seeks FDA

approval to manufacture, market, import, offer for sale, and/or sell pursuant to ANDA No. 217994 ("Ascent's Proposed Product").

96.    On information and belief, Ascent has registered with the State of New Jersey's Department of Health as a drug wholesaler and manufacturer operating in New Jersey under the registration number 5005459.

97.    Ascent has consented to personal jurisdiction in this Court in recent actions arising out of its ANDA filings and has filed counterclaims in such cases. *See, e.g., Tris Pharma, Inc. v. Ascent Pharm., Inc.*, No. 21-cv-12867 (D.N.J.). Ascent has purposefully availed itself of the rights, benefits, and privileges of New Jersey by asserting counterclaims in this Court.

98.    In *Jazz Pharm. Research UK Ltd. v. Teva Pharm., Inc., et al.*, No. 23-cv-00018 (MEF)(AME) (D.N.J.), involving the same parties, Ascent's ANDA, and Ascent's Proposed Product, Ascent did not contest personal jurisdiction or venue.

99.    For at least the foregoing reasons set forth above in Paragraphs 93-98, venue is proper in this Judicial District with respect to Ascent pursuant to 28 U.S.C. § 1400(b).

### Jurisdiction and Venue: Biophore and Zenara

100.    This Court has jurisdiction over the subject matter of Count VI against Biophore and Zenara pursuant to 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202.

101.    As set forth in Paragraphs 102-107 below, the Court has personal jurisdiction over Biophore by virtue of, *inter alia*, its systematic and continuous contacts with the State of New Jersey.

102.    On information and belief, Biophore purposefully has conducted and continues to conduct business in this Judicial District.

103.     On information and belief, Biophore is in the business of, among other things, manufacturing, marketing, importing, offering for sale, and selling pharmaceutical products, including generic drug products, throughout the United States, including in this Judicial District.

104.     On information and belief, this Judicial District will be a destination for the generic version of Jazz's cannabidiol oral solution drug product for which Biophore and Zenara seek FDA approval to manufacture, market, import, offer for sale, and/or sell pursuant to ANDA No. 217910 ("Biophore's and Zenara's Proposed Product").

105.     On information and belief, Biophore is incorporated in the state of New Jersey and maintains a physical place of business in this Judicial District, in at least Monmouth Junction, New Jersey.

106.     On information and belief, Biophore is registered with the State of New Jersey's Division of Revenue and Enterprise Services as a business operating in New Jersey under Business ID No. 0400378257.

107.     In *Jazz Pharm. Research UK Ltd. v. Teva Pharm., Inc., et al.*, No. 23-cv-00018 (MEF)(AME) (D.N.J.), involving the same parties, Biophore's and Zenara's Proposed Product, and Biophore's and Zenara's ANDA, Biophore did not contest personal jurisdiction or venue.

108.     For at least the foregoing reasons set forth above in Paragraphs 102-107, venue is proper in this Judicial District with respect to Biophore pursuant to 28 U.S.C. § 1400(b).

109.     As set forth in Paragraphs 110-113 below, the Court has personal jurisdiction over Zenara by virtue of, *inter alia*, its systematic and continuous contacts with the State of New Jersey.

110.     On information and belief, Zenara purposefully has conducted and continues to conduct business in this Judicial District.

- 19 -

111.    On information and belief, Zenara is in the business of, among other things, manufacturing, marketing, importing, offering for sale, and selling pharmaceutical products, including generic drug products, throughout the United States, including in this Judicial District.

112.    On information and belief, this Judicial District will be a destination for Biophore's and Zenara's Proposed Product.

113.    In *Jazz Pharm. Research UK Ltd. v. Teva Pharm., Inc., et al.*, No. 23-cv-00018 (MEF)(AME) (D.N.J.), involving the same parties, Biophore's and Zenara's Proposed Product, and Biophore's and Zenara's ANDA, Zenara did not contest personal jurisdiction or venue.

114.    In the alternative, this Court has personal jurisdiction over Zenara because the requirements of Federal Rule of Civil Procedure 4(k)(2) are met as (a) Jazz's claims arise under federal law; (b) Zenara is a foreign defendant not subject to general personal jurisdiction in the courts of any state; and (c) Zenara has sufficient contacts with the United States as a whole, including, but not limited to, preparing and submitting ANDAs to the FDA and/or manufacturing, importing, offering to sell, or selling pharmaceutical products that are distributed throughout the United States, such that this Court's exercise of jurisdiction over Zenara satisfies due process.

115.    At least because, on information and belief, Zenara is a foreign company, venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(c)(3) and 28 U.S.C. § 1400(b).

### Acts Giving Rise To Count I Against Apotex

116.    Pursuant to Section 505 of the FFDCA, Apotex filed ANDA No. 217699 seeking approval to engage in the commercial manufacture, use, sale, offer for sale, or importation of Apotex's Proposed Product, before the '937 patent expires.

117.    No earlier than November 28, 2022, Apotex sent written notice of a Paragraph IV Certification ("Apotex's Notice Letter") to Jazz.  According to Apotex's Notice Letter, Apotex

filed an ANDA pursuant to Section 505 of the FFDCA seeking approval to engage in the commercial manufacture, use, offer for sale, sale, or importation into the United States of Apotex's Proposed Product before expiration of the patents listed in the Orange Book with respect to Epidiolex®.

118.    On information and belief, in connection with the filing of its ANDA as described above, Apotex provided a written certification to the FDA, as called for by Section 505 of the FFDCA, 21 U.S.C. § 355(j)(2)(A)(vii)(IV), indicating that it seeks to obtain approval of its ANDA to engage in the commercial manufacture, use, or sale of Apotex's Proposed Product before the expiration of the Orange Book patents with respect to Epidiolex®, one of which is the '937 patent.

119.    On information and belief, following FDA approval of Apotex's ANDA, Apotex will make, use, offer to sell, or sell Apotex's Proposed Product throughout the United States, or import such a generic product into the United States.

**Acts Giving Rise To Count II Against InvaGen, Cipla, and API Pharma**

120.    Pursuant to Section 505 of the FFDCA, API Pharma filed ANDA No. 217522 seeking approval to engage in the commercial manufacture, use, sale, offer for sale, or importation of InvaGen's Proposed Product, before the '937 patent expires.

121.    No earlier than December 2, 2022, InvaGen sent written notice of a Paragraph IV Certification ("InvaGen's First Notice Letter") to Jazz.  No earlier than October 26, 2023, InvaGen sent written notice of a second Paragraph IV Certification ("InvaGen's Second Notice Letter") to Jazz.  No earlier than December 4, 2023, InvaGen sent written notice of a third Paragraph IV Certification ("InvaGen's Third Notice Letter") to Jazz.  No earlier than April 12, 2024, InvaGen sent written notice of a fourth Paragraph IV Certification ("InvaGen's Fourth Notice Letter") to Jazz.  According to InvaGen's Notice Letters, API Pharma filed an ANDA

- 21 -

pursuant to Section 505 of the FFDCA seeking approval to engage in the commercial manufacture, use, offer for sale, sale, or importation into the United States of InvaGen's Proposed Product before expiration of the patents listed in the Orange Book with respect to Epidiolex®.

122.   On information and belief, in connection with the filing of the ANDA as described above, API Pharma provided a written certification to the FDA, as called for by Section 505 of the FFDCA, 21 U.S.C. § 355(j)(2)(A)(vii)(IV), indicating that it seeks to obtain approval of its ANDA to engage in the commercial manufacture, use, or sale of InvaGen's Proposed Product before the expiration of the Orange Book patents with respect to Epidiolex®, one of which is the '937 patent.

123.   According to InvaGen's First Notice Letter, after the FDA had received API Pharma's Paragraph IV Certification, API Pharma transferred ownership of ANDA No. 217522 to InvaGen "in accordance with 21 CFR § 314.72(a)(1)."

124.   On information and belief, and as evidenced by the facts set forth in Paragraphs 26-69 and 120-123 above, following FDA approval of ANDA No. 217522, InvaGen, Cipla, and API Pharma will act in concert to make, use, offer to sell, or sell InvaGen's Proposed Product throughout the United States, or import such a generic product into the United States.

125.   On information and belief, and as evidenced by the facts set forth in Paragraphs 26-69 and 120-124 above, following FDA approval of ANDA No. 217522, InvaGen, Cipla, and API Pharma intend to directly benefit from sales of InvaGen's Proposed Product.

### Acts Giving Rise to Count III Against Lupin

126.   Pursuant to Section 505 of the FFDCA, Lupin filed ANDA No. 217871 seeking approval to engage in the commercial manufacture, use, sale, offer for sale, or importation of Lupin's Proposed Product, before the '937 patent expires.

127.     No earlier than December 2, 2022, Lupin sent written notice of a Paragraph IV Certification ("Lupin's First Notice Letter") to Jazz.  No earlier than July 7, 2023, Lupin sent written notice of a second Paragraph IV Certification ("Lupin's Second Notice Letter") to Jazz. According to Lupin's Notice Letters, Lupin filed an ANDA pursuant to Section 505 of the FFDCA seeking approval to engage in the commercial manufacture, use, offer for sale, sale, or importation into the United States of Lupin's Proposed Product before expiration of the patents listed in the Orange Book with respect to Epidiolex®.

128.     On information and belief, in connection with the filing of its ANDA as described above, Lupin provided a written certification to the FDA, as called for by Section 505 of the FFDCA, 21 U.S.C. § 355(j)(2)(A)(vii)(IV), indicating that it seeks to obtain approval of its ANDA to engage in the commercial manufacture, use, or sale of Lupin's Proposed Product before the expiration of the Orange Book patents with respect to Epidiolex®, one of which is the '937 patent.

129.     On information and belief, following FDA approval of Lupin's ANDA, Lupin will make, use, offer to sell, or sell Lupin's Proposed Product throughout the United States, or import such a generic product into the United States.

**Acts Giving Rise to Count IV Against Taro**

130.     Pursuant to Section 505 of the FFDCA, Taro filed ANDA No. 217930 seeking approval to engage in the commercial manufacture, use, sale, offer for sale, or importation of Taro's Proposed Product, before the '937 patent expires.

131.     No earlier than December 5, 2022, Taro sent written notice of a Paragraph IV Certification ("Taro's First Notice Letter") to Jazz.  No earlier than June 23, 2023, Taro sent written notice of a second Paragraph IV Certification ("Taro's Second Notice Letter") to Jazz. No earlier than September 15, 2023, Taro sent written notice of a third Paragraph IV

Certification ("Taro's Third Notice Letter") to Jazz.  No earlier than December 7, 2023, Taro

sent written notice of a fourth Paragraph IV Certification ("Taro's Fourth Notice Letter") to Jazz.

No earlier than February 29, 2024, Taro sent written notice of a fifth Paragraph IV Certification

("Taro's Fifth Notice Letter") to Jazz.  According to Taro's Notice Letters, Taro filed an ANDA

pursuant to Section 505 of the FFDCA seeking approval to engage in the commercial

manufacture, use, offer for sale, sale, or importation into the United States of Taro's Proposed

Product before expiration of the patents listed in the Orange Book with respect to Epidiolex®.

132.    On information and belief, in connection with the filing of its ANDA as described

above, Taro provided written certifications to the FDA, as called for by Section 505 of the

FFDCA, 21 U.S.C. § 355(j)(2)(A)(vii)(IV), indicating that it seeks to obtain approval of its

ANDA to engage in the commercial manufacture, use, or sale of Taro's Proposed Product before

the expiration of the Orange Book patents with respect to Epidiolex®, one of which is the '937

patent.

133.    On information and belief, following FDA approval of Taro's ANDA, Taro will

make, use, offer to sell, or sell Taro's Proposed Product throughout the United States, or import

such a generic product into the United States.

### Acts Giving Rise to Count V Against Ascent

134.    Pursuant to Section 505 of the FFDCA, Ascent filed ANDA No. 217994 seeking

approval to engage in the commercial manufacture, use, sale, offer for sale, or importation of

Ascent's Proposed Product, before the '937 patent expires.

135.    No earlier than December 6, 2022, Ascent sent written notice of a Paragraph IV

Certification ("Ascent's First Notice Letter") to Jazz.  No earlier than November 14, 2023,

Ascent sent written notice of a second Paragraph IV Certification ("Ascent's Second Notice

Letter") to Jazz.  According to Ascent's Notice Letters, Ascent filed an ANDA pursuant to

Section 505 of the FFDCA seeking approval to engage in the commercial manufacture, use, offer for sale, sale, or importation into the United States of Ascent's Proposed Product before expiration of the patents listed in the Orange Book with respect to Epidiolex®.

136. On information and belief, in connection with the filing of its ANDA as described above, Ascent provided a written certification to the FDA, as called for by Section 505 of the FFDCA, 21 U.S.C. § 355(j)(2)(A)(vii)(IV), indicating that it seeks to obtain approval of its ANDA to engage in the commercial manufacture, use, or sale of Ascent's Proposed Product before the expiration of the Orange Book patents with respect to Epidiolex®, one of which is the '937 patent.

137. On information and belief, following FDA approval of Ascent's ANDA, Ascent will make, use, offer to sell, or sell Ascent's Proposed Product throughout the United States, or import such a generic product into the United States.

**Acts Giving Rise to Count VI Against Biophore and Zenara**

138. Pursuant to Section 505 of the FFDCA, Biophore and Zenara filed ANDA No. 217910 seeking approval to engage in the commercial manufacture, use, sale, offer for sale, or importation of Biophore's and Zenara's Proposed Product, before the '937 patent expires.

139. No earlier than December 6, 2022, Biophore and Zenara sent written notice of a Paragraph IV Certification ("Biophore's and Zenara's First Notice Letter") to Jazz. No earlier than June 2, 2023, Biophore and Zenara sent written notice of a second Paragraph IV Certification ("Biophore's and Zenara's Second Notice Letter") to Jazz. According to Biophore's and Zenara's Notice Letters, Biophore and Zenara filed an ANDA pursuant to Section 505 of the FFDCA seeking approval to engage in the commercial manufacture, use, offer for sale, sale, or importation into the United States of Biophore's and Zenara's Proposed Product before expiration of the patents listed in the Orange Book with respect to Epidiolex®.

140. Biophore's and Zenara's Notice Letters collectively refer to both Biophore and Zenara as "Zenara" and state that these two entities "collectively . . . filed an Abbreviated New Drug Application ('ANDA') under 21 U.S.C. § 355(j) to obtain approval from the U.S. Food & Drug Administration ('FDA') to market cannabidiol oral solution, 100 mg/mL . . . prior to the expiration of [certain of the patents listed in the Orange Book with respect to Epidiolex®]."

141. On information and belief, in connection with the filing of their ANDA as described above, Biophore and Zenara provided written certifications to the FDA, as called for by Section 505 of the FFDCA, 21 U.S.C. § 355(j)(2)(A)(vii)(IV), indicating that they seek to obtain approval of its ANDA to engage in the commercial manufacture, use, or sale of Biophore's and Zenara's Proposed Product before the expiration of the Orange Book patents with respect to Epidiolex®, one of which is the '937 patent.

142. On information and belief, following FDA approval of Biophore's and Zenara's ANDA, Biophore and Zenara will make, use, offer to sell, or sell Biophore's and Zenara's Proposed Product throughout the United States, or import such a generic product into the United States.

<u>Count I: Infringement of the '937 Patent by Apotex</u>

143. Jazz repeats and realleges the allegations of the preceding paragraphs as if fully set forth herein.

144. Apotex's submission of its ANDA to engage in the commercial manufacture, use, offer for sale, sale, or importation into the United States of Apotex's Proposed Product, prior to the expiration of the '937 patent, constitutes infringement of one or more of the claims of that patent under 35 U.S.C. § 271(e)(2)(A), including at least claim 1.

145. A justiciable controversy exists between the parties hereto as to the infringement of the '937 patent.

146. Unless enjoined by this Court, upon FDA approval of Apotex's ANDA, Apotex will infringe one or more claims of the '937 patent under 35 U.S.C. § 271(a), including at least claim 1, by making, using, offering to sell, selling, and/or importing Apotex's Proposed Product in the United States.

147. Unless enjoined by this Court, upon FDA approval of Apotex's ANDA, Apotex will induce infringement of one or more claims of the '937 patent under 35 U.S.C. § 271(b), including at least claim 1, by making, using, offering to sell, selling, and/or importing Apotex's Proposed Product in the United States.  On information and belief, upon FDA approval of Apotex's ANDA, Apotex will intentionally encourage acts of direct infringement with knowledge of the '937 patent and knowledge that its acts are encouraging infringement.

148. Unless enjoined by this Court, upon FDA approval of Apotex's ANDA, Apotex will contributorily infringe one or more claims of the '937 patent under 35 U.S.C. § 271(c), including at least claim 1, by making, using, offering to sell, selling, and/or importing Apotex's Proposed Product in the United States.  On information and belief, Apotex knew and knows that Apotex's Proposed Product is designed for a use that infringes one or more claims of the '937 patent, and Apotex's Proposed Product lacks a substantial non-infringing use.

149. Failure to enjoin Apotex's infringement of the '937 patent will substantially and irreparably damage Jazz.

150. Jazz does not have an adequate remedy at law.

**Count II: Infringement of the '937 Patent by InvaGen, Cipla and API Pharma**

151.    Jazz repeats and realleges the allegations of the preceding paragraphs as if fully set forth herein.

152.    The submission of ANDA No. 217522 to engage in the commercial manufacture, use, offer for sale, sale, or importation into the United States of InvaGen's Proposed Product, prior to the expiration of the '937 patent, constitutes infringement of one or more of the claims of that patent under 35 U.S.C. § 271(e)(2)(A), including at least claim 1.

153.    A justiciable controversy exists between the parties hereto as to the infringement of the '937 patent.

154.    Unless enjoined by this Court, upon FDA approval of InvaGen's ANDA, InvaGen, Cipla, and API Pharma will infringe one or more claims of the '937 patent under 35 U.S.C. § 271(a), including at least claim 1, by making, using, offering to sell, selling, and/or importing InvaGen's Proposed Product in the United States.

155.    Unless enjoined by this Court, upon FDA approval of InvaGen's ANDA, InvaGen, Cipla, and/or API Pharma will induce infringement of one or more claims of the '937 patent under 35 U.S.C. § 271(b), including at least claim 1, by making, using, offering to sell, selling, and/or importing InvaGen's Proposed Product in the United States.  On information and belief, upon FDA approval of InvaGen's ANDA, InvaGen, Cipla and/or API Pharma will intentionally encourage acts of direct infringement with knowledge of the '937 patent and knowledge that their acts are encouraging infringement.

156.    Unless enjoined by this Court, upon FDA approval of InvaGen's ANDA, InvaGen, Cipla, and/or API Pharma will contributorily infringe one or more claims of the '937 patent under 35 U.S.C. § 271(c), including at least claim 1, by making, using, offering to sell,

selling, and/or importing InvaGen's Proposed Product in the United States. On information and belief, InvaGen, Cipla, and/or API Pharma knew and knows that InvaGen's Proposed Product is designed for a use that infringes one or more claims of the '937 patent, and InvaGen's Proposed Product lacks a substantial non-infringing use.

157. Failure to enjoin InvaGen's, Cipla's, and API Pharma's infringement of the '937 patent will substantially and irreparably damage Jazz.

158. Jazz does not have an adequate remedy at law.

### Count III: Infringement of the '937 Patent by Lupin

159. Jazz repeats and realleges the allegations of the preceding paragraphs as if fully set forth herein.

160. Lupin's submission of its ANDA to engage in the commercial manufacture, use, offer for sale, sale, or importation into the United States of Lupin's Proposed Product, prior to the expiration of the '937 patent, constitutes infringement of one or more of the claims of that patent under 35 U.S.C. § 271(e)(2)(A), including at least claim 1.

161. A justiciable controversy exists between the parties hereto as to the infringement of the '937 patent.

162. Unless enjoined by this Court, upon FDA approval of Lupin's ANDA, Lupin will infringe one or more claims of the '937 patent under 35 U.S.C. § 271(a), including at least claim 1, by making, using, offering to sell, selling, and/or importing Lupin's Proposed Product in the United States.

163. Unless enjoined by this Court, upon FDA approval of Lupin's ANDA, Lupin will induce infringement of one or more claims of the '937 patent under 35 U.S.C. § 271(b), including at least claim 1, by making, using, offering to sell, selling, and/or importing Lupin's

Proposed Product in the United States. On information and belief, upon FDA approval of Lupin's ANDA, Lupin will intentionally encourage acts of direct infringement with knowledge of the '937 patent and knowledge that its acts are encouraging infringement.

164. Unless enjoined by this Court, upon FDA approval of Lupin's ANDA, Lupin will contributorily infringe one or more claims of the '937 patent under 35 U.S.C. § 271(c), including at least claim 1, by making, using, offering to sell, selling, and/or importing Lupin's Proposed Product in the United States. On information and belief, Lupin knew and knows that Lupin's Proposed Product is designed for a use that infringes one or more claims of the '937 patent, and Lupin's Proposed Product lacks a substantial non-infringing use.

165. Failure to enjoin Lupin's infringement of the '937 patent will substantially and irreparably damage Jazz.

166. Jazz does not have an adequate remedy at law.

## Count IV: Infringement of the '937 Patent by Taro

167. Jazz repeats and realleges the allegations of the preceding paragraphs as if fully set forth herein.

168. Taro's submission of its ANDA to engage in the commercial manufacture, use, offer for sale, sale, or importation into the United States of Taro's Proposed Product, prior to the expiration of the '937 patent, constitutes infringement of one or more of the claims of that patent under 35 U.S.C. § 271(e)(2)(A), including at least claim 1.

169. A justiciable controversy exists between the parties hereto as to the infringement of the '937 patent.

170. Unless enjoined by this Court, upon FDA approval of Taro's ANDA, Taro will infringe one or more claims of the '937 patent under 35 U.S.C. § 271(a), including at least claim

1, by making, using, offering to sell, selling, and/or importing Taro's Proposed Product in the United States.

171.    Unless enjoined by this Court, upon FDA approval of Taro's ANDA, Taro will induce infringement of one or more claims of the '937 patent under 35 U.S.C. § 271(b), including at least claim 1, by making, using, offering to sell, selling, and/or importing Taro's Proposed Product in the United States.  On information and belief, upon FDA approval of Taro's ANDA, Taro will intentionally encourage acts of direct infringement with knowledge of the '937 patent and knowledge that its acts are encouraging infringement.

172.    Unless enjoined by this Court, upon FDA approval of Taro's ANDA, Taro will contributorily infringe one or more claims of the '937 patent under 35 U.S.C. § 271(c), including at least claim 1, by making, using, offering to sell, selling, and/or importing Taro's Proposed Product in the United States.  On information and belief, Taro knew and knows that Taro's Proposed Product is designed for a use that infringes one or more claims of the '937 patent, and Taro's Proposed Product lacks a substantial non-infringing use.

173.    Failure to enjoin Taro's infringement of the '937 patent will substantially and irreparably damage Jazz.

174.    Jazz does not have an adequate remedy at law.

### Count V: Infringement of the '937 Patent by Ascent

175.    Jazz repeats and realleges the allegations of the preceding paragraphs as if fully set forth herein.

176.    Ascent's submission of its ANDA to engage in the commercial manufacture, use, offer for sale, sale, or importation into the United States of Ascent's Proposed Product, prior to

the expiration of the '937 patent, constitutes infringement of one or more of the claims of that patent under 35 U.S.C. § 271(e)(2)(A), including at least claim 1.

177.   A justiciable controversy exists between the parties hereto as to the infringement of the '937 patent.

178.   Unless enjoined by this Court, upon FDA approval of Ascent's ANDA, Ascent will infringe one or more claims of the '937 patent under 35 U.S.C. § 271(a), including at least claim 1, by making, using, offering to sell, selling, and/or importing Ascent's Proposed Product in the United States.

179.   Unless enjoined by this Court, upon FDA approval of Ascent's ANDA, Ascent will induce infringement of one or more claims of the '937 patent under 35 U.S.C. § 271(b), including at least claim 1, by making, using, offering to sell, selling, and/or importing Ascent's Proposed Product in the United States.  On information and belief, upon FDA approval of Ascent's ANDA, Ascent will intentionally encourage acts of direct infringement with knowledge of the '937 patent and knowledge that its acts are encouraging infringement.

180.   Unless enjoined by this Court, upon FDA approval of Ascent's ANDA, Ascent will contributorily infringe one or more claims of the '937 patent under 35 U.S.C. § 271(c), including at least claim 1, by making, using, offering to sell, selling, and/or importing Ascent's Proposed Product in the United States.  On information and belief, Ascent knew and knows that Ascent's Proposed Product is designed for a use that infringes one or more claims of the '937 patent, and Ascent's Proposed Product lacks a substantial non-infringing use.

181.   Failure to enjoin Ascent's infringement of the '937 patent will substantially and irreparably damage Jazz.

182.   Jazz does not have an adequate remedy at law.

**Count VI: Infringement of the '937 Patent by Biophore and Zenara**

183.    Jazz repeats and realleges the allegations of the preceding paragraphs as if fully set forth herein.

184.    Biophore's and Zenara's submission of their ANDA to engage in the commercial manufacture, use, offer for sale, sale, or importation into the United States of Biophore's and Zenara's Proposed Product, prior to the expiration of the '937 patent, constitutes infringement of one or more of the claims of that patent under 35 U.S.C. § 271(e)(2)(A), including at least claim 1.

185.    A justiciable controversy exists between the parties hereto as to the infringement of the '937 patent.

186.    Unless enjoined by this Court, upon FDA approval of Biophore's and Zenara's ANDA, Biophore and Zenara will infringe one or more claims of the '937 patent under 35 U.S.C. § 271(a), including at least claim 1, by making, using, offering to sell, selling, and/or importing Biophore's and Zenara's Proposed Product in the United States.

187.    Unless enjoined by this Court, upon FDA approval of Biophore's and Zenara's ANDA, Biophore and Zenara will induce infringement of one or more claims of the '937 patent under 35 U.S.C. § 271(b), including at least claim 1, by making, using, offering to sell, selling, and/or importing Biophore's and Zenara's Proposed Product in the United States.  On information and belief, upon FDA approval of Biophore's and Zenara's ANDA, Biophore and Zenara will intentionally encourage acts of direct infringement with knowledge of the '937 patent and knowledge that their acts are encouraging infringement.

188.    Unless enjoined by this Court, upon FDA approval of Biophore's and Zenara's ANDA, Biophore and Zenara will contributorily infringe one or more claims of the '937 patent

under 35 U.S.C. § 271(c), including at least claim 1, by making, using, offering to sell, selling, and/or importing Biophore's and Zenara's Proposed Product in the United States.  On information and belief, Biophore and Zenara knew and know that Biophore's and Zenara's Proposed Product is designed for a use that infringes one or more claims of the '937 patent, and Biophore's and Zenara's Proposed Product lacks a substantial non-infringing use.

189.    Failure to enjoin Biophore's and Zenara's infringement of the '937 patent will substantially and irreparably damage Jazz.

190.    Jazz does not have an adequate remedy at law.

### PRAYER FOR RELIEF AGAINST APOTEX

WHEREFORE, Plaintiff Jazz respectfully requests the following relief:

(A)    A Judgment that Apotex infringed one or more claims of the '937 patent by submitting ANDA No. 217699;

(B)    A Judgment that Apotex has infringed, and that Apotex's making, using, offering to sell, selling, or importing Apotex's Proposed Product will infringe one or more claims of the '937 patent;

(C)    An Order, pursuant to 35 U.S.C. § 271(e)(4)(A), that the effective date of FDA approval of ANDA No. 217699 be a date no earlier than the later of the expiration of the '937 patent, or any later expiration of exclusivity to which Jazz is or becomes entitled;

(D)    Preliminary and permanent injunctions enjoining Apotex and its officers, agents, attorneys and employees, and those acting in privity or concert with them, from making, using, offering to sell, selling, or importing Apotex's Proposed Product until after the expiration of the '937 patent, or any later expiration of exclusivity to which Jazz is or becomes entitled;

(E)    A permanent injunction, pursuant to 35 U.S.C. § 271(e)(4)(B), restraining and enjoining Apotex, its officers, agents, attorneys and employees, and those acting in privity or

concert with them, from practicing any method claimed in the '937 patent, or from actively inducing or contributing to the infringement of any claim of the '937 patent, until after the expiration of the '937 patent, or any later expiration of exclusivity to which Jazz is or becomes entitled;

(F)     A Judgment that the commercial manufacture, use, importation into the United States, offer for sale, and/or sale of Apotex's Proposed Product will directly infringe, induce and/or contribute to infringement of one or more claims of the '937 patent;

(G)     To the extent that Apotex has committed any acts with respect to the methods claimed in the '937 patent, other than those acts expressly exempted by 35 U.S.C. § 271(e)(1), a Judgment awarding Jazz damages for such acts;

(H)     If Apotex engages in the commercial manufacture, use, importation into the United States, offer for sale, and/or sale of Apotex's Proposed Product prior to the expiration of the '937 patent, a Judgment awarding damages to Jazz resulting from such infringement, together with interest;

(I)     A Judgment declaring that the '937 patent remains valid and enforceable;

(J)     A Judgment that this is an exceptional case pursuant to 35 U.S.C. § 285 and awarding Jazz its attorneys' fees, costs, and expenses incurred in this action; and

(K)     Such further and other relief as this Court may deem just and proper.

**PRAYER FOR RELIEF AGAINST INVAGEN, CIPLA, AND API PHARMA**

WHEREFORE, Plaintiff Jazz respectfully requests the following relief:

(A)     A Judgment that InvaGen, Cipla, and/or API Pharma infringed one or more claims of the '937 patent by submitting ANDA No. 217522;

(B)     A Judgment that InvaGen, Cipla, and/or API Pharma have infringed, and that InvaGen's, Cipla's, and API Pharma's making, using, offering to sell, selling, or importing InvaGen's Proposed Product will infringe one or more claims of the '937 patent;

(C)     An Order, pursuant to 35 U.S.C. § 271(e)(4)(A), that the effective date of FDA approval of ANDA No. 217522 be a date no earlier than the later of the expiration of the '937 patent, or any later expiration of exclusivity to which Jazz is or becomes entitled;

(D)     Preliminary and permanent injunctions enjoining InvaGen, Cipla, and API Pharma, and their officers, agents, attorneys and employees, and those acting in privity or concert with them, from making, using, offering to sell, selling, or importing InvaGen's Proposed Product until after the expiration of the '937 patent, or any later expiration of exclusivity to which Jazz is or becomes entitled;

(E)     A permanent injunction, pursuant to 35 U.S.C. § 271(e)(4)(B), restraining and enjoining InvaGen, Cipla, and API Pharma, and their officers, agents, attorneys and employees, and those acting in privity or concert with them, from practicing any method claimed in the '937 patent, or from actively inducing or contributing to the infringement of any claim of the '937 patent, until after the expiration of the '937 patent, or any later expiration of exclusivity to which Jazz is or becomes entitled;

(F)     A Judgment that the commercial manufacture, use, importation into the United States, offer for sale, and/or sale of InvaGen's Proposed Product will directly infringe, induce and/or contribute to infringement of one or more claims of the '937 patent;

(G)     To the extent that InvaGen, Cipla, and/or API Pharma have committed any acts with respect to the methods claimed in the '937 patent, other than those acts expressly exempted by 35 U.S.C. § 271(e)(1), a Judgment awarding Jazz damages for such acts;

(H)     If InvaGen, Cipla, and/or API Pharma engages in the commercial manufacture, use, importation into the United States, offer for sale, and/or sale of InvaGen's Proposed Product prior to the expiration of the '937 patent, a Judgment awarding damages to Jazz resulting from such infringement, together with interest;

(I)     A Judgment declaring that the '937 patent remains valid and enforceable;

(J)     A Judgment that this case is exceptional pursuant to 35 U.S.C. § 285 and awarding Jazz its attorneys' fees, costs, and expenses incurred in this action; and

(K)     Such further and other relief as this Court may deem just and proper.

## PRAYER FOR RELIEF AGAINST LUPIN

WHEREFORE, Plaintiff Jazz respectfully requests the following relief:

(A)     A Judgment that Lupin infringed one or more claims of the '937 patent by submitting ANDA No. 217871;

(B)     A Judgment that Lupin has infringed, and that Lupin's making, using, offering to sell, selling, or importing Lupin's Proposed Product will infringe one or more claims of the '937 patent;

(C)     An Order, pursuant to 35 U.S.C. § 271(e)(4)(A), that the effective date of FDA approval of ANDA No. 217871 be a date no earlier than the later of the expiration of the '937 patent, or any later expiration of exclusivity to which Jazz is or becomes entitled;

(D)     Preliminary and permanent injunctions enjoining Lupin and its officers, agents, attorneys and employees, and those acting in privity or concert with them, from making, using, offering to sell, selling, or importing Lupin's Proposed Product until after the expiration of the '937 patent, or any later expiration of exclusivity to which Jazz is or becomes entitled;

(E)     A permanent injunction, pursuant to 35 U.S.C. § 271(e)(4)(B), restraining and enjoining Lupin, its officers, agents, attorneys and employees, and those acting in privity or

concert with them, from practicing any method claimed in the '937 patent, or from actively inducing or contributing to the infringement of any claim of the '937 patent, until after the expiration of the '937 patent, or any later expiration of exclusivity to which Jazz is or becomes entitled;

(F)     A Judgment that the commercial manufacture, use, importation into the United States, offer for sale, and/or sale of Lupin's Proposed Product will directly infringe, induce and/or contribute to infringement of one or more claims of the '937 patent;

(G)     To the extent that Lupin has committed any acts with respect to the methods claimed in the '937 patent, other than those acts expressly exempted by 35 U.S.C. § 271(e)(1), a Judgment awarding Jazz damages for such acts;

(H)     If Lupin engages in the commercial manufacture, use, importation into the United States, offer for sale, and/or sale of Lupin's Proposed Product prior to the expiration of the '937 patent, a Judgment awarding damages to Jazz resulting from such infringement, together with interest;

(I)     A Judgment declaring that the '937 patent remains valid and enforceable;

(J)     A Judgment that this case is exceptional pursuant to 35 U.S.C. § 285 and awarding Jazz its attorneys' fees, costs, and expenses incurred in this action; and

(K)     Such further and other relief as this Court may deem just and proper.

## PRAYER FOR RELIEF AGAINST TARO

WHEREFORE, Plaintiff Jazz respectfully requests the following relief:

(A)     A Judgment that Taro infringed one or more claims of the '937 patent by submitting ANDA No. 217930;

(B)     A Judgment that Taro has infringed, and that Taro's making, using, offering to sell, selling, or importing Taro's Proposed Product will infringe one or more claims of the '937 patent;

(C)     An Order, pursuant to 35 U.S.C. § 271(e)(4)(A), that the effective date of FDA approval of ANDA No. 217930 be a date no earlier than the later of the expiration of the '937 patent, or any later expiration of exclusivity to which Jazz is or becomes entitled;

(D)     Preliminary and permanent injunctions enjoining Taro and its officers, agents, attorneys and employees, and those acting in privity or concert with them, from making, using, offering to sell, selling, or importing Taro's Proposed Product until after the expiration of the '937 patent, or any later expiration of exclusivity to which Jazz is or becomes entitled;

(E)     A permanent injunction, pursuant to 35 U.S.C. § 271(e)(4)(B), restraining and enjoining Taro, its officers, agents, attorneys and employees, and those acting in privity or concert with them, from practicing any method claimed in the '937 patent, or from actively inducing or contributing to the infringement of any claim of the '937 patent, until after the expiration of the '937 patent, or any later expiration of exclusivity to which Jazz is or becomes entitled;

(F)     A Judgment that the commercial manufacture, use, importation into the United States, offer for sale, and/or sale of Taro's Proposed Product will directly infringe, induce and/or contribute to infringement of one or more claims of the '937 patent;

(G)     To the extent that Taro has committed any acts with respect to the methods claimed in the '937 patent, other than those acts expressly exempted by 35 U.S.C. § 271(e)(1), a Judgment awarding Jazz damages for such acts;

(H)     If Taro engages in the commercial manufacture, use, importation into the United States, offer for sale, and/or sale of Taro's Proposed Product prior to the expiration of the '937 patent, a Judgment awarding damages to Jazz resulting from such infringement, together with interest;

(I)     A Judgment declaring that the '937 patent remains valid and enforceable;

(J)     A Judgment that this case is exceptional pursuant to 35 U.S.C. § 285 and awarding Jazz its attorneys' fees, costs, and expenses incurred in this action; and

(K)     Such further and other relief as this Court may deem just and proper.

### PRAYER FOR RELIEF AGAINST ASCENT

WHEREFORE, Plaintiff Jazz respectfully requests the following relief:

(A)     A Judgment that Ascent infringed one or more claims of the '937 patent by submitting ANDA No. 217994;

(B)     A Judgment that Ascent has infringed, and that Ascent's making, using, offering to sell, selling, or importing Ascent's Proposed Product will infringe one or more claims of the '937 patent;

(C)     An Order, pursuant to 35 U.S.C. § 271(e)(4)(A), that the effective date of FDA approval of ANDA No. 217994 be a date no earlier than the later of the expiration of the '937 patent, or any later expiration of exclusivity to which Jazz is or becomes entitled;

(D)     Preliminary and permanent injunctions enjoining Ascent and its officers, agents, attorneys and employees, and those acting in privity or concert with them, from making, using, offering to sell, selling, or importing Ascent's Proposed Product until after the expiration of the '937 patent, or any later expiration of exclusivity to which Jazz is or becomes entitled;

(E)     A permanent injunction, pursuant to 35 U.S.C. § 271(e)(4)(B), restraining and enjoining Ascent, its officers, agents, attorneys and employees, and those acting in privity or

concert with them, from practicing any method claimed in the '937 patent, or from actively inducing or contributing to the infringement of any claim of the '937 patent, until after the expiration of the '937 patent, or any later expiration of exclusivity to which Jazz is or becomes entitled;

(F)     A Judgment that the commercial manufacture, use, importation into the United States, offer for sale, and/or sale of Ascent's Proposed Product will directly infringe, induce and/or contribute to infringement of one or more claims of the '937 patent;

(G)     To the extent that Ascent has committed any acts with respect to the methods claimed in the '937 patent, other than those acts expressly exempted by 35 U.S.C. § 271(e)(1), a Judgment awarding Jazz damages for such acts;

(H)     If Ascent engages in the commercial manufacture, use, importation into the United States, offer for sale, and/or sale of Ascent's Proposed Product prior to the expiration of the '937 patent, a Judgment awarding damages to Jazz resulting from such infringement, together with interest;

(I)     A Judgment declaring that the '937 patent remains valid and enforceable;

(J)     A Judgment that this case is exceptional pursuant to 35 U.S.C. § 285 and awarding Jazz its attorneys' fees, costs, and expenses incurred in this action; and

(K)     Such further and other relief as this Court may deem just and proper.

**PRAYER FOR RELIEF AGAINST BIOPHORE AND ZENARA**

WHEREFORE, Plaintiff Jazz respectfully requests the following relief:

(A)     A Judgment that Biophore and Zenara infringed one or more claims of the '937 patent by submitting ANDA No. 217910;

- 41 -

(B)     A Judgment that Biophore and Zenara have infringed, and that Biophore's and Zenara's making, using, offering to sell, selling, or importing Biophore's and Zenara's Proposed Product will infringe one or more claims of the '937 patent;

(C)     An Order, pursuant to 35 U.S.C. § 271(e)(4)(A), that the effective date of FDA approval of ANDA No. 217910 be a date no earlier than the later of the expiration of the '937 patent, or any later expiration of exclusivity to which Jazz is or becomes entitled;

(D)     Preliminary and permanent injunctions enjoining Biophore and Zenara and their officers, agents, attorneys and employees, and those acting in privity or concert with them, from making, using, offering to sell, selling, or importing Biophore's and Zenara's Proposed Product until after the expiration of the '937 patent, or any later expiration of exclusivity to which Jazz is or becomes entitled;

(E)     A permanent injunction, pursuant to 35 U.S.C. § 271(e)(4)(B), restraining and enjoining Biophore and Zenara, their officers, agents, attorneys and employees, and those acting in privity or concert with them, from practicing any method claimed in the '937 patent, or from actively inducing or contributing to the infringement of any claim of the '937 patent, until after the expiration of the '937 patent, or any later expiration of exclusivity to which Jazz is or becomes entitled;

(F)     A Judgment that the commercial manufacture, use, importation into the United States, offer for sale, and/or sale of Biophore's and Zenara's Proposed Product will directly infringe, induce and/or contribute to infringement of one or more claims of the '937 patentt;

(G)     To the extent that Biophore and Zenara have committed any acts with respect to the methods claimed in the '937 patent, other than those acts expressly exempted by 35 U.S.C. § 271(e)(1), a Judgment awarding Jazz damages for such acts;

(H)     If Biophore and Zenara engage in the commercial manufacture, use, importation into the United States, offer for sale, and/or sale of Biophore's and Zenara's Proposed Product prior to the expiration of the '937 patent, a Judgment awarding damages to Jazz resulting from such infringement, together with interest;

(I)     A Judgment declaring that the '937 patent remains valid and enforceable;

(J)     A Judgment that this case is exceptional pursuant to 35 U.S.C. § 285 and awarding Jazz its attorneys' fees, costs, and expenses incurred in this action; and

(K)     Such further and other relief as this Court may deem just and proper.


Dated:  July 3, 2024                                     By: s/ Charles M. Lizza
                                                        Charles M. Lizza
                                                        William C. Baton
                                                        Sarah A. Sullivan
*Of Counsel*:                                           Alexander L. Callo
                                                        SAUL EWING LLP
F. Dominic Cerrito                                      One Riverfront Plaza, Suite 1520
Eric C. Stops                                           Newark, New Jersey  07102-5426
Evangeline Shih                                         (973) 286-6700
Daniel C. Wiesner                                       clizza@saul.com
Nicholas A. LoCastro
QUINN EMANUEL URQUHART & SULLIVAN, LLP                  *Attorneys for Plaintiff*
51 Madison Avenue, 22nd Floor                           *Jazz Pharmaceuticals Research UK*
New York, New York  10010                               *Limited*
(212) 849-7000


- 43 -

## CERTIFICATION PURSUANT TO L. CIV. R. 11.2 & 40.1

Pursuant to Local Civil Rules 11.2 and 40.1, I hereby certify that the matters captioned *Jazz Pharmaceuticals Research UK Limited  v. Teva Pharm., Inc., et al.*, Civil Action No. 23-cv-00018 (MEF)(AME) (D.N.J.); *Jazz Pharmaceuticals Research UK Limited v. Teva Pharm., Inc., et al.*, Civil Action No. 23-cv-03914 (MEF)(AME) (D.N.J.); and *Jazz Pharmaceuticals Research UK Limited v. Apotex Inc. et al.*, Civil Action No. 23-cv-23141 (MEF)(AME) (D.N.J.) are related to the matter in controversy because the matter in controversy involves the same Plaintiff, some of the same Defendants, related patents with common inventors, and because Defendants are seeking FDA approval to market a generic version of the same pharmaceutical product.

I further certify that, to the best of my knowledge, the matter in controversy is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.

Dated:  July 3, 2024

*Of Counsel*:

F. Dominic Cerrito
Eric C. Stops
Evangeline Shih
Daniel C. Wiesner
Nicholas A. LoCastro
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
(212) 849-7000

By: s/ Charles M. Lizza
    Charles M. Lizza
    William C. Baton
    Sarah A. Sullivan
    Alexander L. Callo
    SAUL EWING LLP
    One Riverfront Plaza, Suite 1520
    Newark, New Jersey  07102-5426
    (973) 286-6700
    clizza@saul.com

    *Attorneys for Plaintiff*
    *Jazz Pharmaceuticals Research UK Limited*

- 44 -

# EXHIBIT A



US011963937B2

## (12) United States Patent
### Guy et al.

(10) **Patent No.:**    **US 11,963,937 B2**
(45) **Date of Patent:**    *Apr. 23, 2024

(54) **USE OF CANNABINOIDS IN THE TREATMENT OF EPILEPSY**

(71) Applicant: **GW Research Limited**, Cambridge (GB)

(72) Inventors: **Geoffrey Guy**, Cambridge (GB); **Stephen Wright**, Altrincham (GB); **Orrin Devinsky**, New York, NY (US)

(73) Assignee: **GW Research Limited**, Cambridge (GB)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **18/320,906**

(22) Filed: **May 19, 2023**

(65) **Prior Publication Data**

US 2023/0301936 A1    Sep. 28, 2023

**Related U.S. Application Data**

(63) Continuation of application No. 17/472,016, filed on Sep. 10, 2021, now Pat. No. 11,701,330, which is a continuation of application No. 17/119,873, filed on Dec. 11, 2020, now Pat. No. 11,154,516, which is a continuation of application No. 16/791,940, filed on

(Continued)

(30) **Foreign Application Priority Data**

Jun. 17, 2014    (GB) ...................................... 1410771
Apr. 17, 2015    (GB) ...................................... 1506550

(51) **Int. Cl.**
| | |
|---|---|
| *A61K 31/05* | (2006.01) |
| *A61K 9/00* | (2006.01) |
| *A61K 9/08* | (2006.01) |
| *A61K 31/165* | (2006.01) |
| *A61K 31/19* | (2006.01) |
| *A61K 31/195* | (2006.01) |
| *A61K 31/197* | (2006.01) |
| *A61K 31/20* | (2006.01) |
| *A61K 31/27* | (2006.01) |
| *A61K 31/35* | (2006.01) |
| *A61K 31/352* | (2006.01) |
| *A61K 31/36* | (2006.01) |
| *A61K 31/4015* | (2006.01) |
| *A61K 31/4166* | (2006.01) |
| *A61K 31/423* | (2006.01) |
| *A61K 31/444* | (2006.01) |
| *A61K 31/496* | (2006.01) |
| *A61K 31/515* | (2006.01) |
| *A61K 31/53* | (2006.01) |
| *A61K 31/55* | (2006.01) |
| *A61K 31/551* | (2006.01) |
| *A61K 31/5513* | (2006.01) |
| *A61K 31/5517* | (2006.01) |
| *A61K 31/7048* | (2006.01) |
| *A61K 36/185* | (2006.01) |
| *A61K 45/06* | (2006.01) |
| *A61K 47/10* | (2017.01) |

(Continued)

(52) **U.S. Cl.**
CPC ............ *A61K 31/05* (2013.01); *A61K 9/0053* (2013.01); *A61K 9/08* (2013.01); *A61K 31/165* (2013.01); *A61K 31/19* (2013.01); *A61K 31/195* (2013.01); *A61K 31/197* (2013.01); *A61K 31/20* (2013.01); *A61K 31/27* (2013.01); *A61K 31/35* (2013.01); *A61K 31/352* (2013.01); *A61K 31/36* (2013.01); *A61K 31/4015* (2013.01); *A61K 31/4166* (2013.01); *A61K 31/423* (2013.01); *A61K 31/444* (2013.01); *A61K 31/496* (2013.01); *A61K 31/515* (2013.01); *A61K 31/53* (2013.01); *A61K 31/55* (2013.01); *A61K 31/551* (2013.01); *A61K 31/5513* (2013.01); *A61K 31/5517* (2013.01); *A61K 31/7048* (2013.01); *A61K 36/185* (2013.01); *A61K 45/06* (2013.01); *A61K 47/10* (2013.01); *A61K 47/26* (2013.01); *A61K 47/44* (2013.01)

(58) **Field of Classification Search**
CPC ...................................................... A61K 31/05
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,304,669 | A | 12/1942 | Adams |
| 6,383,513 | B1 | 5/2002 | Watts et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CA | 2737447 | A1 | 10/2012 |
| CA | 2859934 | A1 | 3/2016 |

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 62/004,495, filed May 29, 2014, Vangara et al.

(Continued)

*Primary Examiner* — Matthew P Coughlin

(74) *Attorney, Agent, or Firm* — COOLEY LLP

(57) **ABSTRACT**

The present disclosure relates to the use of cannabidiol (CBD) for the reduction of total convulsive seizure frequency in the treatment of "treatment-resistant epilepsy" (TRE). In particular, the disclosure relates to the use of CBD of treating TRE when the TRE is Dravet syndrome; myoclonic absence seizures or febrile infection related epilepsy syndrome (FIRES). The disclosure further relates to the use of CBD in combination with one or more anti-epileptic drugs (AEDs).

**29 Claims, No Drawings**

## Related U.S. Application Data

Feb. 14, 2020, now abandoned, which is a continuation of application No. 15/948,412, filed on Apr. 9, 2018, now Pat. No. 10,603,288, which is a continuation of application No. 15/449,084, filed on Mar. 3, 2017, now Pat. No. 9,956,183, which is a continuation of application No. 15/284,766, filed on Oct. 4, 2016, now Pat. No. 9,949,936, which is a continuation of application No. 14/741,783, filed on Jun. 17, 2015, now Pat. No. 9,474,726.

(51) **Int. Cl.**
*A61K 47/26* (2006.01)
*A61K 47/44* (2017.01)

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,403,126 | B1 | 6/2002 | Webster | |
| 6,949,582 | B1 | 9/2005 | Wallace | |
| 7,025,992 | B2 | 4/2006 | Whittle et al. | |
| 8,293,786 | B2 | 10/2012 | Stinchcomb | |
| 8,603,515 | B2 | 12/2013 | Whittle | |
| 8,673,368 | B2 | 3/2014 | Guy et al. | |
| 9,017,737 | B2 | 4/2015 | Kikuchi et al. | |
| 9,023,322 | B2 | 5/2015 | Van Damme et al. | |
| 9,066,920 | B2 | 6/2015 | Whalley et al. | |
| 9,095,554 | B2 | 8/2015 | Lewis et al. | |
| 9,125,859 | B2 | 9/2015 | Whalley et al. | |
| 9,168,278 | B2 | 10/2015 | Guy et al. | |
| 9,259,449 | B2 | 2/2016 | Raderman | |
| 9,474,726 | B2 | 10/2016 | Guy et al. | |
| 9,477,019 | B2 | 10/2016 | Li et al. | |
| 9,492,438 | B2 | 11/2016 | Pollard | |
| 9,522,123 | B2 | 12/2016 | Whalley et al. | |
| 9,630,941 | B2 | 4/2017 | Elsohly et al. | |
| 9,680,796 | B2 | 6/2017 | Miller et al. | |
| 9,730,911 | B2 | 8/2017 | Verzura et al. | |
| 9,949,936 | B2 | 4/2018 | Guy et al. | |
| 9,949,937 | B2 * | 4/2018 | Guy | A61K 31/515 |
| 9,956,183 | B2 * | 5/2018 | Guy | A61K 9/08 |
| 9,956,184 | B2 * | 5/2018 | Guy | A61K 31/5513 |
| 9,956,185 | B2 * | 5/2018 | Guy | A61K 31/165 |
| 9,956,186 | B2 * | 5/2018 | Guy | A61K 31/53 |
| 10,092,525 | B2 * | 10/2018 | Guy | A61K 45/06 |
| 10,111,840 | B2 * | 10/2018 | Guy | A61K 31/352 |
| 10,137,095 | B2 * | 11/2018 | Guy | A61K 31/352 |
| 10,583,096 | B2 | 3/2020 | Guy et al. | |
| 10,603,288 | B2 * | 3/2020 | Guy | A61K 31/423 |
| 10,709,671 | B2 | 7/2020 | Guy et al. | |
| 10,709,673 | B2 | 7/2020 | Guy et al. | |
| 10,709,674 | B2 * | 7/2020 | Guy | A61K 31/352 |
| 10,729,665 | B2 | 8/2020 | Whalley et al. | |
| 10,765,643 | B2 | 9/2020 | Guy et al. | |
| 10,807,777 | B2 | 10/2020 | Whittle | |
| 10,849,860 | B2 * | 12/2020 | Guy | A61K 45/06 |
| 10,918,608 | B2 | 2/2021 | Guy et al. | |
| 10,925,525 | B2 | 2/2021 | Nakaji | |
| 10,966,939 | B2 * | 4/2021 | Guy | A61K 47/10 |
| 11,065,209 | B2 | 7/2021 | Guy et al. | |
| 11,065,227 | B2 | 7/2021 | Stott et al. | |
| 11,096,905 | B2 * | 8/2021 | Guy | A61K 9/08 |
| 11,147,776 | B2 | 10/2021 | Stott et al. | |
| 11,147,783 | B2 | 10/2021 | Stott et al. | |
| 11,154,516 | B2 * | 10/2021 | Guy | A61K 47/44 |
| 11,154,517 | B2 | 10/2021 | Guy et al. | |
| 11,160,757 | B1 | 11/2021 | Wilkhu et al. | |
| 11,160,795 | B2 | 11/2021 | Guy et al. | |
| 11,207,292 | B2 * | 12/2021 | Guy | A61K 45/06 |
| 11,229,612 | B2 | 1/2022 | Wright et al. | |
| 11,291,631 | B2 | 4/2022 | Shah | |
| 11,311,498 | B2 * | 4/2022 | Guy | A61K 31/165 |
| 11,357,741 | B2 * | 6/2022 | Guy | A61P 25/10 |
| 11,400,055 | B2 | 8/2022 | Guy et al. | |
| 11,406,623 | B2 | 8/2022 | Guy et al. | |
| 11,419,829 | B2 * | 8/2022 | Whalley | A61K 45/06 |
| 11,426,362 | B2 | 8/2022 | Wright et al. | |
| 11,446,258 | B2 * | 9/2022 | Guy | A61P 25/00 |
| 11,590,087 | B2 | 2/2023 | Guy et al. | |
| 11,633,369 | B2 * | 4/2023 | Guy | A61P 25/08 514/94 |
| 11,701,330 | B2 * | 7/2023 | Guy | A61K 31/352 514/221 |
| 11,709,671 | B2 * | 7/2023 | Joubert | G06F 8/70 717/121 |
| 2004/0034108 | A1 | 2/2004 | Whittle | |
| 2004/0049059 | A1 | 3/2004 | Mueller | |
| 2004/0110828 | A1 | 6/2004 | Chowdhury et al. | |
| 2004/0147767 | A1 | 7/2004 | Whittle et al. | |
| 2005/0042172 | A1 | 2/2005 | Whittle | |
| 2005/0266108 | A1 | 12/2005 | Flockhart et al. | |
| 2006/0039959 | A1 | 2/2006 | Wessling | |
| 2006/0167283 | A1 | 7/2006 | Flockhart et al. | |
| 2007/0060638 | A1 | 3/2007 | Olmstead | |
| 2007/0099987 | A1 | 5/2007 | Weiss et al. | |
| 2007/0238786 | A1 | 10/2007 | Hobden et al. | |
| 2008/0112895 | A1 | 5/2008 | Kottayil et al. | |
| 2008/0119544 | A1 | 5/2008 | Guy et al. | |
| 2008/0188461 | A1 | 8/2008 | Guan | |
| 2009/0036523 | A1 | 2/2009 | Stinchcomb et al. | |
| 2009/0264063 | A1 | 10/2009 | Tinsley et al. | |
| 2009/0306221 | A1 | 12/2009 | Guy et al. | |
| 2010/0239693 | A1 | 9/2010 | Guy et al. | |
| 2010/0273895 | A1 | 10/2010 | Stinchcomb et al. | |
| 2010/0317729 | A1 | 12/2010 | Guy et al. | |
| 2011/0028431 | A1 | 2/2011 | Zerbe et al. | |
| 2011/0033529 | A1 | 2/2011 | Samantaray et al. | |
| 2011/0038958 | A1 | 2/2011 | Kikuchi et al. | |
| 2011/0082195 | A1 | 2/2011 | Guy et al. | |
| 2011/0150825 | A1 | 6/2011 | Buggy et al. | |
| 2012/0004251 | A1 | 1/2012 | Whalley et al. | |
| 2012/0165402 | A1 | 6/2012 | Whalley et al. | |
| 2012/0183606 | A1 | 7/2012 | Bender et al. | |
| 2012/0202891 | A1 | 8/2012 | Stinchcomb et al. | |
| 2012/0270845 | A1 | 10/2012 | Bannister | |
| 2013/0143894 | A1 | 6/2013 | Bergstrom et al. | |
| 2013/0209483 | A1 | 8/2013 | McAllister | |
| 2013/0245110 | A1 | 9/2013 | Guy et al. | |
| 2013/0296398 | A1 | 11/2013 | Whalley et al. | |
| 2014/0100269 | A1 | 4/2014 | Goskonda et al. | |
| 2014/0155456 | A9 | 6/2014 | Whalley et al. | |
| 2014/0243405 | A1 | 8/2014 | Whalley et al. | |
| 2014/0335208 | A1 | 11/2014 | Cawthorne et al. | |
| 2014/0343044 | A1 | 11/2014 | Ceulemens | |
| 2015/0111939 | A1 | 4/2015 | Gruening et al. | |
| 2015/0181924 | A1 | 7/2015 | Llamas | |
| 2015/0320698 | A1 | 11/2015 | Whalley et al. | |
| 2015/0335590 | A1 | 11/2015 | Whalley et al. | |
| 2015/0342902 | A1 | 12/2015 | Vangara et al. | |
| 2015/0343071 | A1 | 12/2015 | Vangara et al. | |
| 2015/0359755 | A1 | 12/2015 | Guy et al. | |
| 2015/0359756 | A1 | 12/2015 | Guy et al. | |
| 2016/0010126 | A1 | 1/2016 | Poulos et al. | |
| 2016/0166498 | A1 | 6/2016 | Anastassov | |
| 2016/0166514 | A1 | 6/2016 | Guy et al. | |
| 2016/0166515 | A1 | 6/2016 | Guy et al. | |
| 2016/0220529 | A1 | 8/2016 | Guy et al. | |
| 2016/0256411 | A1 | 9/2016 | Aung-Din | |
| 2016/0317468 | A1 | 11/2016 | Sankar et al. | |
| 2016/0338974 | A1 | 11/2016 | Aung-Din | |
| 2017/0007551 | A1 | 1/2017 | Guy et al. | |
| 2017/0008868 | A1 | 1/2017 | Dialer et al. | |
| 2017/0172939 | A1 | 6/2017 | Guy et al. | |
| 2017/0172940 | A1 | 6/2017 | Guy et al. | |
| 2017/0172941 | A1 | 6/2017 | Guy et al. | |
| 2017/0173043 | A1 | 6/2017 | Guy et al. | |
| 2017/0173044 | A1 | 6/2017 | Guy et al. | |
| 2017/0181982 | A1 | 6/2017 | Guy et al. | |
| 2017/0224634 | A1 | 8/2017 | Vangara et al. | |
| 2017/0231923 | A1 | 8/2017 | Guy et al. | |
| 2017/0239193 | A1 | 8/2017 | Guy et al. | |
| 2017/0246121 | A1 | 8/2017 | Guy et al. | |
| 2017/0266126 | A1 | 9/2017 | Guy et al. | |

# US 11,963,937 B2

Page 3

(56) **References Cited**

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2017/0273913 A1 | 9/2017 | Wilkhu et al. |
| 2018/0071210 A1 | 3/2018 | Wilkhu et al. |
| 2018/0228751 A1 | 8/2018 | Stott et al. |
| 2018/0338931 A1 | 11/2018 | Guy et al. |
| 2019/0031601 A1 | 1/2019 | Elsohly et al. |
| 2019/0083418 A1 | 3/2019 | Guy et al. |
| 2019/0091171 A1 | 3/2019 | Guy et al. |
| 2019/0160393 A1 | 5/2019 | Marshall et al. |
| 2019/0167583 A1 | 6/2019 | Shah |
| 2019/0175547 A1 | 6/2019 | Stott et al. |
| 2019/0247324 A1 | 8/2019 | Whalley et al. |
| 2019/0314296 A1 | 10/2019 | Wright et al. |
| 2019/0321307 A1 | 10/2019 | Guy et al. |
| 2019/0365667 A1 | 12/2019 | Wright et al. |
| 2020/0000741 A1 | 1/2020 | Guy et al. |
| 2020/0069608 A1 | 3/2020 | Guy et al. |
| 2020/0138738 A1 | 5/2020 | Guy et al. |
| 2020/0179303 A1 | 6/2020 | Guy et al. |
| 2020/0206152 A1 | 7/2020 | Stott et al. |
| 2020/0206153 A1 | 7/2020 | Whalley et al. |
| 2020/0237683 A1 | 7/2020 | Whalley et al. |
| 2020/0297656 A1 | 9/2020 | Guy et al. |
| 2020/0323792 A1 | 10/2020 | Guy et al. |
| 2020/0352878 A1 | 11/2020 | Guy et al. |
| 2020/0368179 A1 | 11/2020 | Guy et al. |
| 2021/0015789 A1 | 1/2021 | Guy et al. |
| 2021/0052512 A1 | 2/2021 | Guy et al. |
| 2021/0059949 A1 | 3/2021 | Wilkhu et al. |
| 2021/0059960 A1 | 3/2021 | Wilkhu et al. |
| 2021/0059976 A1 | 3/2021 | Wilkhu et al. |
| 2021/0093581 A1 | 4/2021 | Guy et al. |
| 2021/0145765 A1 | 5/2021 | Guy et al. |
| 2021/0169824 A1 | 6/2021 | Guy et al. |
| 2021/0177773 A1 | 6/2021 | Guy et al. |
| 2021/0196651 A1 | 7/2021 | Guy et al. |
| 2021/0230145 A1 | 7/2021 | Blankman et al. |
| 2021/0244685 A1 | 8/2021 | Guy et al. |
| 2021/0167950 A1 | 9/2021 | Guy et al. |
| 2021/0290565 A1 | 9/2021 | Guy et al. |
| 2021/0330636 A1 | 10/2021 | Guy et al. |
| 2021/0401771 A1 | 12/2021 | Guy et al. |
| 2022/0000800 A1 | 1/2022 | Guy et al. |
| 2022/0008355 A1 | 1/2022 | Guy et al. |
| 2022/0016048 A1 | 1/2022 | Guy et al. |
| 2022/0023232 A1 | 1/2022 | Guy et al. |
| 2022/0040155 A1 | 2/2022 | Guy et al. |
| 2022/0062197 A1 | 3/2022 | Stott et al. |
| 2022/0062211 A1 | 3/2022 | Stott et al. |
| 2022/0087951 A1 | 3/2022 | Guy et al. |
| 2022/0096397 A1 | 3/2022 | Wright et al. |
| 2022/0168266 A1 | 6/2022 | Guy et al. |
| 2022/0183997 A1 | 6/2022 | Guy et al. |
| 2022/0184000 A1 | 6/2022 | Guy et al. |
| 2022/0202738 A1 | 6/2022 | Guy et al. |
| 2022/0211629 A1 | 7/2022 | Wilkhu et al. |
| 2022/0226257 A1 | 7/2022 | Guy et al. |
| 2022/0233495 A1 | 7/2022 | Silcock et al. |
| 2022/0249396 A1 | 8/2022 | Guy et al. |
| 2022/0257529 A1 | 8/2022 | Guy et al. |
| 2022/0265573 A1 | 8/2022 | Guy et al. |
| 2022/0288055 A1 | 9/2022 | Silcock et al. |
| 2022/0378717 A1 | 12/2022 | Guy et al. |
| 2022/0395471 A1 | 12/2022 | Guy et al. |
| 2023/0000789 A1 | 1/2023 | Guy et al. |
| 2023/0022487 A1 | 1/2023 | Guy et al. |
| 2023/0024312 A1 | 1/2023 | Whalley et al. |
| 2023/0026079 A1 | 1/2023 | Guy et al. |
| 2023/0032502 A1 | 2/2023 | Guy et al. |
| 2023/0038423 A1 | 2/2023 | Silcock et al. |
| 2023/0068885 A1 | 3/2023 | Guy et al. |
| 2023/0143812 A1 | 5/2023 | Knappertz et al. |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 101040855 A | 9/2007 |
| CN | 103110582 A | 5/2013 |
| CN | 104490873 A | 4/2015 |
| CN | 108 236 608 A | 7/2018 |
| DE | 10 2012 105 063 A1 | 12/2013 |
| EP | 2 311 475 A2 | 4/2011 |
| EP | 2 448 637 B1 | 5/2012 |
| EP | 2 578 561 A1 | 4/2013 |
| EP | 3 157 512 B1 | 5/2018 |
| GB | 2002754 A | 2/1979 |
| GB | 2 377 633 A | 1/2003 |
| GB | 2 380 129 A | 4/2003 |
| GB | 2 381 194 A | 4/2003 |
| GB | 2384707 A | 8/2003 |
| GB | 2434097 A | 7/2007 |
| GB | 2434312 A | 7/2007 |
| GB | 2450753 A | 1/2009 |
| GB | 2456183 A | 7/2009 |
| GB | 2471523 A | 1/2011 |
| GB | 2478595 A | 9/2011 |
| GB | 2479153 A | 10/2011 |
| GB | 2 485 291 A | 5/2012 |
| GB | 2 487 183 A | 7/2012 |
| GB | 2471565 B | 7/2012 |
| GB | 2478072 B | 12/2012 |
| GB | 2478074 B | 12/2012 |
| GB | 2492487 A | 1/2013 |
| GB | 2487712 A | 10/2015 |
| GB | 2 530 001 A | 3/2016 |
| GB | 2531093 A | 4/2016 |
| GB | 2531278 A | 4/2016 |
| GB | 2531281 A | 4/2016 |
| GB | 2531282 A | 4/2016 |
| GB | 2539472 A | 12/2016 |
| GB | 2 542 155 A | 3/2017 |
| GB | 2438682 A | 12/2017 |
| GB | 2551987 A | 1/2018 |
| WO | WO 01/95899 A2 | 12/2001 |
| WO | WO 2002/064109 A2 | 8/2002 |
| WO | WO 02/089945 A2 | 11/2002 |
| WO | WO 2003/099302 A1 | 12/2003 |
| WO | WO 2004/016246 A1 | 2/2004 |
| WO | WO 2004/016277 A2 | 2/2004 |
| WO | WO 2004/026802 A1 | 4/2004 |
| WO | WO 2005/120478 A1 | 12/2005 |
| WO | WO 2006/054057 A2 | 5/2006 |
| WO | WO 2006/017892 A1 | 12/2006 |
| WO | WO 2006/133941 A2 | 12/2006 |
| WO | WO 2007/032962 A2 | 3/2007 |
| WO | WO 2007/052013 A1 | 5/2007 |
| WO | WO 2007/083098 A1 | 7/2007 |
| WO | WO 2007/138322 A1 | 12/2007 |
| WO | WO 2008/019146 A2 | 2/2008 |
| WO | WO 2008/094181 A3 | 8/2008 |
| WO | WO 2008/129258 A1 | 10/2008 |
| WO | WO 2008/144475 A1 | 11/2008 |
| WO | WO 2008/021394 A2 | 12/2008 |
| WO | WO 2008/146006 A1 | 12/2008 |
| WO | WO 2009/007697 A1 | 1/2009 |
| WO | WO 2009/007698 A1 | 1/2009 |
| WO | WO 2009/020666 A2 | 2/2009 |
| WO | WO 2009/093018 A1 | 7/2009 |
| WO | WO 2010/012506 A1 | 2/2010 |
| WO | WO 2011/001169 A1 | 1/2011 |
| WO | WO 2011/121351 A1 | 10/2011 |
| WO | WO 2012/033478 A1 | 3/2012 |
| WO | WO 2012/093255 A1 | 7/2012 |
| WO | WO 2012/160358 A1 | 11/2012 |
| WO | WO 2013/032351 A1 | 3/2013 |
| WO | WO 2013/045891 A1 | 4/2013 |
| WO | WO 2014/168131 A1 | 11/2013 |
| WO | WO 2014/146699 A1 | 9/2014 |
| WO | WO 2015/065544 A1 | 5/2015 |
| WO | WO 2015/142501 A1 | 9/2015 |
| WO | WO 2015/184127 A2 | 12/2015 |
| WO | WO 2015/193667 A1 | 12/2015 |
| WO | WO 2015/193668 A1 | 12/2015 |

# US 11,963,937 B2

Page 4

(56)                    **References Cited**

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | WO 2016/059399 A1 | 4/2016 |
| WO | WO 2016/059403 A1 | 4/2016 |
| WO | WO 2016/059405 A1 | 4/2016 |
| WO | WO 2016/084075 A1 | 6/2016 |
| WO | WO 2015/187988 A1 | 7/2016 |
| WO | WO 2016/118391 A1 | 7/2016 |
| WO | WO 2016/147186 A1 | 9/2016 |
| WO | WO 2016/022936 A1 | 11/2016 |
| WO | WO 2016/176279 A1 | 11/2016 |
| WO | WO 2016/191651 A1 | 12/2016 |
| WO | WO 2016/199148 A1 | 12/2016 |
| WO | WO 2016/203239 A1 | 12/2016 |
| WO | WO 2017/139496 A1 | 8/2017 |
| WO | WO 2017/168138 A1 | 10/2017 |
| WO | WO 2017/204986 A1 | 11/2017 |
| WO | WO 2018/002636 A1 | 1/2018 |
| WO | WO 2018/002637 A1 | 1/2018 |
| WO | WO 2018/002665 A1 | 1/2018 |
| WO | WO 2018/037203 A1 | 3/2018 |
| WO | WO 2018/200024 A1 | 11/2018 |
| WO | WO 2018/234811 A1 | 12/2018 |
| WO | WO 2019/020738 A1 | 1/2019 |
| WO | WO 2019/097238 A1 | 5/2019 |
| WO | WO 2019/207319 A1 | 10/2019 |

OTHER PUBLICATIONS

U.S. Appl. No. 61/969,070, filed Mar. 21, 2014, Kane et al.

U.S. Appl. No. 14/724,351, filed May 28, 2015, Vangara et al.

Notice of Opposition to European Patent Application No. EP15784111. 5, Patent No. EP3206716, dated May 10, 2021, 25 pages.

Adams, R. et al., "Isolation of Cannabinol, Cannabidiol and Quebrachitol from Red Oil of Minnesota Wild Hemp," J. Am. Chem. Soc. 1940, 62, 8, 2194-2196.

AFINITOR® (everolimus) tablets, for oral use, and AFINITOR DISPERZ® (everolimus tablets for oral suspension) Prescribing Information, 2009, 49 pages.

Akiyama M. et al., "Dravet Syndrome: A Genetic Epileptic Disorder," Acta. Med. Okayama, 66(5):369-376 (2012).

[ANONYMOUS], "GW Pharma—GW Pharmaceuticals Announces New Physician Reports of Epidiolex® Treatment Effect in Children and Young Adults With Treatment-Resistant Epilepsy," Oct. 14, 2014; https://ir.gwpharm.com/news-releases/news-release-details/gw-pharmaceuticals-announces-new-physician-reports-epidiolexr-0, 4 pages.

[Anonymous ], "GW Pharmaceuticals Announces Epidiolex Receives Fast Track Designation from FDA for the Treatment of Dravet Syndrome," GW Pharmaceuticals Press Release dated Jun. 6, 2014; http://www.gwpharm.com/GW%20Pharmaceuticals%20Announces%20Epidiolex%20Receives%20Fast%20Track%20Designation%20from%20FDA%20for%20the%20Treatment%20of%20Dravet%20Syndrome.aspx, 5 pages.

[Anonymous ], "Salutaris Drops Buy Salutaris Drops—Salutaris Drops," Oct. 12, 2014; http://web.archive.org/web/20141012130255/http://salutarisdrops.com/buy-salutaris-drops/, 2 pages.

[Anonymous], "GW Pharmaceuticals Receives Orphan Drug Designation by FDA for Epidiolex® in the Treatment of Lennox-Gastaut Syndrome," GW Pharmaceuticals Press Release, Feb. 28, 2014; https://www.gwpharm.com/ir/press-releases/gw-pharmaceuticals-receives-orphan-drug-designation-fda-epidiolexr-treatment, 4 pages.

[Anonymous], "Salutaris Drops Cannabidiol for Aicardi Syndrome—Salutaris Drops," Oct. 12, 2014; http://web.archive.org/web/20141012220050/http://salutarisdrops.com/cannabidiol-aicardi-syndrome/, 3 pages.

[Anonymous ], "GW Pharma Initiates Second Phase 3 Pivotal Study of Epidiolex® (CBD) in Lennox-Gastaut Syndrome," Jun. 11, 2015; https://www.benzinga.com/pressreleases/18/11/g12748407/gw-pharmaceuticals-announces-second-positive-phase-3-pivotal-trial-for, 5 pages.

Approval Letter for NDA 210365 Epidiolex, Jun. 25, 2018, 12 pages.

Arzimanoglu et al., "All children who experience epileptic falls do not necessarily have Lennox-Gastaut syndrome . . . but many do," Epileptic Disord. 2011, 13: S3-S13 (2011).

Booth, "Legalization's opening of medical pot research is dream and nightmare," Denver Post, Dec. 14, 2013, http://www.denverpost.com/ci_24726291/legalizations-opening-medical-pot-research-is-dream-and, 6 pages.

[No Author Listed], "ILAE Proposal for Revised Terminology for Organization of Seizures and Epilepsies," 2010, 2 pages.

[No Author Listed]"Orphan Drug Designation Granted for Epidiolex in Dravet syndrome by the FDA—Seven Expanded Access INDs granted by FDA to US physicians to treat with Epidiolex 125 children suffering from intractable epilepsy syndromes," GW Pharmaceuticals Press Release dated Nov. 14, 2013, 3 pages.

[No Author Listed]GW Pharmaceuticals Provides Update on Orphan Program in Childhood Epilepsy for Epidiolex, GW. Pharm. Available online Nov. 14, 2013, Retrieved Feb. 10, 2017, 5 pages.

[No Author Listed]"What are the Highest CBD Strains?" accessed Feb. 16, 2017, published Oct. 15, 2014, 2 pages.

[No Author Lisyed]"Cannabidiol Therapy for Aicardi Syndrome" Aug. 2014, 4 pages.

[No Author Listed] "Convulsive Disorders and Their Interference with Driving," Medicos., Retrieved Feb. 10, 2017, Retrieved from internet: URL https://www.medicosporlaseguridadvial.com/en/clinical-subjects/neurologic-diseases/convulsive- disorders-and-their-interference-with-driving/, 2014, 3 pages.

[No Author Listed] "Estimating the Maximum Safe Starting Dose in Initial Clinical Trials for Therapeutics in Adult Healthy Volunteers," FDA Guidance for Industry, Jul. 2005, 30 pages.

[No Author Listed] "GW Pharmaceuticals Announces Physician Reports of Epidiolex Treatment Effect in Children and Young Adults with Treatment-resistant epilepsy from Physician-Led Expanded Access Treatment Program," GW Pharmaceuticals Press Release dated Jun. 17, 2014, 2 pages.

[No Author Listed], Cover and Table of Contents, J Pharmacology and Exp Therapeutics, Feb. 2010, 332(2), 4 pages.

[No Author Listed], "Missouri House passes cannabis extract legislation," Kansas City Star, 2014, https://kansascity.com/news/politics-government/article346747.html, 2 pages.

[No Author Listed], "High Rollers Bet On Cannabidiol (CBD)—Medical Marijuana Patients Come Up Short," Mar. 3, 2013, 9 pages; https://www.420magazine.com/community/threads/high-rollers-bet-on-cannabidiol-cbd-%E2%80%94-medical-marijuana-patients-come-up-short.185325/.

[No Author Listed], "Selected Media Examples of Pediatric Applications ofCannabidiol (CBD)," Jun. 30, 2013, 4 pages; https://www.420magazine.com/community/threads/selected-media-examples-of-pediatric-applications-of-cannabidiol-cbd.192155/.

[No Author Listed], "Medical Marijuana for N.J. Children? It's All In Gov. Christie's Hands," CBS News New York, Jun. 27, 2013, 3 pages; https://www.cbsnews.com/newyork/news/medical-marijuana-for-n-j-children-its-all-in-gov-christies-hands/.

Alger, B. E., "Not too excited? Thank your endocannabinoids," Neuron, 51 (4):393-595 (2006).

Allen G., "Florida Bill Would Allow Medical Marijuana For Child Seizures," Jan. 16, 2014, retrieved from https://www.npr.org/sections/health-shots/2014/01/16/262481852/florida-bill-would-allow-marijuana-extract-for-child-seizures, 16 pages.

Amada, N. et al., "Cannabidivarin (CBDV) suppresses pentylenetetrazole (PTZ)-induced increases in epilepsy-related gene expression," 2013, PeerJ, 1:e214; 18 pages; http://dx.doi.or/10.7717/peerj.214.

American Epilepsy Society, Three Studies Shed New Light on the Effectiveness of Cannabis in Epilepsy, Oct. 14, 2014, 2 pages.

Ames, F. R. et al., "Anticonvulsant effect of cannabidiol," S Afr Med J. Jan. 4, 1986; 69(1):14, 1 page.

AAN 67th Annual Meeting Abstract, Apr. 2015; https://www.aan.com/PressRoom/Home/GetDigitalAsset/11570, 1 page.

Annex to the Communication-Opposition for Application No. 107345415, dated Jan. 28, 2016, 5 pages.

## (56) References Cited

### OTHER PUBLICATIONS

Arain, A. M., "Pregabalin in the management of partial epilepsy," Neuropsychiatr Dis Treat., 407-13 (2009); Epub Aug. 20, 2009.

Arslan, A. & Tirnaksiz, F., "Self-emulsifying Drug Delivery Systems," F ABAD J Pharm Sci, 38(1):55-64 (2013).

Arzimanoglou et al., "All children who experience epileptic falls do not necessarily have Lennox-Gastaut syndrome . . . but many do," Epileptic Disord. 2011, 13: S3-S13 (2011).

Avoli, M. et al., "Cellular and molecular mechanisms of epilepsy in the human brain," Prog Neurobiol., 77(3):166-200 (2005).

Babayeva et al., "Marijuana Compounds: A Non-Conventional Therapeutic Approach to Epilepsy in Children," J. Addict. Neuropharmacol, 1:1 (2014); doi:10.24966/AAD-7276/100002, 9 pages.

Bakhsh, K., "Pregabalin in the management of partial epilepsy," Miftaah-al-Khazaain, 1930:607-608, with English translation, 4 pages.

Bancaud, et al., "Proposal for Revised Clinical and Electroencephalographic Classification of Epileptic Seizures," Epilepsia, 22(4):489-501 (1981).

Banerjee et al., "Case Report: Aicardi syndrome: A report of five Indian cases," Neurology India, 54(1):91-93 (2006).

Barker-Haliski, M. et al., "How Clinical Development Can, and Should Inform Translational Science," Neuron, 84:582-593 (2014).

Bell, J., "Treatment With CBD in Oily Solution of Drug-Resistant Paediatric Epilepsies," Oct. 18, 2011, 3 pages; https://www.420magazine.com/community/threads/treatment-with-cbd-in-oily-solution-of-drug-resistant-oooaediatric-eilesies.154896/.

Benowitz, N. L. et al., "Metabolic and Psychophysiologic studies of cannabidiol hexobarbital interaction,"Clin Pharmacol Ther., 28(1):115-120 (1980).

Benowitz & Jones, "Cardiovascular and metabolic considerations in prolonged cannabinoid administration in man," J Clin Pharm, 212148-2238, 1981.

Bergamaschi, M. M. et al., "Safety and Side Effects of Cannabidiol, a Cannabis sativa Constituent," Current Drug Safety, 6:237-249 (2011).

Bertram, E., "The Relevance of Kindling for Human Epilepsy," Epilepsia, 48(Suppl. 2):65-74 (2007).

Bipolar Health Group (Charlotte's Web Hemp Remedy, available online at http://bipolarhealthgroup.org/index.php/charlottes-web-hemp-remedy/, accessed Sep. 6, 2017, 6 pages.

Bhatt, V. P. & Vashishtha, D. P., "Indigenous plants in traditional healthcare system in Kedarnath valley of western Himalaya," Indian J Tradit Knowl., 7(2):300-310 (2000).

Bhattacharyya, S. et al., "Modulation of mediotemporal and ventrostriatal function in humans by Delta9-tetrahydrocannabinol: a neural basis for the effects of Cannabis sativa on learning and psychosis,"Arch Gen Psychiatry, 664:442-451 2009 ; doi:10.1001/archgenpsychiatry.2009 .17.

Bienenstock, D., "A Comprehensive History of Marijuana's Epilepsy-Treating Compound, CBD," Jun. 2014, Vice Article, retrieved from https://www.vice.com/da/article/mv53yp/desperately-seeking-cbd, 17 pages.

Bostanci, M. O. & Baglrlcl, F., "The effects of octanol on penicillin induced epileptiform activity in rats: an in vivo study," Epilepsy Research, 71 :188-194 (2006).

Braida, D. et al., "Post-ischemic treatment with cannabidiol prevents electroencephalographic flattening, hyperlocomotion and neuronal injury in gerbils,"Neuroscience Letters., 346:61-64 (2003).

Brown et al., Child Neurology Foundation, "LGS" (Lennox-Gastaut Syndrome), available at http://www.childneurologyfoundation.org/disorders/lgs-lennox-gastaut-syndrome, 7 pages.

ChildNeurologyFoundation.org [online], "Disorder Directory: Learn from the Experts—LGS (Lennon-Gastaut Syndrome)," Child Neurology Foundation, available on or before September 6, 2015, retrieved on May 21, 2018; URL http://www.childneurologyfoundation.org/disorders/lgs-Lennox-gastaut-syndrome, 10 pages.

Brust, J. C. M. et al., "Marijuana use and the risk of new onset seizures," Trans Am Clin Climatol Assoc., 103:176-181 (1992).

"Cannabidiols: Potential Use in Epilepsy & Other Neurological Disorders." Cannabidiol Conference at NYU School of Medicine, Oct. 2013. NYU Langone Health. Retrieved from the Internet Nov. 2019.<URL: http://faces.med.nyu.edu/research-education/cannabidiol-conference>, 4 pages.

Camfield, "Definition and natural history of Lennox-Gastaut Syndrome," Epilepsia, 52:39 (2011).

Campos-Castello, "Rational approach to treatment options for Lennox-Gastaut syndrome," Orphanet, Mar. 2003; https://www.orpha.net/data/patho/GB/uk-Lennox.pdf, 5 pages.

Capal, J. K. & Franz, D. N., "Profile of everolimus in the treatment of tuberous sclerosis complex: an evidence-based review of its place in therapy," Neuropsychiatric Disease and Treatment, 12:2165-2172 (2016).

Carlini, et al., "Hypnotic and antiepileptic effects of cannabidiol," J Clin Pharmacol. Aug.-Sep. 1981;21(8-9 Suppl):417S-427S. Medline abstract only.

Carlini, E. A. et al., "Letter: Cannabidiol and Cannabis sativa extract protect mice and rats against convulsive agents," J Pharm Pharmacol. Aug. 1973 ;25(8):664-5. doi: 10.1111/j.2042-7158.1973.tb10660.x.

Carvill, G. L. et al., "GABRA1 and STXBP1: Novel generic causes of Dravet Syndrome," Neurology, 82:1245-1253 (2014).

Castel-Branco, et al., "The Maximal Electroshock Seizure (MES) Model in the Preclinical 98 Assessment of Potential New Antiepileptic Drugs," Methods Find Exp Clin Pharmacol., 31(2): 101-106 (2009).

cdc.gov [online], "2 to 20 years: Girls Stature-for-age and Weight-for-age percentiles," National Center for Health Statistics and National Center for Chronic Disease Prevention and Health Promotion, last modified Nov. 2000, https://www.cdc.gov/growthcharts/data/set1clinical/cj411022.pdf, 1 page.

Charlotte's Web [online], "Whole-Plant Cannabinoids Outperform Single Molecule Compounds," CWHemp.com, Jan. 11, 2017, retrieved on Jun. 16, 2017, URL https://www.cwhemp.com/blog/whole-plant-cw-hemp-cannabinoids, 6 pages.

Chiron, C. & Dulac, O., "The Pharmacologic Treatment of Dravet Syndrome," Epilepsia, 52 (Suppl. 2):72-75 (2011).

Chiron, S., "Stiripentol for the treatment of Dravet syndrome," Orphan Drugs: Research and Reviews, 4:29-38 (2014).

Chiu, P. et al., "The Influence of Cannabidiol and Δ-Tetrahydrocannabinol on Cobalt Epilepsy in Rats," Epilepsia, 20:365-375 (1979).

Chou, "Theoretical basis, experimental design, and computerized simulation of synergism and antagonism in drug combination studies," Pharmacol Rev, 58(3):621-681 (20

Christians, U. et al., "Biomarkers of Immunosuppressant Organ Toxicity after Transplantation—Status, Concepts and Misconceptions," Expert Opin Drug Metab Toxicol., 7(2): 175-200 (2011).

Chu-Shore, C. J. et al., "The natural history of epilepsy in tuberous sclerosis complex," Epilepsia, 51(7):1236-1241, 2010; doi: 10.1111/j.1528-1167.2009.02474.

Ciccone, "Drop Seizure Frequency in Lennox-Gastaut Decrease With Cannabidiol," Neurology Advisor, Apr., 26, 2017; retrieved from the Internet: URL: https://neurologyadvisor.com/aan-2017-coverage/aan-2017-cannabidiol-reduces-drop-seizures-in-lennox-gasaut-syndrome/article/652931, 6 pages.

Cilio, Maria Roberta, M.D, Ph.D. of the Pediatric Epilepsy and Clinical Neurophysiology for the University of California, San Francisco presents her talk on "CBD in Children with Treatment-Resistant Epilepsies: Planned Trials in Dravet and Lennox-Gastaut Syndromes," at NYU School of Medicine's Cannabidiol Conference (Oct. 4, 2013). Video published online. <http://faces.med.nyu.edu/research-education/cannabidiol-conference>, 44 pages.

Cilio, M. R. et al., "The case for assessing cannabidiol I epilepsy," Epilepsia, 55(6):787-790 (2014).

Citti et al., "Pharmaceutical and biomedical analysis of cannabinoids: A critical review," Journal of Biopharmaceutical and Biomedical Analysis, 147:565-579 (2018).

Clinical trials.gov [online], Identifier: NCT02224690, A Study to Investigate the Efficacy and Safety of Cannabidiol (GWP42003-P; CBD) as Adjunctive Treatment for Seizures Associated With Lennox-Gastaut Syndrome in Children and Adults (GWPCARE4) Jazz

(56) **References Cited**

OTHER PUBLICATIONS

Pharmaceuticals, U.S. National Library of Medicine, last update posted Sep. 8, 2022, 3 pages; Retrieved from https://clinicaltrials.gov/ct2/show/NCT02224690.

Clinical trials.gov [online], Identifier: NCT02091206, A Dose Ranging Pharmacokinetics and Safety Study of GWP42003-P in Children With Dravet Syndrome (GWPCARE1), Jazz Pharmaceuticals, U.S. National Library of Medicine, last update posted Sep. 28, 2022, 9 pages; Retrieved from https://clinicaltrials.gov/ct2/show/NCT02091206.

Clinical trials.gov [online], Identifier: NCT02006628, A study to compare the change in symptom severity in participants with schizophrenia or related psychotic disordenivhen treated with GWP42003 or placebo in conjunction with existing anti-psychotic therapy over a period of six weeks, Jazz Pharmaceuticals, US. National Library of Medicine, last update posted Sep. 28, 2022, 9 pages; Retrieved from https://clinicaltrials.gov/ct2/show/NCT02006628.

Clinical trials.gov [online], Identifier: NCT02091375, Antiepileptic Efficacy Study of GWP42003-P in Children and Young Adults WithDravet Syndrome (GWPCARE1), Jazz Pharmaceuticals, U.S. National Library of Medicine, last update posted Sep. 28, 2022, 40 pages; Retrieved from https://www.clinicaltrials.gov/ct2/show/NCT02091375.

Clinical trials.gov [online], Identifier: NCT02544750, "An open-label Extension Trial of Cannabidiol (GWP42003-P, CBD) for Seizures in Tuberous Sclerosis Complex (GWPCARE6)," Sponsor: GW Research Ltd, U.S. National Library of Medicine, Oct. 1, 2018; Retrieved from https://clinicaltrials.gov/ct2/show/NCT02544750, 6 pages.

Clinical Drug Interaction Studies—Cytochrome P450 Enzyme- and Transporter-Mediated Drug Interactions Guidance for Industry, U.S. Department of Health and Human Services, Food and Drug Administration, Center for Drug Evaluation and Research (CDER), Jan. 2020, 27 pages.

Collins, T. R., Collins TR. What Neurologists are Doing About Medical Marijuana? Neurology Today, Apr. 17, 2014, vol. 4, issue 8, 8 pages.

Combined Search and Examination Report dated Jan. 4, 2012 for Application No. GB 11167897, 8 pages.

Combined Search and Examination Report dated Mar. 25, 2011, for Application No. GB 11000437, 8 pages.

Combined Search and Examination Report dated Sep. 5, 2014, for Application No. GB 1414813 .4, 8 pages.

Combined Search and Examination Report Under Sections 17 and 18 (3) for International Application No. GB1121919.3, dated Feb. 29, 2012, 8 pages.

Combined Search and Examination Report Under Sections 17 and 18 (3) for International Application No. GB 141077 | .8, dated Feb. 27, 2018, 7 pages.

Combined Search and Examination Report Under Sections 17 and 18 (3) for International Application No. GB 1418166.3, dated Jul. 2, 2015, 8 pages.

Combined Search and Examination Report Under Sections 17 and 18 (3) for International Application No. GB 14181705, dated Jul. 2, 2015, 6 pages.

Combined Search and Examination Report Under Sections 17 and 18 (3) for International Application No. GB 1418171.3, dated Jun. 29, 2015, 8 pages.

Combined Search and Examination Report Under Sections 17 and 18 (3) for International Application No. GB 15065501, dated Feb. 5, 2016, 9 pages.

Combined Search and Examination Report for GB Application No. GB1611544.6, dated Mar. 29, 2017, 8 pages.

Combined Search and Examination Report for GB Application No. GB1514079.1, dated May 4, 2016, 9 pages.

Combined Search and Examination Report for GB Application No. GB160544.8, dated Jan. 12, 2017, 6 pages.

Combined Search and Examination Report for GB Application No. GB1621480.1, dated Sep. 22, 2017, 7 pages.

Communication of a Notice of Opposition for Application No. 1073425415 dated Dec. 17, 2014, 1 page.

Communication Pursuant to Article 94(3) EPC in European Patent Application No. 107345415, dated Oct. 23, 2012, 1 page.

Conry, J. A. et al., "Clobazam in the treatment of Lennox-Gastaut syndrome," Epilepsia, 50:1158-1166 (2009).

Consroe, et al., "Anticonvulsant drug antagonism of delta9tetrahydrocannabinol-induced seizures in rabbits," Res Commun Chem Pathol Pharmacol., 16(1):1-13 (1977).

Consroe, et al., "Anticonvulsant interaction of cannabidiol and ethosuximide in rats," J Pharm Pharmacol., 29(8):500-501 (1977); doi: 10.1111/j.2042-7158.1977.tb11378.x.

Consroe, et al., "Anticonvulsant nature of marihuana smoking," JAMA, 234(3):306-307 (1975).

Consroe, et al., "Cannabidiol—antiepileptic drug comparisons and interactions in experimentally induced seizures in rats," J Pharmacol Exp Ther., 201(1):26-32 (1977).

Consroe, et al., "Controlled clinical trial of cannabidiol in Huntington's Disease," Pharmacology Biochemistry & Behavior, 40:701-708 (1991).

Consroe, et al., "Effects of cannabidiol on behavioral seizures caused by convulsant drugs or current in mice," Eur J Pharmacol., 83(3-4):293-298 (1982).

Consroe et al., "Chapter 2: Therapeutic Potential of Cannabinoids in Neurological Disorders," Cannabonioids as Therapeutic Agents, R. Mechoulam, Ed., 1986, pp. 21-49.

Consroe, et al. Chapter 12, "Potential Role of Cannabinoids for Therapy of Neurological Disorders." p. 459 in Marijuana Cannabinoids: Neurobiology and Neurophysiology, ed. L. Murphy (1992), 72 pages.

Consroe et al., "Open label evaluation of cannabidiol in dystonic movement disorders," International Journal of Neuroscience, 30(4):277-282 (1986); doi: 10.3109/00207458608985678.

Cortesi, et al., "Potential therapeutical effects of cannabidiol in children with pharmacoresistant epilepsy," Med Hypotheses, 68(4):920-921 2007). Epub Nov. 16, 2006.

Cortez, et al. Chapter 10, "Pharmacologic Models of Generalized Absence Seizures in Rodents," Models of Seizures and Epilepsy, 111-126 (2006).

Cotter, B., "Medicinal marijuana stops seizures, brings hope to little girl," The Gazette, Jun. 9, 2013, 8 pages; https://gazette.com/health/medicinal-marijuana-stops-seizures-brings-hope-to-a-little-girl/article_520b074e-5c46-5d75-af95-bdd060f4a8b9.html.

Cotterell, A., "How One Young Girl Could Change Idaho's Strict Marijuana Laws," Jun. 17, 2014; https://www.knkx.org/law/2014-06-19/how-one-young-girl-could-change-idahos-strict-marijuana-laws, 8 pages.

Crespel, A. et al., "Lennox-Gastaut Syndrome," Chapter 14, in Epileptic Syndromes in Infancy, Childhood, and Adolescence, 5th Edition, ed. M. Bureau, et al., pp. 189-216.

Crumrine, P. K., "Management of Seizures in Lennox-Gastaut Syndrome," Pediatr Drugs, 13(2):107-118 (2011).

Cunha, et al., "Chronic administration of cannabidiol to healthy volunteers and epileptic patients," Pharmacology, 21(3):175-85 (1980).

Curatolo, P. et al., "Management of epilepsy associated with tuberous sclerosis complex (TSC): Clinical recommendations," European Journal of Paediatric Neurology, 16:582-586 (2012).

Curia et al., "The pilocarpine model of temporal lobe epilepsy," J Neuroscience Methods, 172(2-4):143-157 (2008).

Czapinski, et al., "Randomized 36-month comparative study of valproic acid (VPA), phenytoin (PHT), phenobarbital (PB) and carbamazepine (CBZ) efficacy in patients with newly diagnosed epilepsy with partial complex seizures," J Neurolog Sci., 150:S162 (1997), 2 pages.

Dasa, et al. "Brhat Nighantu Ratnakara (Saligramanighantubhusanam)." vol. IV. 1997:170. Sanskrit. Exhibit 5, 5 pages.

Davis, et al., "A predominant role for inhibition of the adenylate cyclase/protein kinase. A pathway in ERK activation by cannabinoid receptor 1 in NIE-115 neuroblastoma cells," J Biol Chem., 278(49):48973-80 (2003). Epub Sep. 29, 2003.

Davis, et al., "Antiepileptic action of marijuana-active substances," Federation Proceedings, 8:284-5 (1949).

(56) **References Cited**

OTHER PUBLICATIONS

Decision in IPR2017-00503 dated Jul. 7, 2017, 26 pages.

Decision in Opposition proceedings (Art. 101(3)(a) and 106(2) EPC in European Patent Application No. EP2448637, dated Dec. 15, 2016, 91 pages.

Depakene (valproic acid) capsules and oral solution, CV, Prescribing Information, 1978, 54 pages; https://www.accessdata.fda.gov/drugsatfda_docs/label/2013/018081s056lbl.pdf.

Deshpande, et al., "Cannabinoid CB 1 receptor antagonists cause status epilepticus-like activity in the hippocampal neuronal culture model of acquired epilepsy," Neurosci Lett., 41 |(|):1-6 (2007). Epub Nov. 15, 2006.

De Oliveira, et al., "Anticonvulsant activity of β-caryophyllene against pentylenetetrazol-induced seizures," Epilepsy Behav., 56:26-31 (2016); doi: 10.1016/j.yebeh.2015.12.040.

De Meijer, "The Chemical Phenotypes (Chemotypes) of Cannabis," Chapter 5, Handbook of Cannabis, ed. Roger G. Pertwee, pages 89-110 (2014).

Devinsky, Orrin, M.D. of the Department of Neurology for NYU Langone School of Medicine presents his talk on "Cannabidiols: A Brief History,"at NYU School of Medicine's Cannabidiol Conference (Oct. 4, 2013). Video published online. <http://faces.med.nyu.edu/research-education/cannabidiol-conference>, 16 pages.

Devinsky et al., "EpidioleX (Cannabidiol) in Treatment Resistant Epilepsy," Apr. 2015; https://epilepsyontario.org/wp-content/uploads/2015/EpidioleX-Cannabidiol-in-Treatment-Resistant-Epilepsy AAN-POSTER Apr. 8, 2015.pdf, 1 page.

Devinsky, et al., "Cannabidiol: Pharmacology and potential therapeutic role in epilepsy and other neuropsychiatric disorders," Epilepsia, 55(6):791-802 (2014).

Devinsky et al., "Efficacy and safety of EpidioleX (cannabidiol) in children and young adults with treatment-resistant epilepsy: Initial data from expanded access program," Jan. 2015, 2 pages.

Devinsky et al., "Cannabidiol in patients with treatment-resistant epilepsy: an open-label interventional trial," Lancet Neurology, 15(3):270-278 (2015).

Devinsky et al., "Cannabidiol (CBD) significantly reduces drop seizure frequency in Lennox-Gastaut syndrome (LGS): results of a dose-ranging, multi-center, randomized, double-blind, placebo-controlled trial (GWPCAREB)," Epilepsia, 58: S13-S14 (2017), 2 pages.

Devinsky et al., "Trial of Cannabidiol for Drug-Resistant Seizures in the Dravet Syndrome," N Engl J Med, 376(21):2011-2020 (2017).

Diacomltti™ Product Monograph, Submission Control 142417, Date of Preparation, Dec. 19, 2012, 37 pages.

Dilantin-125®, NDA 08762 Dilantin-125 (Phenytoin Oral Suspension, USP) FDA Approved Labeling Text dated Feb. 2013, 15 pages.

Di Marzo, Vincenzo, Ph.D. of the Endocannabinoid Research Group Istituto di Chimica Biomolecolare, Consiglio Nazionale delle Ricerche, Pozzuoli, Napoli, Italy presents his talk on "Cannabinoid Pharmacology & Mechanism of Action," at NYU School of Medicine's Cannabidiol Conference (Oct. 4, 2013). Video publishec online. <http://faces.med.nyu.edu/research-education/cannabidiol-conference>, 32 pages.

DiMarzo, V., Declaration Under 37 C.F.R. 1.132, dated Aug. 24, 2017, 21 pages.

Dravet, "The core Dravet syndrome phenotype," Epilepsia, 52 Suppl 2:39 (2011); doi: 10.1111/j.1528-1167.2011.02994. x.

Dreifus, et al., "Proposal for Revised Clinical and Electroencephalographic Classification of Epileptic Seizures," Epilepsie., 22:489-501 (1981).

Drugs of the Future, 39(1): 49-56, Jan. 2014 notes Orphan Drug designation for CBD for Lennox-Gastaut Syndrome.

Dulac, "Use of Lamotrigine in Lennox-Gastaut and Related Epilepsy Syndromes," J. Child Neurolog., 12(Supplement 1): S23-S29 (1997).

Dulac, "Vigabatrin in Childhood Epilepsy," J. Child Neurolog., 6(Supplement 2): S30-S37 (1991).

Eadie, "Shortcomings in the current treatment of epilepsy," Expert Rev Neurother., 12(12):1419-27 (2012).

Ebrahimi-Fakhari, D. et al., "Cannabidiol Elevates mTOR Inhibitor Levels In Tuberous Sclerosis Complex Patients," (2020) Pediatric Neurology, 12 pages; https://doi.org/10.1016/j.pediatrneurol.2019.11.017.

Engel, "Report of the ILAE classification core group," Epilepsia, 47(9):1558-68 (2006).

Engel, "What should be modeled," in Models Seizure Epilepsy, 2006, 14 pages.

Eggers, "Temporal lobe epilepsy is a disease of faulty neuronal resonators rather than oscillators, and all seizures are provoked, usually by stress," Med Hypotheses.,69(6):1284-9 (2007).

Epilepsy Patients Flock to Colorado after Medical Pot Gives Them Hope, Nov. 18, 2013, CBS Colorado News, 4 pages.

Elsohly and Gul, "Constituents of Cannabis Sariva," Chapter 1, Handbook of Cannabis, Roger G. Pertwee, Ed., pp. 3-22 (2014).

Elsohly, M. & Gul, W., "Chemical constituents of marijuana: The complex mixture of natural cannabinoids," Life Sciences, 78:539-548 (2005).

Epidiolex® (cannabidiol) oral solution, CV, Prescribing Information, 2018, 30 pages; https://www.accessdata.fda.gov/drugsatfda_docs/label/2018/210365lbl.pdf.

EPO Reply to Proprietor's Statement of Grounds of Appeal for European Patent No. EP2448637, dated Sep. 8, 2017, 5 pages.

EPO Response to the Statement of Grounds of Appeal for European Patent No. EP2448637, dated Sep. 5, 2017, 17 pages.

EPO Auxiliary Requests to the File in European Patent No. EP2448637, dated Nov. 2, 2016, 40 pages.

EPO Interlocutory Decision in Opposition in European Application No. EP2448637, Dec. 15, 2016.

EPO Letter from Opponent Regarding Oral Proceedings in European Patent No. EP2448637, dated Oct. 20, 2016, 5 pages.

Ettienne De Meijer, "The Chemical Phenotypes (Chemotypes) of Cannabis," Chapter 5, Handbook of Cannabis, Handbook of Cannabis, Roger G. Pertwee (ed.), pp. 89-110 (2014).

Ex parte Edelstam, Appeal No. 2016/006358, mail date Jun. 21, 2017 (Year: 2017), 5 pages.

Ex parte Miller, Appeal 2009-011751, mail date Jul. 8, 2010 (Year: 2010), 23 pages.

Examination Report dated Mar. 18, 2014 for Application No. GB1100043.7, 3 pages.

Expert Statement of Vincenzo Di Marzo for Application No. EP10734541.5 dated Sep. 9, 2016, 10 pages.

Expert Statement of Professor Benjamin J. Whalley for Application No. EP10734541.5 dated Sep. 9, 2016, 11 pages.

Expert Statement of Professor Anthony G. Marson for Application No. EP10734541.5, 10 pages.

Expert Statement of Dr. Emma Louise Cheetham in European Application No. EP10743541.5, dated Nov. 4, 2016, 6 pages.

FDA, "Warning Letters and Test Results for Cannabidiol-Related Products," 2016 Warning Letters, 4 pages.

FDA, "Warning Letters and Test Results for Cannabidiol-Related Products," 2015 Warning Letters, 4 pages.

FDA, Guidance for Industry: Estimating the maximum Safe Starting Dose in Initial Clinical Trials for Therapeutics in Adult Healthy Volunteers, U.S. Dept of Health and Human Services: Food and Drug Administration, Jul. 2005, 30 pages.

FDA's Guidance for Industry Q3A Impurities in New Drug Substances, Revision 2, Jun. 2008, 17 pages.

FDA Guideline for Submitting Supporting Documentation in Drug Applications for the Manufacture of Drug Substances, published in 1987, 20 pages.

Fariello, "Parenteral Penicillin in Rats: An Experimental Model of Multifocal Epilepsy," Epilepsia, 17:217-222 (1976).

Ferdinand, et al., "Cannabis-psychosis pathway independent of other types of psychopathology," Schizophr Res., 79(2-3):289-295 (2005).

Fernandez-Ruiz, J. et al., "Cannabidiol for neurodegenerative disorders: important new clinical applications for this phytocannabinoid?" British Journal of Pharmacology, 75(2):323-333 (2012).

## (56) References Cited

### OTHER PUBLICATIONS

Fisher, et al., "The impact of epilepsy from the patient's perspective I. Descriptions and subjective perceptions," Epilepsy Res.,41(1):39-51 (2000).

Flatow, N., "How Medical Marijuana is Giving a Six-Year-Old Boy New Life," Sep. 18, 2012, 2 pages; https://archive.thinkprogress.org/how-medical-marijuana-is-giving-a-six-year-old-boy-new-life-b5a486fb1d48/.

French, Jacqueline A., MD. Professor of Neurology at the NYU Epilepsy Center presents her talk on "Trials for Disease Modifying Therapies in Epilepsy," at NYU School of Medicine's Cannabidiol Conference (Oct. 4, 2013). Video published online. <http://faces.med.nyu.edu/research-education/cannabidiol-conference>, 22 pages.

Friedman, Daniel, M.D. Assistant Professor of Neurology at the NYU Comprehensive Epilepsy Center presents his talk on "Pharmacology of CBD in Humans," at NYU School of Medicine's Cannabidiol Conference (Oct. 4, 2013). Video published online. <http://faces.med.nyu.edu/research-education/cannabidiol-conference>, 14 pages.

Gabor, et al., "Lorazepam versus phenobarbital: Candidates for drug of choice for treatment of status epilepticus," J Epilepsy, 3(1):3-6 (1990).

Gallily, et al., "Overcoming the Bell-Shaped Dose-Response of Cannabidiol by Using Cannabis Extract Enriched in Cannabidiol," Pharmacology & Pharmacy, 6:75-85 (2015).

Gaoni, Y. & Mechoulam, R., "The Isolation and Structure of Δ1-Tetrahydrocannabinol and Other Neutral Cannabinoids from Hashish," J Am Chem Soc. Jan. 13, 1971;93(1):217-24. doi: 10.1021/ja00730a036.

Gaoni, Y. & Mechoulam, R., "Isolation, Structure, and Partial Synthesis of an Active Constituent of Hashish," J. Am. Chem. Soc. 1964, 86, 8, 1646-1647.

Garde, D., "GW Pharmaceuticals Announces Physician Reports of Epidiolex Treatment Effect in Children and Young Adults with Treatment-Resistant Epilepsy From Physician-Led Expanded Access Treatment Program," Jun. 17, 2014, 4 pages; https://www.fiercebiotech.com/biotech/gw-pharmaceuticals-announces-physician-reports-of-epidioleX-r-treatment-effect-children-and-.

Gastaut, "Clinical and electroencephalographical classification of epileptic seizures," Epilepsia, 10: Suppl:2-13 (1969).

Gardner [online], "Comes Now Epidiolex (FDA Approves IND Studies of CBD)," BeyondTHC.com, Oct. 22, 2013, retrieved on Jan. 31, 2018, http://www.beyondthc.com/comes-now-epidiolex-fda-approves-ind-studies-of-cbd, 4 pages.

Gedde, Retrospective Case Review of High CBD, Low THC Cannabis Extract (Realm Oil) for Intractable Seizure Disorders, 2013 Realm of Caring Foundation, 4 pages.

Gedde, "Clinical Experience with Cannabis in Treatment-Resistant Pediatric Epilepsy," http://www.theroc.us/images/gedde presentation.pdf, Sep. 9-11, 2014, 45 pages.

Gedde et al., "3.330 Whole Cannabis Extract of High Concentration Cannaboidol May Calm Seizures in Highly Refractory Pediatric Epilepsies," American Epilepsy Society, Dec. 2013, pp. 449-1450.

Geffrey et al., "Cannabidiol (CBD) Treatment for Refractory Epilepsy in Tuberous Sclerosis Complex," American Epilepsy Society, Annual General Meeting, Abstract, accessed on Jun. 23, 2015; https://www.aesnet.org/meetings_events/annual_meeting_abstracts/view/1868979, 2 pages.

Geffrey, A. et al., "Cannabidiol (CBD) Treatment for Refractory Epilepsy in Tuberous Sclerosis Complex (TSC)," Dec. 4, 2014; www.aesnet.org, Abstract 2.427, 2 pages.

Geffrey et al., "Drug-drug interaction between clobazam and cannabidiol in children with refractory epilepsy," Epilepsia, 56(8):1246-1251 (2015).

Gillen, D., "How Does Caffeine Affect CBD?", Apr. 21, 2019, available at: https://web.archive.org/web/20191220210719/https://greendoorcbd.com/blogs/news/how-does-caffeine-affect-cbd, 4 pages.

Gloss, D. & Vickrey, B., "Cannabinoids for epilepsy (Review)," Cochrane Database of Systematic Reviews 2014, Issue 3. Art. No. CD009270, 9 pages; DOI: 10.1002/14651858.CD009270.pub3.

Green, "CBD: An Unconventional Therapy," available online at http://nugs.com/article/cbd-an¬unconventional-therapy.html, published Mar. 24, 2014, 5 pages.

Green Roads CBD Coffee and Tea, Product Page, 2023, 5 pages; https://greenroads.com/collections/cbd-tea-cbd-coffee?nfsn=2488702.aa938d.

Gresham, et al., "Treating Lennox-Gastaut syndrome in epileptic pediatric patients with third generation rufinamide," Neuropsychiatr Dis Treat., 6:639-645 (2010).

Gross, et al., "Marijuana use and epilepsy: prevalence in patients of a tertiary care epilepsy center," Neurology, 62(11 ):2095-7 (2004).

Grotenhermen et al., "The Therapeutic Potential of Cannabis and Cannabinoids," Dtsch Arztebl Int, 109(29-30): 495-501 (2012); doi:10.3238/arztebl.2012.0495.

Guerrini, et al., "Lamotrigine and Seizure Aggravation in Severe Myoclonic Epilepsy," Epilepsia, 39(5):508-512 (1998).

Guimares, et al., "Antianxiety effect of cannabidiol in the elevated plus-maze," Psychopharmacology (Berl)., 100(4):558-9 (1990); doi: 10.1007/BF02244012.

Goodman & Gilman, The Pharmacological Basis of Therapeutics (Brunton, Laurence L.; Lazo, John S.; Parker, Keith, eds. (2006); New York: McGraw-Hill. ISBN 0-07-142280-3); Chapter 19, Pharmacotherapy of the Eooilesies, 28 pages.

Gupta Video 2013, Weed—CNN Special; https://www.youtube.com/watch?v=Z3lMfl1_K6U.

GWPharm [online], "GW Pharmaceuticals Announces Epidiolex(R) Receives Fast Track Designation from FDA for the Treatment of Dravet Syndrome," GW Pharmaceuticals Press Release, Jun. 6, 2014, retrieved on Mar. 1, 2017, URL https://www.gwpharm.com/about-us/news/gw-pharmaceuticals-announces-epidiolex%C2%AE-receives-fast-track-desi o nation-fda-treatment, 2 pages.

GWPharm [online], "GW Pharmaceuticals Announces Physician Reports of Epidiolex(R) Treatment Effect in Children and Young Adults with Treatment-resistant epilepsy from Physician-Led Expanded Access Treatment Program," GW Pharmaceuticals Press Release, Jun. 17, 2014, 8 pages.

GWPharm [online], "GW Pharmaceuticals Provides Update on Orphan Program in Childhood Epilepsy for Epidiolex®," GW Pharmaceuticals Press Release, Nov. 15, 2013, 5 pages.

GWPharm [online], "Orphan Drug Designation Granted for Epidiolex in Dravet syndrome by the FDA—Seven Expanded Access INDs granted by FDA to US physicians to treat with Epidiolex 125 children suffering from intractable epilepsy syndromes," GW Pharmaceuticals Press Release, Nov. 15, 2013, 5 pages.

GWPharm [online], "GW Pharmaceuticals Announces Preliminary Results of Phase 2a Study for its Pipeline Compound GWP42006," GW Pharmaceuticals Press Release, Feb. 21, 2018, 5 pages.

Haller, S. & Carroll, I., "Medical marijuana for kids? Some praise results while others worry about risks," Jul. 9, 2013, 3 pages; https://www.nbcnews.com/healthmain/medical-marijuana-kids-some-praise-resuIts-while-others-worry-about-6c10506407.

Hanus et al., "Phyto-cannabinoids: a unified critical inventory," Review Article, Natural Product Reports; Royal Society of Chemistry, vol. 33, No. 12, Dec. 2016, pp. 1347, 1448, 37 pages.

Hauser, N. et al., "High on Cannabis and Calcineurin Inhibitors: A Word of Warning in an Era of Legalized Marijuana," Hindawi Publishing Corporation, Case Reports In Transplantation, vol. 2016, Sep. 6, 2018;2018:7095846. doi: 10.1155/2018/7095846. eCollection 2018, 4 pages.

Hefler, J., "Parents of epileptic N.J. tot lament medical marijuana delays," The Philadelphia Enquirer, Jun. 22, 2013, 5 pages; https://www.inquirer.com/philly/health/20130623_Parents_of_epileptic_N_J_tot_lament_medical_marijuana_delays.html.

Hegde, M. et al., "Seizure exacerbation in two patients with focal epilepsy following marijuana cessation," Epilepsy & Behavior, 25:563-566 (2012).

Heinemann, et al., "An Overview of in Vitro Seizure Models in Acute and Organotypic Slices," Chapter 4, 35-44 (2006).

Hess et al., "Cannabidiol as a new treatment for drug-resistant epilepsy in tuberous sclerosis complex," Epilepsia, 57(10):1617-1624 (2016).

# US 11,963,937 B2

Page 9

(56) **References Cited**

OTHER PUBLICATIONS

Hill, et al., "Δ9-Tetrahydrocannabivarin suppresses in vitro epileptiform and in vivo seizure activity in adult rats." Epilepsia, 51(8):1522-32 (2010); doi: 10.1111/j.1528-1167.2010.02523. x. Epub Feb. 26, 2010.

Hill, "Cannabidivarin-rich cannabis extracts are anticonvulsant in mouse and rat via a CB 1 receptor-independent mechanism," British Journal of Pharmacology, 170(3):679-692 (2013).

HILL et al., "Cannabidivarin is anticonvulsant in mouse and rat," Br. J Pharmacol, 167(8):1629-1642 (2012).

Hill, A. J. et al., "Phytocannabinoids as novel therapeutic agents in CNS disorders," Pharmacology & Therapeutics, 133:79-97 (2012).

Hillig, K. W. & Mahlberg, P. G., "A chemotaxonomic analysis of cannabinoid variation in *Cannabis* (Cannabaceae)," American Journal of Botany, 91(6):966-975 (2004).

Holmes, et al., "Choosing the correct AED: From Animal Studies to the Clinic," Pediatr Neurol. 38(3):151-162 (2008).

Holmes, G. L. et al., "Tuberous Sclerosis Complex and Epilepsy: Recent Developments and Future Challenges," Epilepsia, 48(4):617-630, 2007.

Iannotti, et al., "Nonpsychotropic plant cannabinoids, cannabidivarin (CBDV) and cannabidiol (CBD), activate and desensitize transient receptor potential vanilloid 1 (TRPV1) channels in vitro: potential for the treatment of neuronal hyperexcitabilit," ACS Chem Neurosci., 5(11):1131-41 2014; doi: 10.1021/cn5000524.

ICE Epilepsy Alliance, The Dravet Syndrome Spectrum, Nov. 2008, 2 pages.

*INSYS Development Company, Inc.* v. *GW Pharma Limited and Otsuka Pharmaceutical Co., Ltd.*, Decision in IPR2017-00503, U.S. Pat. No. 9,066,920, dated Jul. 7, 2017, 26 pages.

*INSYS Development Company, Inc.* v. *GW Pharma Limited and Otsuka Pharmaceutical Co., Ltd.*, Declaration by Mark Polyakov, IPR2017-00503, U.S. Pat. No. 9,066,920, dated May 29, 2018, 1 page.

*Insys Development Company, Inc.* v. *GW Pharma Limited and Otsuka Pharmaceutical Co., Ltd.*, Declaration of Professor Anthony G. Marson in IPR2017-00503, U.S. Pat. No. 9,066,920, dated Dec. 13, 2016, 28 pages.

*Insys Development Company, Inc.* v. *GW Pharma Limited and Otsuka Pharmaceutical Co., Ltd.*, Declaration of Professor H. Steve White in IPR2017-00503, U.S. Pat. No 9,066,920, dated Oct. 24, 2017, 69 pages.

*INSYS Development Company, Inc.* v. *GW Pharma Limited and Otsuka Pharmaceutical Co., Ltd.*, Declaration of Professor Leslie Benet in IPR2017-00503, U.S. Pat. No. 9,066,920, dated Nov. 22, 2016, 18 pages.

*INSYS Development Company, Inc.* v. *GW Pharma Limited and Otsuka Pharmaceutical Co., Ltd.*, Deposition of H. Steve White, dated Dec. 13, 2016, 50 pages.

*INSYS Development Company, Inc.* v. *GW Pharma Limited and Otsuka Pharmaceutical Co., Ltd.*, Final Written Decision in IPR2017-00503, U.S. Pat. No. 9,066,920, dated Jan. 3, 2019, 40 pages.

*INSYS Development Company, Inc.* v. *GW Pharma Limited and Otsuka Pharmaceutical Co., Ltd.*, Petitioner's Brief Regarding Ground III of the IPR, IPR2017-00503, U.S. Pat. No. 9,066,920, dated May 29, 2018, 45 pages.

*INSYS Development Company, Inc.* v. *GW Pharma Limited and Otsuka Pharmaceutical Co., Ltd.*, Petitioner's Reply to Patent Owner's Response, IPR2017-00503, U.S. Pat. No. 9,066,920, dated Jun. 19, 2018, 6 pages.

*INSYS Development Company, Inc.* v. *GW Pharma limited and Otsuka Pharmaceutical Co., Ltd.*, Petitioner's Reply to Response in IPR2017-00503, U.S. Pat. No. 9,066,920, dated Jan. 19, 2018, 36 pages.

International Preliminary Report on Patentability in International Application No. PCT/GB2010/051066, dated May 3, 2011, 4 pages.

International Preliminary Report on Patentability for International Application No. PCT/GB2015/053030, dated Apr. 18, 2017, 6 pages.

International Preliminary Report on Patentability for International Application No. PCT/GB2012/052284, dated Mar. 29, 2014, 12 pages.

International Preliminary Report on Patentability for International Application No. PCT/GB2015/051775, dated Aug. 10, 2016, 9 pages.

International Preliminary Report on Patentability for International Application No. PCT/US2017/050868, dated Oct. 11, 2018, 7 pages.

International Search Report and Written Opinion for International Application No. PCT/US2017/050868, dated Aug. 6, 2017, 14 pages.

International Search Report and Written Opinion for International Application No. PCT/US2017/051943, dated Sep. 12, 2017, 10 pages.

International Search Report and Written Opinion for International Application No. PCT/GB2017/051914, dated Sep. 12, 2017, 10 pages.

International Search Report and Written Opinion for International Application No. PCT/GB2015/051775, dated Dec. 23, 2015, 9 pages.

International Search Report and Written Opinion for International Application No. PCT/GB2015/051066, dated Jan. 1, 2012, 6 pages.

International Search Report and Written Opinion for International Application No. PCT/682011/050649, dated Sep. 30, 2012, 10 pages.

International Search Report and Written Opinion dated Nov. 16, 2012, for International Application No. PCT/GB2012/052284, dated Mar. 29, 2014, 11 pages.

International Search Report for International Application No. PCT/GB2010/051066, dated Jan. 6, 2011, 4 pages.

International Search Report for International Application No. PCT/GB2012/050002, dated Jul. 12, 2012, 3 pages.

International Preliminary Report on Patentability dated Dec. 12, 2013, for International Application No. PCT/GB2012/052284, 12 pages.

International Preliminary Report on Patentability dated Jun. 9, 2011, for International Application No. PCT/GB2010/051066, 6 pages.

International Preliminary Report on Patentability dated Sep. 1, 2017, for International Application No. PCT/GB2016/051792, 14 pages.

International Search Report and Written Opinion dated Aug. 25, 2015, for International Application No. PCT/GB2015/051776, 11 pages.

International Search Report and Written Opinion dated Aug. 26, 2015, for International Application No. PCT/GB2015/051775, 9 pages.

International Search Report and Written Opinion dated Dec. 13, 2010, for International Application No. PCT/GB2010/051066, 3 pages.

International Search Report and Written Opinion dated May 30, 2011, for International Application No. PCT/GB2011/050649, 15 pages.

International Search Report dated Nov. 16, 2010, for International Application No. PCT/GB2010/051066, 8 pages.

International Search Report dated Feb. 24, 2012, for International Application No. PCT/GB2012/050002, 10 pages.

International Search Report and Written Opinion dated Oct. 25, 2016, for International Application No. PCT/GB2016/052340, 12 pages.

IUPHAR/BPS Guide to Pharmacology [online], "Entry for Δ 9-tetrahydrocannabidiol," available on or before Mar. 29, 2016, retrieved on Jun. 20, 2018, URL <http://www.guidetoharmacolgy.org/GRAC/LigandDisplayForward?tab=biology&ligandID=242>, 2 pages.

Iuvone, et al., "Neuroprotective effect of cannabidiol, a non-psychoactive component from Cannabis sativa, on beta-amyloid-induced toxicity in PC12 cells," J Neurochem., 89(1):134-41 (2004).

Iwasaki, I., "Metabolism of Tacrolimus (FK506) and Recent Topics in Clinical Pharmacokinetics," Drug Metab. Pharmacokinet., 22(5):328-335 (2007).

(56)          **References Cited**

OTHER PUBLICATIONS

Izzo, et al., "Non-psychotropic plant cannabinoids: new therapeutic opportunities from an ancient herb," Trends in Pharmacological Sciences, 30(10):515-527 (2009).

Jacobson, "Survey of Current Cannabidiol Use in Pediatric Treatment-Resistant Epilepsy," Apr. 22, 2013; https://www.thcint.com/uploads/1/9/3/7/19371199/cannabidiol_use_in_pediatric_epilepsy.pdf, 1 page.

Jacobson, C., "Treating Epilepsy with Pharmaceutical-Grade CBD", Cannabis Science Today, Podcast, 2023, transcript timeline 4 pages; https://agriculturalgenomics.org/podcast/season1/treating-epilepsy-with-pharmaceutical-grade-cbd/.

Jaeger, W. et al., "Inhibition of cyclosporine and tetrahydrocannabinol meabolism by cannabidiol in mouse and human microsomes," Xenobiotica, 26(3):275-284 (1996).

Jeavons, et al., "Sodium valproate in treatment of epilepsy," Br Med J., 2(5919):584-6 (1974).

Jiang, R. et al., "Cannabidiol Is a Potent Inhibitor of the Catalytic Activity of Cytochrome P450 2C19," Drug Metab. Pharmacokinet., 28(4):332-338 (2013).

Jones et al. [online], Info & Metrics / Article Information, "Cannabidiol Displays Antiepileptic from and Antiseizure Properties in Vitro and in Vivo," J Pharmacol Exp Ther., Feb. 2010, 332(2):569-577, retrieved on Jun. 25, 2018, URL: http://jpet.aspetjournals.org/content/332/2/569/tab-article-info.

Jones et al., "Cannabidiol Displays Antiepileptiform and Antiseizure Properties in Vitro and in Vivo," J Pharmacol Exp Ther., 332(2):559-577 (2010).

Jones, N. A. et al., "Cannabidiol exerts anti-convulsant effects in animal models of temporal lobe and partial seizures," Seizure, 21 :344-352 (2012).

Jones, P. G. et al., "Cannabidiol," Acta Cryst., B33:3211-3214 (1977).

Joy, et al., "Marijuana and Medicine. Assessing the Science Base," National Academy Press. Washington D.C., 1999, 170 pages.

Jutras-Aswad, Didier, M.D, M.S. of the Department of Psychiatry for the University of Montreal presents his talk on "CBD in Animal Models and Human Trials of Opiate Abuse," at NYU School of Medicine's Cannabidiol Conference (Oct. 4, 2013), 25 pages; Video published online. <http://faces.med.nyu.edu/research-education/cannabidiol-conference>.

Kahan, et al., "Risk of selection bias in randomized trials," Trials, 16:405 (2015), 7 pages.

Karler, et al., "The cannabinoids as potential antiepileptics," J Clin Pharmacol, 21(8-9 Suppl):437S-447S (1981).

Karler et al., "The anticonvulsant activity of cannabidiol and cannabinol," Life Science, 13:1527-1531 (1973).

Kalepu, S. et al., "Oral lipid-based drug delivery systems—an overview," Acta Pharmaceutica Sinica B., 3(6):361-372 (2013).

Kaplan, "F.D.A. Panel Recommends Approval of Cannabis-Based Drug for Epilepsy," NY Times, Apr. 19, 2018, retrieved on Jun. 20, 2018, URL <https://www.nytimes.com/2018/04/19/health/epidiolex-fda-cannabis-marajuana.html>, 3 pages.

Kassai et al., "Severe Myoclonic epilepsy in Infancy: A Systematic Review and a Meta-Analysis of Individual Patient Data," Epilepsia, 49(2):343-348 (2008).

Katz, Russell ("Rusty"), M.D. former Director of the Division of Neurology Products at the FDA presents his talk on "Dravet and Lennox-Gastaut Syndromes: The Orphan Drug Process," at NYU School of Medicine's Cannabidiol Conference (Oct. 4, 2013). Video published online. <http://faces.med.nyu.edu/research-education/cannabidiol-conference>, 25 pages.

Kerr, D. N. S. & Pillai, P. M., "Clobazam as adjunctive treatment in refractory epilepsy," British Medical Journal, 286:1246-1247 (1983).

Khan et al., "Key Attributes of TKDL: Laooq-e-Quinnab/Barai Zeequn-Nafs," Khazaain-al-Advia, 1911 (with English translation), 2 pages.

Khan et al., Key Attributes of TKDL: Nushka-e-Qutoor, Muheet-e-Azam, 1887 (with English translation), 2 pages.

Khan et al., "Key Attributes of TKDL: Sufoof-e-Qinnab Barae Waja," Khazaain-al-Adiva, 1911, (with English translation), 5 pages.

Khan et al., "Key Attributes of TKDL: Usaara-e-Qinnab Barai Qoolanj," Khazaain-al-Advia, 1911 (with English translation), 6 pages.

Khan et al., "Key Attributes of TKDL: Zimad-e-Qinnab," Khazaain-al-Adiva, 1911 (with English translation), 5 pages.

Kelley, et al., "Doose syndrome (myoclonic-astatic epilepsy): 40 years of progress," Developmental Medicine & Child Neurology, 52:988-993 (2010).

Klitgaard, et al., "Electrophysiological, neurochemical and regional effects of levetiracetam in the rat pilocarpine model of temporal lobe epilepsy," Seizure, 12(2):92-100 (2003).

Klitgaard, et al., "Evidence for a unique profile of levetiracetam in rodent models of seizures and epilepsy," European Journal of Pharmacology, 353(2):191-206 (1998).

Kopka, M., "Cannabinoids in the treatment of epilepsy—an updated review," Journal of Epileptology, 2019, 27:35-42; 10.21307/jepil-2019-004.

Kramer, et al., "Febrile infection-related epilepsy syndrome (FIRES): pathogenesis, treatment, and outcome: a multicenter study on 77 children," Epilepsia, 52(11):1956-65 (2011); doi:10.1111/j.1528-1167.2011.03250.x. Epub Aug. 29, 2011.

Krasowski, M. D., "Antiepileptic Drugs. Therapeutic Drug Monitoring of the Newer Generation Drugs," Jun. 2013, Clinical Laboratory News, https://www.aacc.org/cln/articles/2013/june/antiepileptic-drugs, 6 pages.

Kruk-Slomka et al., "A comparison of mecamylamine and bupropion effects on memory-related responses induced by nicotine and scopolamine in the novel object recognition test in mice," Pharmacological Reports, 66(4):638-646 (2014).

Kuhn et al., "Potent activity of carfilzomib, a novel, irreversible inhibitor of the ubiquitin-proteasome pathway, against preclinical models of multiple myeloma," Blood, 110(9):3281-3290 (2007).

Kurz & Blass, "Use of dronabinol (delta-9-THC) in autism: A prospective single-case-study with an early infantile autistic child," Cannabinoids, 5(4):4-6 (2010).

Kwan et al., "Definition of drug resistant epilepsy: consensus proposal by the ad hoc Task Force of the ILAE Commission on Therapeutic Strategies," Epilepsia, 51(6):1069-77 (2010); doi:10.1111/j.1528-1167.2009.02397. x. Epub 2009 Nov 3. Erratum in: Epilepsia. 2010 Sep;51(9): 1922.

LaPrarle et al., "Cannabidiol is a negative allosteric modulator of the cannabinoid CB1 receptor," British J Pharmacology, 172(20):4790-4805 (2015).

LeafScience.com [online], "What are the Highest CBD Strains?" Oct. 15, 2014, retrieved on Feb. 16, 2017, URL www.leafscience.com/2014/10/15/highest-cbd-strains/, 2 pages.

Leahy, J. T. et al., "Clobazam as an adjunctive therapy in treating seizures associated with Lennox-Gastaut syndrome," Neuropsychiatric Disease and Treatment, 7:673-681 (2011).

Leino, A. et al., "Evidence of a clinically significant drug-drug interaction between cannabidiol and tacrolimus: A case report," American Journal of Transplantation, 18 (Suppl. 4): 744-745 (2018).

Leo, et al., "Cannabidiol and epilepsy: Rationale and therapeutic potential," Pharmacological Research, 107:85-92 (2017).

Leo et al., "Antiepileptogenic effects of EthosuXimide and Levetiracetam in WAG/Rij rats are only temporary," Pharmacological Reports, 71 :833-838 (2019).

Leo et al., "Cognitive impairment in the WAG/Rij rat absence model is secondary to absence seizures and depressive-like behavior," Progress in Neuropsychopharmacology & Biological Psychiatry, 94:109652 (2019), 16 pages.

Leonard, B. E., "Therapeutic Uses of Cannabis," British Medical Association (BMA). Hanivood Academic Publishers, UK. 1997, pp. 592.

Letter from Opponent Regarding Oral Proceedings for European Patent No. EP2448637, dated Oct. 20, 2016, 6 pages.

Lewis, "Mystery Mechanisms," The Scientist.com, Jul. 29, 2016, retrieved on Nov. 8, 2017, 2 pages.

Lieu, et al., "Assessment of self-selection bias in a pediatric unilateral hearing loss study," Otolaryngol Head Neck Surg., 142(3):427-433 (2010).

(56) **References Cited**

OTHER PUBLICATIONS

Lindamood and Colasanti, "Effects of delta 9-tetrahydrocannabinol and cannabidiol on sodium-dependent high affinity choline uptake in the rat hippocampus," J Pharmacology Experimental Therapeutics, 213(2):216-221 (1980).

Long, et al., "The pharmacological actions of cannabidiol," Drugs of the Future, 30(7):747-53 (2005).

Loscher and Schmidt, "Modern antiepileptic drug development has failed to deliver: ways out of the current dilemma," Epilepsia, 52(4):657-78 (2011); doi:10.1111/j.1528-1167201103024. x.

Loscher, W. & Rogawski, M. A., "How theories evolved concerning the mechanism of action of barbiturates," Epilepsia, 53(Suppl. 8):12-25, 2012; doi: 10.1111/epi.12025.

Lutz, "On-demand activation of the endocannabinoid system in the control of neuronal excitability and epileptiform seizures," Biochem Pharmacol., 68(9):1691-8 (2004).

Lowenstein, "Chapter 363: Seizures and Epilepsy," Diseases of the Central Nervous System, 2498-2512 (2008).

Luttjohann, et al., "A revised Racine's scale for PTZ-induced seizures in rats," Physiol Behav., 98(5):579-86 (2009); doi: 10.1016/j.physbeh.2009.09.005.

Maa et al., "The case for medical marijuana in epilepsy," Epilepsia, 55(6):783-786 (2014).

Marks, W. J. et al., "Management of Seizures and Epilepsy," Am Fam Physician. 1998;57(7):1589-1600.

Mackie, "Cannabinoid receptors as therapeutic targets," Annu Rev Pharmacol Toxicol., 46:101-22 (2006).

Majoosi, et al. Kaamil-al-Sena'ah, Part II, Central Council for Research in Unani Medicine. 2005: 116. Arabic. Exhibit 2, 2 pages.

Malamut, M., "l Drank CBD Coffee for a Week. Here's What I Did to My Anxiety," Nov. 18, 2019, available at https://www.healthline.com/health/mental-health/i-tried-it-cbd-coffee-anxiety, 16 pages.

Malfalt, et al. "The nonpsychoactive cannabis constituent cannabidiol is an oral anti-arthritic therapeutic in murine collagen-induced arthritis," PNAS, 97(17):9561-9566 (2000).

Manni et al., "Obstructive Sleep Apnea in a Clinical Series of Adult Epilepsy Patients: Frequency and Features of the Comorbidity," Epilepsia, 44(6):836-840 (2003).

Marinol® Product Description, NDA 18-651/S-025 and 8026, Jul. 2006, pp. 3-13.

Manno, "Status Epilepticus: Current Treatment Strategies," The Neurohospitalist, 1(1):23-31 (2011).

Masangkay, E. G., "FDA Confirms GW Pharmaceuticals' IND For EpidioleX Trial In Dravet Syndrome," May 9, 2014, 2 pages; FDA Confirms GW Pharmaceuticals' IND For EpidiolexTrial ln Dravet Syndrome.

Mattson, et al., "Comparison of carbamazepine, phenobarbital, phenytoin, and primidone in partial and secondarily generalized tonic-clonic seizures," N. Engl. J. Med, 313(3):145-151 (1985).

Mattson, et al., "Prognosis for total control of complex partial and secondary generalized tonic clonic seizures," Neurology, 47:68-76 (1996).

Mares et al., "Electrical Stimulation-Induced Models of Seizures in Model of Seizures and Epilepsy Asla Pitkanen," Philip A. Schwartzkroin & Solomon L. Moshe, eds., 2006, 7 pages.

Marinol Label retrieved from https://www.accessdata.fda.gov/drugsatfda_docs/label/2006/018651s025s026lbl.pdf, 11 pages.

Martin et al., "Structure-Anticonvulsant Activity Relationships of Cannabidiol Analogs," National Institute on Drug Abuse, Research Monograph Series, 79:48-58 (1987).

McCormick et al., "On the cellular and network bases of epileptic seizures," Annu Rev Physiol., 63:815-46 (2001).

McNamara, "Chapter 19: Pharmacotherapy of the Epilepsies,", Goodman & Gilman's The Pharmacological Basis of Therapeutics 11th ed., McGraw-Hill Companies, pp. 501-525 (2006).

Mechoulam, et al., "Cannabidiol: An Overview of Some Pharmacological Aspects," J Clin Pharmacol, 42:11S-19S (2002).

Mechoulam, et al., Toward drugs derived from cannabis, Natunivissenschaften, 65(4):174-9 (1978).

Mechoulam, R. et al.,"Cannabidiol—Recent Advances," Chemistry & Biodiversity, vol. 4, pp. 1678-1692 (2007).

Mechoulam, R., "Conversation with Ralph Mechoulam," Addiction Jun. 2007;102(6):887-93. doi: 10.1111/j.1360-0443.2007.01795.x.

Mechoulam, R. & Parker, L. A., "The Endocannabinoid System and the Brain," Annu. Rev. Psychol. 2013. 64:21-47.

Mechoulam, R. & Parker, L. A., "Towards a better cannabis drug," British Journal of Pharmacology (2013) 170 1363-1364.

Mechoulam et al., "Cannabidiol: an overview of some chemical and pharmacological aspects. Part I: chemical aspects," Chemistry and Physics of Lipids, 121:35-43 (2002).

Merlis, "Proposal for an international classification of the epilepsies," Epilepsia, 1(1):114-9 (1970).

Miller, et al., "Mapping genetic modifiers of survival in a mouse model of Dravet syndrome," Genes, Brain and Behavior, 13:163-172 (2014).

Montenegro et al., "Efficacy of Clobazam as Add-on Therapy for Refractory Epilepsy: Experience at a US Epilepsy Center," Clinical Neuropharmacology, 31(6):333-338 (2008).

Montouris, "Rational approach to treatment options for Lennox-Gastaut syndrome," Epilepsia, 52:10-20 (2011).

Moore, Y. et al., "Cannabidiol reduced frequency of convulsive seizures in drug resistant Dravet Syndrome," Structured Abstracts of Sentinel Articles: Picket, first published Sep. 22, 2017, reported in Arch Dis Child Educ Pract Ed Oct. 2018, vol. 103, No. 5., 2 pages. Abstract.

Morard, et al., "Conversion to Sirolimus-Based Immunosuppression in Maintenance Liver Transplantation Patients," Liver Transplantation, 13:658-664 (2007).

Moral, et al., "Pipeline on the Move," Drugs of the Future, 39(1):49-56 (2014).

Morelli et al., "The effects of cannabidiol and its synergism with bortezomib in multiple myeloma cell lines. A role for transient receptor potential Vanilloid type-2," Blood, 110(9):3281-3290 (2014).

MyVirtualMedicalCentre [online], "Aicardi syndrome," mymc.com, Feb. 2004, retrieved on Jan. 25, 2019 at https://www.myvmc.com/diseases/aicardi-syndrome/, 6 pages.

Nabissi et al., "Cannabinoids synergize with carfilzomib, reducing multiple myeloma cells viability and migration," Oncotarget, 7:77553 (2016), 15 pages.

Nair et al., "A simple practice guide for dose conversion between animals and human," Journal of Basic and Clinical Pharmacy, 7:27-31 (2016).

Ng et al., "Illicit drug use and the risk of new-onset seizures." Am J Epidemiol., 132(1):47-57 (1990).

Neto, et al., "The role of polar phytocomplexes on anticonvulsant effects of leaf extracts of Lippia Alba (Mill.) N.E. Brown chemotypes," J. Pharm Pharmacol. 61(7):933-9 (2009).

New Drug Application No. 210365 for Epidiolex (cannabidiol) 100 mg/ml oral solution, Jun. 25, 2018, 12 pages.

[No Author Listed], The Reuters Staff, Brief-GW Pharma receives FDA fast-track designation for Dravet syndrome treatment, Jun. 6, 2014, 1 page; https://www.reuters.com/article/gwpharmaceuticals-brief/brief-gw-harm a-receives-fda-fast-track-designation-for-dravet-syndrome-treatment-idUSFWN0OL01D20140606.

[No Author Listed], "Medical Cannabis Community Wants To Remain Apart," Medical Marijuana News, April 3, 2013, 3 pages; Kitsap Peninsula Business Journal, available at https://www.420magazine.com/community/threads/medical-cannabis-community-wants-to-remain-apart.186955/.

[No Author Listed], "Medical Marijuana For N.J. Children? It's All In Gov. Christie's Hands," CBS News New York, Jun. 27, 2013, 3 pages; https://www.cbsnews.com/newyork/news/medical-marijuana-for-n-j-children-its-all-in-oov-christies-handsl.

Notice of Allowance in U.S. Appl. No. 13/380,305, dated Dec. 10, 2014, 5 pages.

Notice of Allowance in U.S. Appl. No. 13/380,305, dated Mar. 19, 2015, 7 pages.

Notice of Appeal in European Patent No. EP2448637, dated Feb. 14, 2017, 5 pages.

Notice of Opposition to a European Patent No. EP2448637, dated Dec. 5, 2014, 20 pages.

(56) **References Cited**

OTHER PUBLICATIONS

Oakley, et al., "Dravet Syndrome Insights into pathophysiology and therapy from a mouse model of Dravet syndrome," Epilepsia 52(Suppl. 2):59-61 (2011).

Obay et al., "Antiepileptic effects of ghrelin on pentylenetetrazol-induced seizures in rats," Peptides, 28(6):1214-9 (2007). Epub Apr. 19, 2007.

Office Action in U.S. Appl. No. 13/380,305, dated Aug. 25, 2014, 6 pages.

Onfi™ (clobazam) tablets Prescribing Information, NDA 202067 Onfi (clobazam) Tablets for oral use FDA Approved Labeling Text, dated Oct. 21, 2011, 28 pages.

Oguni, H. et al., "Long-Term Prognosis of Lennox-Gastaut Syndrome," Epilepsia, 37(Suppl 3):44-47 (1996).

Oguni, H. et al., "Severe myoclonic epilepsy in infants—a review based on the Tokyo women's Medical University series of 84 cases," Brain Dev., 23:736-748 (2010).

Olyaei, A. J. et al., "Interaction Between Tacrolimus and Nefazodone in a Stable Renal Transplant Recipient," Pharmacotherapy, 18(6):1356-1359 (1998).

Opponent Response to the Preliminary Opinion of the Opposition Division in European Patent No. EP2448637, dated Jun. 23, 2016, 25 pages.

Opponent Response dated to Sep. 9, Preliminary 2016, 25 Opinion pages of the Opposition Division in European Patent No. EP2448637, dated Sep. 9, 2016, 25 pages.

Opponent Response to the Written Submissions in European Patent No. EP2448637, dated Oct. 12, 2016, 18 pages.

Opponent Response to the Written Submissions in European Patent No. EP2448637, dated Oct. 20, 2016, 3 pages.

Opponent Response to the Written Submissions in European Patent No. EP2448637, dated Nov. 4, 2016, 3 pages.

Ostendorf, A. P. & NG, Y-T., "Treatment-resistant Lennox-Gastaut syndrome: therapeutic trends, challenges and future directions," Neuropsychiatric Disease and Treatment, 13:1131-1140 (2017).

Panikasiwill, D. et al., "An endogenous cannabinoid (2-AG) is neuroprotective after brain injury," Nature 413:527-531 (2001).

Patent Owners' Preliminary Response for IPR2017-00503 dated Apr. 11, 2017, 1 page.

PCT International Preliminary Report on Patentability in International Appln. No. PCT/US2017/050868, dated Jun. 18, 2019, 8 pages.

PCT International Search Report and Written Opinion in International Appln. No. PCT/US2017/050868, dated Jun. 21, 2018, 11 pages.

Pelliccia, et al., "Treatment with CBD in oily solution of drug-resistant paediatric epilepsies," Available online Sep. 2, 2010, Retrieved Jun. 30, 2015; http://www.gwpharm.com/uploads/pelliccia-2002-treatmentwithcbdinoilysolutionofdrug-resistantpediatricepilepsies.pdf, 2 pages.

Pellicia, et al., International Association for Cannabis as Medicine, IACM 3rd Conference on Cannabinoids in Medicine, Sep. 9-10, 2005, 2005, Conference on Cannabinoids in Medicine, 72 pages.

Pereira, et al., "Study pharmacologic of the GABAergic and glutamatergic drugs on seizures and status epilepticus induced by pilocarpine in adult Wistar rats," Neurosci Lett., 419(3):253-7 (2007). Epub Apr. 13, 2007.

Perucca, "Cannabinoids in the Treatment of Epilepsy: Hard Evidence at Last?" Journal of Epilepsy Research, 7(2):61-76 (2017).

Pertwee, "Cannabinoid receptor ligands: clinical and neuropharmacological considerations, relevant to future drug discovery and development," Expert Opin Investig Drugs, 9(7):1553-71 (2000).

Pertwee, "The diverse CB1 and CB2 receptors pharmacology of three plant cannabinoids: Alpha9 Tetrahydrocannabinol, cannabidiol and alpha9-tetrahydrocannabivarin," BR. J. Pharmacol., 153(2):199-215 (2008).

Pertwee, "The Pharmacology and Therapeutic Potential of Cannabidiol," Cannabinoids, Chapter 3, DiMarzo, V. (Ed.), pp. 32-83 (2004).

Petition for Inter Partes Review U.S. Pat. No. 9,066,920 dates Dec. 16, 2016, 78 pages.

Petitioner's Reply to Patent Owner's Response in Inter Partes Review No. IPR2017-00503, filed Jan. 19, 2018, 1 page.

Petrocellis, et al., "Effects of cannabinoids and cannabinoid-enriched Cannabis extracts on TRP channels and endocannabinoid metabolic enzymes," British Journal of Pharmacology, 163: 1479-1494 (2011).

Pohl, et al., "Effects of flunarizine on Metrazol-induced seizures in developing rats," Epilepsy Res., 1(5):302-5 (1987).

Porter et al., "Report of a parent sun/ey of cannabidiol-enriched cannabis use in pediatric treatment-resistant epilepsy," Epilepsy Behav., 29(3):574-577 (2013).

Porter et al., "Randomized, multicenter, dose-ranging trial of retigabine for partial-onset seizures," Neurology, 68(15):1197-1204 (2007).

Potter, "Cannabis Horticulture," Chapter 4, Handbook of Cannabis, ed. Roger G. Pertwee, pp. 65-88 (2014).

Potter, C., "Cannabis Extract Brings Hope for Children with Epilepsy," Dec. 3, 2013, 3 pages.

Poortman-Van Der Meer, "A contribution to the improvement of accuracy in the quantitation of THC," Forensic Science International, Apr. 1999, 101(1):1-8.

"Pot or not? Why parents of kids with epilepsy want access to marijuana treatment," CTVNews.ca Staff, Published Thursday, Jul. 18, 2013; Last Updated Thursday, Jul. 18, 2013, 2 pages; https://www.ctvnews.ca/health/health-headlines/pot-or-not-why-parents-of-kids-with-epilepsy-want-access-to-marijuana-treatment-1.1372695?cache=.

Pouton, "Lipid formulations for oral administration of drugs: non-emulsifying, self-emulsifying and 'self-micro emulsifying' drug delivery systems," EurJ Pharm Sci, 11(Suppl. 2):S93-S98 (2000).

Press, et al., "Parental reporting of response to oral cannabis extracts for treatment of refractory epilepsy," Epilepsy Behav. Apr. 2015; 45:49-52. doi: 10.1016/j.yebeh.2015.02.043. Epub Apr. 3, 2015.

Pruitt et al., "Ethanol in Liquid Preparations Intended for Children," Pediatrics, 73(3):405-407 (1984).

Purcarin, G. & NG, Y-T., "Experience in the use of clobazam in the treatment of Lennox-Gastaut syndrome," Ther Adv Neurol Disord 2014, vol. 7(3):169-176.

Raab et al., "Multiple myeloma," Lancet, 374(9686):324-339 (2009).

Rabinski [online], "CBD-A: Cannabidiol Acid Cannabinoid Profile," MassRoots, July 2, 2015, retrieved on Jan. 31, 2018, URL <https://www.massroots.com/learn/can-the-cbd-a-cannabinoid-help-you/>, 4 pages.

Ragona, F. et al., "Dravet syndrome: early clinical manifestations and cognitive outcome in 37 Italian patients," Brain Dev., 32:71-77 (2010).

Ramantani, et al. "Epilepsy in Aicardi—Goutieres syndrome," Official J Eur Paediatric Neurology Society, 18:30-37 (2014).

Rauca, et al. "The role of superoxide dismutase and alpha-tocopherol in the development of seizures and kindling induced by pentylenetetrazol—influence of the radical scavenger alpha-phenyl-N-tert-butyl nitrone," Brain Res. May 29, 2004;1009(1-2):203-12.

Resstel et al., "5-HTIA receptors are involved in the cannabidiol-induced attenuation of behavioural and cardiovascular responses to acute restraint stress in rats," Br J Pharmacol. Jan. 2009;156(1):181-8.

Reply of the Patent Proprietor to the Notice(s) of Opposition in European Patent No. 2448637, dated May 28, 2015, 12 pages.

Reply to Communication from the examining Division in European Patent Application No. 107345415 dated Feb. 15, 2013, 54 pages.

Reply to EPO Communication in European Patent No. EP2448637, dated Nov. 2, 2016, 45 pages.

Reply to Opponent's Written Submission in European Patent No. EP2448637, dated Nov. 4, 2016, 13 pages.

Reply to Opponent's Written Submission in European Patent No. EP2448637, dated Oct. 18, 2016, 5 pages.

Reply to Preliminary Opinion and Opponent's Observations in European Patent No. EP2448637, dated Sep. 9, 2016, 65 pages.

Request for Continued Examination with the Amendment and Information Disclosure Statement in Application No. 13,380,305, filed Mar. 2, 2015, 3 pages.

(56) **References Cited**

OTHER PUBLICATIONS

Rohrback, Brian G., Ph.D, MBA President of InfometriX, Inc. presents his talk on "Assays of Cannabinoids," at NYU School of Medicine's Cannabidiol Conference (Oct. 4, 2013). Video published online. <http://faces.med.nyu.edu/research-education/cannabidiol-conference>, 29 pages.

Romano et al., "Inhibition of colon carcinogenesis by a standardized Cannabis sativa extract with high content of cannabidiol," Phytomedicine, 21:631-639 (2014).

Rosenberg et al., "Cannabinoids and Epilepsy," Neurotherapeutics, 12(4):747-768 (2015).

Rosenkrantz et al., "Oral and Parenteral Formulations of Marijuana Constituents," J Pharm Sci, 61 (7):1106-1112 (1972).

Rowe, R. C. et al., "Handbook of Pharmaceutical Excipients," Pharmaceutical Press and American Pharmacists Association 2009, pp. 17-19; https://www.academia.edu/16731682/Handbook_of_Pharmaceutical_Excipients_6th_Edition.

Russo, "Taming THC: potential cannabis synergy and phytocannabinoid-termoid entourage effects," British J. of Pharm. 1333 (2011), 21 pages.

Russo et al., "Pharmacology of Epileptogenesis and Related Comorbidities in the WAG/Rij Rat Model of Genetic Absence Epilepsy," Journal of Neuroscience Methods, 310:54-62 (2018).

Russo et al., "Upholding WAG/Rij Rats as a Model of Absence Epileptogenesis: Hidden Mechanisms and a New Theory on Seizure Development," Neuroscience and Biobehavioral Reviews, 71:388-408 (2016).

Rubio, et al. "In vivo Experimental Models of Epilepsy," Central Nervous System Agents in Medicinal Chemistry, 10:298-309, 2010.

Saade, D. & Joshi, C., "Pure Cannabidiol in the Treatment of Malignant Migrating Partial Seizures in Infancy: A Case Report," Pediatric Neurology, 52:544-547 (2015); http://dx.doi.org/10.1016/'.pediatrneurol.2015.02.008.

Sadanandasarma et al., Rasatarangini. 11th Ed. 1979:720-3. Sanskrit, 8 pages.

Samanta, D., "Cannabidiol: A Review of Clinical Efficacy and Safety in Epilepsy," Pediatric Neurology, 96:24-29 (2019).

Sander, "The epidemiology of epilepsy revisited." Curr Opin Neural. Apr. 2003; 16(2): 165-70.

Sarkisova et al., "The WAG/Rij Strain: A Genetic Animal Model of Absence Epilepsy with Comorbidity of Depression," Progress in Neuro-Psychopharmacology & Biological Psychiatry, 35 854-876 (2011).

Sastri et al., Anandakandam. 1st Edition. 1952:241. Sanskrit, 5 pages.

Schafroth, M. A. et al., "Stereodivergent Total Synthesis of Δ9-Tetrahydrocannabinols," Angew. Chem. Int. Ed., 53:13898-13901 (2014).

Scheffer, I. E., "Diagnosis and long-term course of Dravet syndrome," Eur J of Paediatric Neurology 16 (2012) S5-S8.

Screenshot confirming date of Epidiolex (Cannabidiol) in Treatment Resistant Epilepsy, Apr. 2015; https://epilepsyontario.org/wp-content/uploads/2015/EpidioleX-Cannabidiol-in-Treatment-Resistant-Epilepsy AAN-POSTER Apr. 8, 2015.pdf, 1 page.

Scuderi et al., "Cannabidiol in medicine: a review of its therapeutic potential in CNS disorders," Phytother Res, 23(5):597-602 (2009).

Shih, J. J. et al., "Epilepsy treatment in adults and adolescents: Expert opinion, 2016," Epilepsy & Behavior, 69: 186-222 (2017).

Shukla. [online], "New Automated Purification Strategies for Scale-Up," PCISyntesis.com, posted Dec. 25, 2017, https://www.pcisynthesis.com/new-automated-purification-strategies-for-scale-up/, 5 pages.

Silva et al., "Position Statement on the Use of Medical Cannabis for the Treatment of Epilepsy in Canada," Can J. Neurol. Sci., 33:783-786 (2006).

Silva, R. et al., "Clobazam as Add-on Therapy in Children with Epileptic Encephalopathy," Can. J. Neurol. Sci., 33:209-213 (2006).

Smith, R. M., "Identification of Butyl Cannabinoids in Marijuana," Journal of Forensic Sciences, 42:610-618 (1997).

Sperling et al., "Carisbamate as adjunctive treatment of partial onset seizures in adults in two randomized, placebo-controlled trials," Epilepsia, 51(3):333-343 (2010).

Stafstrom et al., "Models of Pediatric Epilepsies: Strategies and Opportunities," Epilepsia, 47(8):1407-1414 (2006).

Statement of Opposition for EP10734541.5, dated Dec. 5, 2014, 20 pages.

Statement of Grounds of Appeal for European Application No. 107345415 in the name of GW Pharma and Otsuka Pharmaceutical Co. Limited Appellant/Opponent: Insys Therapeutics Inc, dated Apr. 21, 2017, 20 pages.

Statement of Grounds of Appeal for European Application No. 107345415 on behalf of the Proprietors: GW Pharma Limited and Otsuka Pharmaceutical CO Limited, dated Apr. 12, 2017, 6 pages.

Subduction Coffee + Hemp, Product Page, 2023, 5 pages; https://subductioncoffee.com/?afmc=2j&utm_campaing=2j&utm_source=leaddyno&utm_medium=affiliate.

Sun et al., "Comparative study of organic solvent and water-soluble lipophilic extractives from wheat straw I: yield and chemical composition," J Wood Sci, 49:47-52 (2003).

Smith, R. M. & Kempfert, K. D., "Δ1-3,4-CIS-Tetrahydrocannabinol in Cannabis Sativa," Phytochemistry, 16:1088-1089 (1977).

Specchio, L. M. & Beghi, E., "Should Antiepileptic Drugs Be Withdrawn in Seizure-Free Patients?" CNS Drugs, 18(4):201-212 (2004).

Stewart, K., "Families migrating to Colorado for a medical marijuana miracle," Nov. 11, 2013, 8 pages; https://archive.sltrib.com/article.php?id=57052556&itype=CMSlD.

Stinchcomb, A. L. et al., "Human skin permeation of Δ8-tetrahydrocannabinol, cannabidiol and cannabinol," JPP 2004, 56: 291-297.

Thiel, E. A., "Managing Epilepsy in Tuberous Sclerosis Complex," J Child Neurol 2004;19:680-686.

"University of Utah doctors: Say 'yes' to cannabis oil for kids," By Kirsten Stewart The Salt Lake Tribune, Nov. 13, 2013, 4 pages.

Vanstraten, A.F. et al., "Update on the Management of Lennox-Gastaut Syndrome," Pediatric Neurology, 47:153-161 (2012).

Young, S., "Marijuana stops child's severe seizures," CNN Health online, Aug. 7, 2013, 4 pages; https://www.cnn.com/2013/08/07/health/charlotte-child-medical-marijuana/index.html#:~:text=The%20first%20time%20Paige%20Figi,seizures%20stopped%20for%20seven%20days.&text=The%20marijuana%20strain%20Charlotte%20and,has%20been%20named%20after%20her.

Stephenson, "In Memoriam: Professor Jean Aicardi (1926-2015)," Pediatric Neurology, Jan. 2016, 54: 3-4.

Stott et al., "Cannabinoids for the pharmaceutical industry," Euphytica, 140:83-93 (2004).

Strickley, "Solubilizing Excipients in Oral and Injectable Formulations," Table VIII, Pharmaceutical Research, 21(2):201-230 (2004).

Study NCT02224690—A Study to Investigate the Efficacy and Safety of Cannabidiol (GWP42003-P; CBD) As Adjunctive Treatment for Seizures Associated With Lennox-Gastaut Syndrome in Children and Adults, Aug. 22, 2014; https://clinicaltrials.gov/ct2/show/NCT02224690, 1 page.

Supplemental Expert Statement of Professor Benjamin J. Whalley, dated Nov. 4, 2016, 9 pages.

Swann et al., The effects of seizures on the connectivity and circuitry of the developing brain. Ment Retard Dev Disabil Res Rev. 2004; 10(2):96-100.

Tanya Lewis, Mystery Mechanisms, The Scientist Magazine, Jul. 29, 2016, 2 pages; http://www.the-scientist.com/.

Third Party Observations for Application No. AU2012314128, dated Mar. 19, 2015, 51 pages.

Third Party Observations for Application No. EP10734541.5, dated Apr. 3, 2017, 19 pages.

Third Party Observations for Application No. EP1712658.1, dated Nov. 22, 2013, 14 pages.

Third Preliminary Amendment under 37 C.F.R. 1.115 for U.S. Appl. No. 13/380,305, dated May 23, 2014, 4 pages.

Thomas et al., "Evidence that the plant cannabinoid Delta9-tetrahydrocannabivarin is a cannabinoid CBI and CB2 receptor antagonist," Br J Pharmacol., 146(7):917-926 (2005).

# US 11,963,937 B2

Page 14

(56)        **References Cited**

OTHER PUBLICATIONS

Thomas et al., "Cannabidiol displays unexpectedly high potency as an antagonist of CB1 and CB2 receptor agonists in vitro," British J Pharmacology, 150(5):613-623 (1988).

Thompson et al., "Comparison of acute oral toxicity of cannabinoids in rats, dogs and monkeys," Toxicology and Applied Pharmacology, vol. 25, Issue 3, pp. 363-372 (1973).

Thurman et al., "Standards for epidemiologic studies and surveillance of epilepsy," Epilepsia, 52 (Suppl 7):2-26 (2011).

Thumma et al., "Influence of plasticizers on the stability and release of a prodrug of ./19-tetrahydrocannabinol incorporated in poly (ethylene oxide) matrices," Eur J Pharmaceutics and Biopharmaceutics, 70(2):605-614 (2008).

Thurstone, "Avoid Charlotte's Web for Epilepsy," Jun. 26, 2014, URL <http://drthurstone.com/charlotted-web-not-safest-option-epilepsy-treatment/>, 4 pages.

Tose, L. V. et al., "Isomeric separation of cannabinoids by UPLC combined with ionic mobility mass spectrometry (TWIM-MS)—Part I," International Journal of Spectrometry, 418:112-121 (2017).

Transcript of Dr. H. Steven White's deposition, dated Dec. 29, 2017, 69 pages.

Trembly & Sherman, "Double-blind clinical study of cannabidiol as a secondary anticonvulsant," Marijuana '90 Int. Conf. on Cannabis and Cannabinoids, Kolympari (Crete), Jul. 8-11, 1990, 1 page, Abstract only.

Trost, B. M. & Dogra, K., "Synthesis of (-)-Δ9-trans-Tetrahydrocannabinol: Stereocontrol via Mo-Catalyzed Asymmetric Allylic Alkylation Reaction," Organic Letters, 9(5):861-863 (2007).

Turkanis et al., "An Electrophysiological Analysis of the Anticonvulsant Action of Cannabidiol on Limbic Seizures in Conscious Rats," Epilepsia., 20:351-363 (1979).

Uliss et al., "The conversion of 3,4-CIS-to 3,4-TRANS-cannabinoids," Tetrahedron, 34:1885-1888 (1978).

USAMI et al., "Synthesis and pharmacological evaluation in mice of halogenated cannabidiol derivatives," Chem Pharm Bull (Tokyo), 47(11):1641-1645 (1999).

Unimed Pharmaceuticals, Inc, "Marinol®," Jul. 2006 <https://www.accessdata.fda.gov/dmgsatfda docs/label/2006/018651 s025s026lbl.pdf>, 11 pages.

USPTO Decision on Appeal in U.S. Appl. No. 10/318,659 (Appeal 2009-011751), dated Jul. 8, 2010, 23 pages.

USPTO Decision on Appeal in U.S. Appl. No. 13/698,730 (Appeal 2016-006358), dated Jun. 21, 2017, 6 pages.

USPTO Information Disclosure Statement Form PTO-1449 for U.S. Appl. No. 13/380,305, dated Nov. 24, 2014, 8 pages.

Utah.gov [online], "2nd Agenda Controlled Substances Advisory Committee Meeting," Nov. 12, 2013, URL <httos://www.utah.gov/pmn/files/81459.pdt>, 63 pages.

Van Bakel et al., "The draft genome and transcriptome of *Cannabis sativa*," Genome Biology 2011, 12:R102, 18 pages; http://genomebiology.com/2011/12/10/R102 (Oct. 24, 2011).

Van Rijckevorsel, "Treatment of Lennox-Gastaut syndrome: overview and recent findings," Neuropsychiatr Dis Treat. Dec. 2008; 4(6): 1001-1019.

Van Straten et al., "Update on the Management of Lennox-Gastaut Syndrome," Pediatric Neurology, 47:153-161 (2012).

Velasco et al., "Anticancer mechanisms of cannabinoids," Curr Oncol, 23(2): S23-S32 (2016).

Velisek, "Models of Chemically-Induced Acute Seizures," Models Seizure Epilepsy, 127-152 (2006).

Veliskova, Chapter 48 "Behavioral Characterization of Seizures in Rats," Model Seizures Epilepsy, 601-611 (2006).

Vollner et al., Haschisch XX: Cannabidivarin, ein neuer Haschisch-Inhaltsstoff. Tetrahedron Lett. 1969;10(3):145-7.

Wahle et al., "Development of tolerance to the anticonvulsant effect of valproate but not to ethosuximide in a rat model of absence epilepsy," Eur J Pharma. May 1990;181(1-2):1-8.

Wallace et al., "Pharmacotherapy for Dravet Syndrome," Pediatr. Drugs, 18:197-208 (2016).

Velisek, L., "Models of Chemically-Induced Acute Seizures," In Models of Seizures and Epilepsy, 127-152, 2006.

Wallace et al., "Assessment of the role of CB 1 receptors in cannabinoid anticonvulsant effects," Eur J Pharmacol. Sep. 28, 2001;428(1):51-7.

Warzak et al., "Caffeine Consumption in Young Children," The Journal of Pediatrics, vol. 158, Issue 3, p. 508-509, Mar. 1, 2011.

Weed Wars, Video I, Dec. 10, 2011, Weed Wars: The Story of Jayden-Andrew DeAngelo; https://www.youtube.com/watch?v=2WizdR5uHj0.

Weed Wars, Video II, May 25, 2013, 3 pages; available at https://www.youtube.com/watch?v=XBX_DBQsw5U.

Nathaniel Morris (of Weed Country on Discovery Channel), Selected Media Examples of Pediatric Applications of Cannabidiol, 2013, 6 pages; available at https://www.youtube.com/watch?v=Mw3wikaRg8.

Weimer-Kruel, A. et al., "Cannabidiol Interacts Significantly with Everolimus—Report of a Patient with Tuberous Sclerosis Complex," Neuropediatrics, 50(6), 2019, 4 pages; doi:https://doi.org/10.1055/s-0039-1695786.

Weston et al., "Tetrahydrocannabivarin exhibits anticonvulsant effects in a piriform cortical brain slice model of epileptiform activity." Pro British Pharm Soc 75th Anniv Meeting. Dec. 31, 2006 Found on: http://www.pA2on1ine.org/abstract/abstract.jsp?abid=28533. Abstract Only. 1 Page.

Whalley, Benjamin J. PhD. of the University of Reading presents his talk on "Cannabis and Epilepsy: Cannabidiol (CBD) and Cannabidavarin (CBDV) in Preclinical Models of Seizure and Epilepsy," at NYU School of Medicine's Cannabidiol Conference (Oct. 4, 2013). Video published online. <http://faces.med.nyu.edu/research-education/cannabidiol-conference>, 30 pages.

"When to Expect Results from CW Hemp Oil", downloaded Sep. 5, 2017, https://www.cwhemp.com/blog/expecting-results-from-hemp, 9 pages.

Whittle et al., (2001). Prospects for New Cannabis-Based Prescription Medicines. Journal of Cannabis Therapeutics. 1(3-4); doi:10.1300/J175v01, 1(3-4), 23 pages.

Wilkey, R., "'Weed Wars': Five-Year-Old Takes Medical Marijuana On Reality Show (Video)", Dec. 10, 2011, 7 pages; https://www.huffpost.com/entry/weed-wars-five-year-old-smokes-marijuana_n_1140351.

Wikipedia.org [online], "Cannabinoid," Wikipedia, Apr. 2003, retrieved on Mar. 1, 2017, URL <https://en.wikipedia.org/wiki/Cannabinoid>, 15 pages.

Williams, "The Key to Healing Broken Bones May be Found in This Illegal Drug," Jul. 25, 2015; https://www.fool.com/investing/high-growth/2015/07/25/the-key-to-healing-broken-bones-may-be-found-in-th.aspx#:~:text=As%20published%20in%20the%20Journal,rats%20in%20just%20eight%20 weeks, 5 pages.

Wingerchuk, "Cannabis for medical purposes: cultivating science, weeding out the fiction," Lancet. Jul. 24-30, 2004;364(9431):315-6.

Wright et al., Cannabidiol (CBD) in Dravet Syndrome: A Randomised, Dose-Ranging Pharmacokinetics and Safety Trial (GWPCARE1), Epilepsia, 58(Suppl. 5): S5-S199 (2017), p. 0240 Abstract, 1 page.

Written Opinion for International Application No. PCT/GB2010/0051066, dated Nov. 22, 2010, 4 pages.

Yamaori, S. et al., "Potent inhibition of human cytochrome P450 3A isoforms by cannabidiol: Role of phenolic hydroxyl groups in the resorcinol moiety," Life Sciences, 88:730-736 (2011).

Yu et al., "Reduced sodium current in GABAergic interneurons in a mouse model of severe myoclonic epilepsy in infancy," Nature Neuroscience, 9(9):1142-1149 (2006).

Yuriev, "Endogenic cannabinoid system is a new perspective object of pharmacotherapeutic effect to disease of nervous system," Ukrainsky Metodichny Chasopis, 6(50):21-29 (2005) (with English Abstract).

Zamberletti et al., "Alterations of prefrontal cortex GABAergic transmission in the complex psychotic-like phenotype induced by adolescent delta-9-tetrahydrocannabinol exposure in rats," Neurobiology of Disease, 63:35-47 (2014).

Zhornitsky & Potvin, "Cannabidiol in Humans—The Quest for Therapeutic Targets," Pharmaceuticals, 5:529-552 (2012).

Zhao et al., "Chapter 27: Repetitive Seizures in the Immature Brain," Models of Seizures and Epilepsy, 341-350 (2006).

(56)     **References Cited**

OTHER PUBLICATIONS

Zuardi et al., "Cannabidiol, a Cannabis sativa constituent, as an antipsychotic drug," Braz J Med Biol Res, 39(4):421-429 (2006).
Zuardi et al., "Cannabidiol: from an inactive cannabinoid to a drug with wide spectrum of action," Rev Bras Psiquiatr, 30(3):271-280 (2008).
U.S. Appl. No. 15/640,033, filed Jun. 30, 2017.
U.S. Appl. No. 16/467,639, filed Jun. 7, 2019.
U.S. Appl. No. 16/768,241, filed May 29, 2020.
U.S. Appl. No. 16/959,350, filed Jun. 30, 2020.
U.S. Appl. No. 16/959,354, filed Jun. 30, 2020.
U.S. Appl. No. 16/959,357, filed Jun. 30, 2020.
U.S. Appl. No. 17/050,956, filed Oct. 27, 2020.
U.S. Appl. No. 16/935,005, filed Jul. 21, 2020.
U.S. Appl. No. 17/296,066, filed May 21, 2021.
U.S. Appl. No. 17/296,076, filed May 21, 2021.
U.S. Appl. No. 17/424,682, filed Jul. 21, 2021.
U.S. Appl. No. 17/426,442, filed Jul. 28, 2021.
U.S. Appl. No. 17/406,401, filed Aug. 19, 2021.
U.S. Appl. No. 17/435,892, filed Sep. 2, 2021.
U.S. Appl. No. 17/470,382, filed Sep. 9, 2021.
U.S. Appl. No. 17/472,000, filed Sep. 10, 2021.
U.S. Appl. No. 17/472,016, filed Sep. 10, 2021.
U.S. Appl. No. 17/548,232, filed Dec. 10, 2021.
U.S. Appl. No. 17/606,370, filed Oct. 25, 2021.
U.S. Appl. No. 17/611,824, filed Nov. 16, 2021.
U.S. Appl. No. 17/529,005, filed Nov. 17, 2021.
U.S. Appl. No. 17/615,422, filed Nov. 30, 2021.
U.S. Appl. No. 17/552,487, filed Dec. 16, 2021.
U.S. Appl. No. 17/627,946, filed Jan. 18, 2022.
U.S. Appl. No. 17/631,069, filed Jan. 28, 2022.
U.S. Appl. No. 17/638,629, filed Feb. 25, 2022.
U.S. Appl. No. 17/689,607, filed Mar. 8, 2022.
U.S. Appl. No. 17/689,245, filed Mar. 8, 2022.
U.S. Appl. No. 17/744,224, filed May 13, 2022.
U.S. Appl. No. 17/705,443, filed Mar. 28, 2022.
U.S. Appl. No. 17/680,048, filed Apr. 11, 2022.
U.S. Appl. No. 17/770,435, filed Apr. 20, 2022.
U.S. Appl. No. 17/770,436, filed Apr. 20, 2022.
U.S. Appl. No. 17/771,184, filed Apr. 22, 2022.
U.S. Appl. No. 17/771,190, filed Apr. 22, 2022.
U.S. Appl. No. 17/771,195, filed Apr. 22, 2022.
U.S. Appl. No. 17/771,183, filed Apr. 22, 2022.
U.S. Appl. No. 17/777,734, filed May 18, 2022.
U.S. Appl. No. 17/777,677, filed May 18, 2022.
U.S. Appl. No. 17/777,681, filed May 18, 2022.
U.S. Appl. No. 17/817,753, filed Aug. 5, 2022.
U.S. Appl. No. 17/853,367, filed Jun. 29, 2022.
U.S. Appl. No. 17/816,349, filed Jul. 29, 2022.
U.S. Appl. No. 18/005,838, filed Jan. 17, 2023.
U.S. Appl. No. 18/005,841, filed Jan. 17, 2023.
U.S. Appl. No. 18/005,845, filed Jan. 17, 2023.
U.S. Appl. No. 18/005,843, filed Jan. 17, 2023.
U.S. Appl. No. 18/005,847, filed Jan. 17, 2023.
U.S. Appl. No. 18/005,848, filed Jan. 17, 2023.
U.S. Appl. No. 18/005,851, filed Jan. 18, 2023.
U.S. Appl. No. 18/005,852, filed Jan. 18, 2023.
U.S. Appl. No. 18/005,853, filed Jan. 18, 2023.
U.S. Appl. No. 18/005,959, filed Jan. 18, 2023.
U.S. Appl. No. 18/005,960, filed Jan. 18, 2023.
U.S. Appl. No. 18/005,961, filed Jan. 18, 2023.
U.S. Appl. No. 18/006,125, filed Jan. 19, 2023.
U.S. Appl. No. 18/006,127, filed Jan. 19, 2023.
U.S. Appl. No. 18/006,129, filed Jan. 19, 2023.
U.S. Appl. No. 18,006,131, filed Jan. 19, 2023.
U.S. Appl. No. 18,006,133, filed Jan. 19, 2023.
U.S. Appl. No. 18/006,121, filed Jan. 19, 2023.
U.S. Appl. No. 18/161,603, filed Jan. 30, 2023.
U.S. Appl. No. 18/170,235, filed Feb. 16, 2023.
U.S. Appl. No. 18/043,810, filed Mar. 2, 2023.
U.S. Appl. No. 18/044,941, filed Mar. 10, 2023.
U.S. Appl. No. 18/245,856, filed Mar. 17, 2023.
U.S. Appl. No. 18/186,792, filed Mar. 20, 2023.
U.S. Appl. No. 18/311,221, filed May 2, 2023.
U.S. Appl. No. 18/320,906, filed May 19, 2023.
U.S. Appl. No. 18/256,307, filed Jun. 7, 2023.
U.S. Appl. No. 18/257,373, filed Jun. 14, 2023.
U.S. Appl. No. 18/257,537, filed Jun. 14, 2023.
U.S. Appl. No. 18/257,479, filed Jun. 14, 2023.
U.S. Appl. No. 18/258,485, filed Jun. 20, 2023.
Thomas et al., "Characterization of the Lipophilicity of Natural and Synthetic Analogs of $\Delta^9$– Tetrahydrocannabinol and Its Relationship to Pharmacological Potency," The Journal of Pharmacology and Experimental Therapeutics, 255(2):624-630 (1990).

* cited by examiner

Case 2:24-cv-07550-MEF-AME   Document 1   Filed 07/03/24   Page 60 of 70 PageID: 60

US 11,963,937 B2

# USE OF CANNABINOIDS IN THE TREATMENT OF EPILEPSY

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a Continuation of U.S. patent application Ser. No. 17/472,016, filed Sep. 10, 2021; which is a Continuation of U.S. patent application Ser. No. 17/119,873, filed Dec. 11, 2020, now U.S. Pat. No. 11,154,516, issued Oct. 26, 2021; which is a Continuation of U.S. patent application Ser. No. 16/791,940, filed Feb. 14, 2020; which is a Continuation of U.S. patent application Ser. No. 15/948, 412, filed Apr. 9, 2018, now U.S. Pat. No. 10,603,288, issued Mar. 31, 2020; which is a Continuation of U.S. patent application Ser. No. 15/449,084, filed Mar. 3, 2017, now U.S. Pat. No. 9,956,183, issued May 1, 2018; which is a Continuation of U.S. patent application Ser. No. 15/284,766, filed Oct. 4, 2016, now U.S. Pat. No. 9,949,936 issued Apr. 24, 2018; which is a Continuation of U.S. patent application Ser. No. 14/741,783, filed Jun. 17, 2015, now U.S. Pat. No. 9,474,726 issued Oct. 25, 2016; which claims the benefit of priority of GB 1506550.1, filed Apr. 17, 2015, and GB 1410771.8, filed Jun. 17, 2014, each of which incorporated herein by reference in their entireties.

## FIELD OF THE INVENTION

The present invention relates to the use of cannabidiol (CBD) for the reduction of total convulsive seizure frequency in the treatment of "treatment-resistant epilepsy" (TRE). In one embodiment the patients suffering from TRE are children and young adults. CBD appears particularly effective when the TRE is Dravet syndrome; myoclonic absence seizures or febrile infection related epilepsy syndrome (FIRES). In these indications the reduction of total convulsive frequency has surprisingly been shown to be greater than 50%, through 70% to greater than 90% in a significant number of patients. Indeed a significant number of patients have been seizure free at the end of three months treatment.

Preferably the CBD used is in the form of a highly purified extract of *cannabis* such that the CBD is present at greater than 98% of the total extract (w/w) and the other components of the extract are characterised. In particular tetrahydrocannabinol (THC) has been substantially removed to a level of not more than 0.15% (w/w). Alternatively, it is a synthetically produced CBD.

In use the CBD is used concomitantly with one or more other anti-epileptic drugs (AED). Alternatively the CBD may be formulated for administration separately, sequentially or simultaneously with one or more AED or the combination may be provided in a single dosage form. Where the CBD is formulated for administration separately, sequentially or simultaneously it may be provided as a kit or together with instructions to administer the one or more components in the manner indicated.

## BACKGROUND TO THE INVENTION

Epilepsy occurs in approximately 1% of the population worldwide, (Thurman et al., 2011) of which 70% are able to adequately control their symptoms with the available existing anti-epileptic drugs (AED). However, 30% of this patient group, (Eadie et al., 2012), are unable to obtain seizure freedom from the AED that are available and as such are termed as suffering from "treatment-resistant epilepsy" (TRE).

Treatment-resistant epilepsy was defined in 2009 by the International League Against Epilepsy (ILAE) as "failure of adequate trials of two tolerated and appropriately chosen and used AED schedules (whether as monotherapies or in combination) to achieve sustained seizure freedom" (Kwan et al., 2009).

Individuals who develop epilepsy during the first few years of life are often difficult to treat and as such are often termed treatment-resistant. Children who undergo frequent seizures in childhood are often left with neurological damage which can cause cognitive, behavioral and motor delays.

Childhood epilepsy is a relatively common neurological disorder in children and young adults with a prevalence of approximately 700 per 100,000. This is twice the number of epileptic adults per population.

When a child or young adult presents with a seizure, investigations are normally undertaken in order to investigate the cause. Childhood epilepsy can be caused by many different syndromes and genetic mutations and as such diagnosis for these children may take some time.

One such childhood epilepsy is Dravet syndrome. Onset of Dravet syndrome almost always occurs during the first year of life with clonic and tonic-clonic seizures in previously healthy and developmentally normal infants (Dravet, 2011). Symptoms peak at about five months of age. Other seizures develop between one and four years of age such as prolonged focal dyscognitive seizures and brief absence seizures.

Seizures progress to be frequent and treatment-resistant, meaning that the seizures do not respond well to treatment. They also tend to be prolonged, lasting more than 5 minutes. Prolonged seizures may lead to status epilepticus, which is a seizure that lasts more than 30 minutes, or seizures that occur in clusters, one after another.

Prognosis is poor and approximately 14% of children die during a seizure, because of infection, or suddenly due to uncertain causes, often because of the relentless neurological decline. Patients develop intellectual disability and life-long ongoing seizures. Intellectual impairment varies from severe in 50% patients, to moderate and mild intellectual disability each accounting for 25% of cases.

There are currently no FDA approved treatments specifically indicated for Dravet syndrome. The standard of care usually involves a combination of the following anticonvulsants: clobazam, clonazepam, levetiracetam, topiramate and valproic acid.

Stiripentol is approved in Europe for the treatment of Dravet syndrome in conjunction with clobazam and valproic acid. In the US, stiripentol was granted an Orphan Designation for the treatment of Dravet syndrome in 2008; however, the drug is not FDA approved.

Potent sodium channel blockers used to treat epilepsy actually increase seizure frequency in patients with Dravet Syndrome. The most common are phenytoin, carbamazepine, lamotrigine and rufinamide.

Management may also include a ketogenic diet, and physical and vagus nerve stimulation. In addition to anticonvulsive drugs, many patients with Dravet syndrome are treated with anti-psychotic drugs, stimulants, and drugs to treat insomnia.

US 11,963,937 B2

**3**

Common AED defined by their mechanisms of action are described in the following tables:

Examples of narrow spectrum AED

| Narrow-spectrum AED | Mechanism |
| --- | --- |
| Phenytoin | Sodium channel |
| Phenobarbital | GABA/Calcium channel |
| Carbamazepine | Sodium channel |
| Oxcarbazepine | Sodium channel |
| Gabapentin | Calcium channel |
| Pregabalin | Calcium channel |
| Lacosamide | Sodium channel |
| Vigabatrin | GABA |

Examples of broad spectrum AED

| Broad-spectrum AED | Mechanism |
| --- | --- |
| Valproic acid | GABA/Sodium channel |
| Lamotrigine | Sodium channel |
| Topiramate | GABA/Sodium channel |
| Zonisamide | GABA/Calcium/Sodium channel |
| Levetiracetam | Calcium channel |
| Clonazepam | GABA |
| Rufinamide | Sodium channel |

Examples of AED used specifically in childhood epilepsy

| AED | Mechanism |
| --- | --- |
| Clobazam | GABA |
| Stiripentol | GABA |

Over the past forty years there have been a number of animal studies on the use of the non-psychoactive cannabinoid cannabidiol (CBD) to treat seizures. For example, Consroe et al., (1982) determined that CBD was able to prevent seizures in mice after administration of pro-convulsant drugs or an electric current.

Studies in epileptic adults have also occurred in the past forty years with CBD. Cunha et al, reported that administration of CBD to eight adult patients with generalized epilepsy resulted in a marked reduction of seizures in 4 of the patients (Cunha et al., 1980).

A study in 1978 provided 200 mg/day of pure CBD to four adult patients, two of the four patients became seizure free, whereas in the remainder seizure frequency was unchanged (Mechoulam and Carlini, 1978).

In contrast to the studies described above, an open label study reported that 200 mg/day of pure CBD was ineffective in controlling seizures in twelve institutionalized adult patients (Ames and Cridland, 1986).

Based on the fact that chronologically the last study to look at the effectiveness of CBD in patients with epilepsy proved that CBD was unable to control seizures, there would be no expectation that CBD might be useful as an anti-convulsant agent.

In the past forty years of research there have been over thirty drugs approved for the treatment of epilepsy none of which are cannabinoids. Indeed, there appears to have been a prejudice against cannabinoids, possible due to the scheduled nature of these compounds and/or the fact that THC, which is a known psychoactive, has been ascribed as a pro-convulsant (Consroe et al., 1977).

A paper published recently suggested that cannabidiol-enriched cannabis may be efficacious in the treatment of

**4**

epilepsy. Porter and Jacobson (2013) report on a parent survey conducted via a Facebook group which explored the use of cannabis which was enriched with CBD in children with treatment-resistant epilepsy. It was found that sixteen of the 19 parents surveyed reported an improvement in their child's epilepsy. The children surveyed for this paper were all taking cannabis that was purported to contain CBD in a high concentration although the amount of CBD present and the other constituents including THC were not known. Indeed, whilst CBD levels ranged from 0.5 to 28.6 mg/kg/day (in those extracts tested), THC levels as high as 0.8 mg/kg/day were reported.

Providing children with TRE with a cannabis extract that comprises THC, which has been described as a pro-convulsant (Consroe et al., 1977), in even small amounts, let alone at a potentially psychoactive dose of 0.8 mg/kg/day, is extremely dangerous and as such there is a real need to determine whether CBD is in fact efficacious.

To date there have been no controlled trials of CBD in children and young adults with TRE.

## BRIEF SUMMARY OF THE DISCLOSURE

In accordance with a first aspect of the present invention there is provided cannabidiol (CBD) for use in the treatment of treatment-resistant epilepsy (TRE), wherein the epilepsy is febrile infection related epilepsy syndrome (FIRES).

In accordance with a second aspect of the present invention there is provided cannabidiol (CBD) for use in the treatment of epilepsy, wherein the epilepsy is a treatment-resistant epilepsy (TRE), and wherein the CBD is present in an amount that reduces total convulsive seizure frequency by greater than 50% with respect to the seizure frequency achieved on concomitant anti-epileptic drugs (AED).

Preferably the CBD is used in combination with two or more concomitant anti-epileptic drugs (AED). The CBD may be formulated for administration separately, sequentially or simultaneously with one or more AED or the combination may be provided in a single dosage form.

Preferably the seizure type to be treated is a complex partial seizure (focal seizure with impairment).

Preferably the CBD is present in an amount that reduces total convulsive seizure frequency by greater than 70% with respect to the seizure frequency achieved on concomitant anti-epileptic drugs (AED). More preferably the CBD is present in an amount that reduces total convulsive seizure frequency by greater than 90% with respect to the seizure frequency achieved on concomitant anti-epileptic drugs (AED). More preferably still the CBD is present in an amount that reduces total convulsive seizure frequency by 100% with respect to the seizure frequency achieved on concomitant anti-epileptic drugs (AED).

In one embodiment the CBD is present as a highly purified extract of cannabis which comprises at least 98% (w/w) CBD.

The one or more AED is preferably selected from the group consisting of: clobazam; levetiracetam; topiramate; stiripentol; phenobarbital; lacsamide; valproic acid; zonisamide; perampanel; and fosphenytoin.

Preferably the CBD is used in combination with clobazam.

Preferably the number of different anti-epileptic drugs or the dose of AED that are used in combination with the CBD is reduced. More preferably the dose of AED which is reduced is of clobazam.

US 11,963,937 B2

5

Preferably the dose of CBD is greater than 5 mg/kg/day. Thus for a 15 kg patient a dose of greater than 75 mg of CBD per day would be provided. Doses greater than 5 mg/kg/day such as greater than 10/mg/kg/day, greater than 15 mg/kg/day, greater than 20 mg/kg/day and greater than 25 mg/kg/day are also envisaged to be effective.

In accordance with a third aspect of the present invention there is provided a method of treating treatment-resistant epilepsy comprising administering cannabidiol (CBD) to a subject, wherein the epilepsy is febrile infection related epilepsy syndrome (ARES).

In accordance with a fourth aspect of the present invention there is provided a method of treating treatment-resistant epilepsy comprising administering cannabidiol (CBD) to a subject in an amount sufficient to reduce total convulsive seizure frequency by greater than 50% with respect to the seizure frequency achieved on one or more concomitant anti-epileptic drugs (AED).

Definitions

Definitions of some of the terms used to describe the invention are detailed below:

The cannabinoids described in the present application are listed below along with their standard abbreviations.

6

The table above is not exhaustive and merely details the cannabinoids which are identified in the present application for reference. So far over 60 different cannabinoids have been identified and these cannabinoids can be split into different groups as follows: Phytocannabinoids; Endocannabinoids and Synthetic cannabinoids (which may be novel cannabinoids or synthetically produced phytocannabinoids or endocannabinoids).

"Phytocannabinoids" are cannabinoids that originate from nature and can be found in the *cannabis* plant. The phytocannabinoids can be isolated from plants to produce a highly purified extract or can be reproduced synthetically.

"Highly purified cannabinoids" are defined as cannabinoids that have been extracted from the *cannabis* plant and purified to the extent that other cannabinoids and non-cannabinoid components that are co-extracted with the cannabinoids have been removed, such that the highly purified cannabinoid is greater than or equal to 98% (w/w) pure.

"Synthetic cannabinoids" are compounds that have a cannabinoid or cannabinoid-like structure and are manufactured using chemical means rather than by the plant.

Phytocannabinoids can be obtained as either the neutral (decarboxylated form) or the carboxylic acid form depending on the method used to extract the cannabinoids. For

CBD    Cannabidiol

CBDA    Cannabidiolic acid

CBDV    Cannabidivarin

THC    Tetrahydrocannabinol

US 11,963,937 B2

7

example it is known that heating the carboxylic acid form will cause most of the carboxylic acid form to decarboxylate into the neutral form.

"Treatment-resistant epilepsy" (TRE) is defined as per the ILAE guidance of 2009 as epilepsy that is not adequately controlled by trials of one or more AED.

"Childhood epilepsy" refers to the many different syndromes and genetic mutations that can occur to cause epilepsy in childhood. Examples of some of these are as follows: Dravet Syndrome; Myoclonic-Absence Epilepsy; Lennox-Gastaut syndrome; Generalized Epilepsy of unknown origin; CDKL5 mutation; Aicardi syndrome; bilateral polymicrogyria; Dup15q; SNAP25; and febrile infection related epilepsy syndrome (FIRES); benign rolandic epilepsy; juvenile myoclonic epilepsy; infantile spasm (West syndrome); and Landau-Kleffner syndrome. The list above is non-exhaustive as many different childhood epilepsies exist.

### DETAILED DESCRIPTION

Preparation of Highly Purified Cbd Extract

The following describes the production of the highly-purified (>98% w/w) cannabidiol extract which has a known and constant composition which was used for the expanded access trials described in Examples below.

In summary the drug substance used in the trials is a liquid carbon dioxide extract of high-CBD containing chemotypes of *Cannabis sativa* L. which had been further purified by a solvent crystallization method to yield CBD. The crystallisation process specifically removes other cannabinoids and plant components to yield greater than 98% CBD.

The *Cannabis sativa* L. plants are grown, harvested, and processed to produce a botanical extract (intermediate) and then purified by crystallization to yield the CBD (drug substance).

The plant starting material is referred to as Botanical Raw Material (BRM); the botanical extract is the intermediate; and the active pharmaceutical ingredient (API) is CBD, the drug substance.

Both the botanical starting material and the botanical extract are controlled by specifications. The drug substance specification is described in Table 1 below.

TABLE 1

| CBD Specification | | |
| --- | --- | --- |
| Test | Test Method | Limits |
| Appearance | Visual | Off-white/pale yellow crystals |
| Identification A | HPLC-UV | Retention time of major peak corresponds to certified CBD Reference Standard |
| Identification B | GC-FID/MS | Retention time and mass spectrum of major peak corresponds to certified CBD Reference Standard |
| Identification C | FT-IR | Conforms to reference spectrum for certified CBD Reference Standard |
| Identification D | Melting Point | 65-67° C. |
| Identification E | Specific Optical Rotation | Conforms with certified CBD Reference Standard; −110° to −140° (in 95% ethanol) |
| Total Purity | Calculation | ≥98.0% |
| Chromatographic Purity 1 | HPLC-UV | ≥98.0% |
| Chromatographic Purity 2 | GC-FID/MS | ≥98.0% |
| Impurities (Other Cannabinoids): | HPLC-UV | NMT 0.15% w/w<br>NMT 1.0% w/w |
| CBDA | | NMT 0.15% w/w |

8

TABLE 1-continued

| CBD Specification | | |
| --- | --- | --- |
| Test | Test Method | Limits |
| CBDV | | NMT 0.5% w/w |
| Δ⁹ THC | | |
| CBD-C4 | | |
| Residual Solvents: | GC | NMT 0.5% w/w |
| Alkane | | NMT 0.5% w/w |
| Ethanol | | |
| Residual Water | Karl Fischer | NMT 1.0% w/w |

NMT—Not more than

The purity of the CBD drug substance achieved is greater than 98%. The possible impurities are related cannabinoids: CBDA, CBDV, CBD-C4 and THC.

Distinct chemotypes of *Cannabis sativa* L. plant have been produced to maximize the output of the specific chemical constituents, the cannabinoids. One type of plant produces predominantly CBD. Only the (−)-trans isomer occurs naturally, furthermore during purification the stereochemistry of CBD is not affected.

Production of the Intermediate

An overview of the steps to produce a botanical extract, the intermediate, are as follows:

| | |
| --- | --- |
| 1. | Growing |
| 2. | Decarboxylation |
| 3. | Extraction No. 1 - using liquid CO₂ |
| 4. | Extraction No. 2 - 'winterization' using ethanol |
| 5. | Filtration |
| 6. | Evaporation |

High CBD chemovars were grown, harvested and dried and stored in a dry room until required. The botanical raw material (BRM) was finely chopped using an Apex mill fitted with a 1 mm screen. The milled BRM was stored in a freezer for up to 3 months prior to extraction.

Decarboxylation of CBDA to CBD was carried out using a large Heraeus tray oven. The decarboxylation batch size in the Heraeus is approximately 15 Kg. Trays were placed in the oven and heated to 105° C.; the BRM took 96.25 minutes to reach 105° C. Held at 105° C. for 15 Minutes. Oven then set to 150° C.; the BRM took 75.7 minutes to reach 150° C.; BRM held at 150° C. for 130 Minutes. Total time in the oven was 380 Minutes, including 45 minutes cooling and 15 Minutes venting.

Extraction No 1 was performed using liquid CO2 at 60 bar/10° C. to produce botanical drug substance (BDS) which was used for crystallisation to produce the test material.

The crude CBD BDS was winterised in Extraction No 2 under standard conditions (2 volumes of ethanol at minus 20° C. for around 50 hours). The precipitated waxes were removed by filtration and the solvent evaporated using the rotary evaporator (water bath up to 60° C.) to yield the BDS.

Production of the Drug Substance

The manufacturing steps to produce the drug substance from the intermediate botanical extract are as follows:

1. Crystallization using C5-C12 straight chain or branched alkane
2. Filtration
3. Optional recrystallization from C5-C12 straight chain or branched alkane
4. Vacuum drying

Intermediate botanical extract (12 kg) produced using the methodology above was dispersed in C5-C12 straight chain or branched alkane (9000 ml, 0.75 vols) in a 30 litre stainless steel vessel.

9

10

The mixture was manually agitated to break up any lumps and the sealed container then placed in a freezer for approximately 48 hours.

The crystals were isolated by vacuum filtration, washed with aliquots of cold C5-C12 straight chain or branched alkane (total 12000 ml), and dried under a vacuum of <10 mb at a temperature of 60° C. until dry before submitting the drug substance for analysis.

The dried product was stored in a freezer at minus 20° C. in a pharmaceutical grade stainless steel container, with FDA food grade approved silicone seal and clamps.

Examples 1 to 3 below describe the use of a highly purified *cannabis* extract comprising cannabidiol (CBD). Cannabidiol is the most abundant non-psychoactive cannabinoid in the *cannabis* plant. Previous studies in animals have demonstrated that CBD has anticonvulsant efficacy in multiple species and models.

Example 1 describes data produced in an expanded access treatment program in children with TRE.

Examples 2 to 4 demonstrates the efficacy of CBD in children with Dravet syndrome, myoclonic absence seizures and FIRES respectively.

### Example 1: Efficacy of Cannabidiol in Children and Young Adults with Treatment-Resistant Epilepsy

Materials and Methods

Twenty-seven children and young adults with severe, childhood onset treatment-resistant epilepsy (TRE) were tested with a highly purified extract of cannabidiol (CBD) obtained from a *cannabis* plant. The participants in the study were part of an expanded access compassionate use program for CBD.

All patients entered a baseline period of 4 weeks when parents/caregivers kept prospective seizure diaries, noting all countable motor seizure types.

The patients then received a highly purified CBD extract (greater than 98% CBD w/w) in sesame oil, of known and constant composition, at a dose of 5 mg/kg/day in addition to their baseline anti-epileptic drug (AED) regimen.

The daily dose was gradually increased by 2 to 5 mg/kg increments until intolerance occurred or a maximum dose of 25 mg/kg/day was achieved.

Patients were seen at regular intervals of 2-4 weeks. Laboratory testing for hematologic, liver, kidney function, and concomitant AED levels was performed at baseline, and after 4, 8 and 12 weeks of CBD therapy.
Results

There were 27 children and young adult patients who received at least 3 months of treatment all of whom suffered from treatment-resistant epilepsy.

All patients were taking at least two concomitant anti-epileptic drugs. These included clobazam; levetiracetam; topiramate; stiripentol; phenobarbital; lacsamide; valproic acid; zonisamide. The average number of concomitant anti-epileptic drugs being taken was 2.7. The majority took either clobazam and/or valproic acid.

Co-treatment of CBD with clobazam was a significant predictor of a positive treatment response of greater than 50% responder rate. There was an odds ratio (OR) of 3.3 for total seizure reduction and of 1.9 for convulsive seizures. The OR evaluates whether the odds of a certain event or outcome is the same for two groups. Specifically, the OR measures the ratio of the odds that an event or result will occur to the odds of the event not happening. An OR greater than 1 signifies that patients treated with a combination of CBD with clobazam will have a better odds of having a positive reduction in seizures than if they were not taking this combination of medications.

The median number of seizures that these patients suffered from before starting treatment was 30 seizures per month, with a range of 4 to 2,800 seizures per month being recorded.

Efficacy results for the 27 patients are summarized in Table 2 below.

#### TABLE 2

| Changes in Seizure Frequency with CBD Therapy | |
| --- | --- |
| All patients | Month 3 (n = 27) |
| Responder rate (>50% reduction) [%] | 13 [48%] |
| Responder rate (>70% reduction) [%] | 11 [41%] |
| Responder rate (>90% reduction) [%] | 6 [22%] |
| Seizure free [%] | 2 [7%] |

Table 2 shows that after 3 months of therapy, 48% of patients had an equal to or greater than >50% reduction in seizures.

Remarkably, two of the patients, equating to 7%, were entirely free from seizures at the three month stage.

None of the 27 subjects withdrew during the 3-month treatment period and adverse events were mild and well tolerated. Common adverse events included somnolence, fatigue, decreased appetite, increased appetite and diarrhoea.

In five subjects their dose of clobazam was reduced due to its sedative effect.

### Conclusions

These preliminary results indicate that CBD significantly reduces the number of seizures in a high proportion of patients that do not respond well to existing AED. The cannabidiol was generally well-tolerated in doses up to 25 mg/kg/day.

It was surprising that in this group of patients which are treatment-resistant such a high number were able to gain an effect. The fact that nearly half of the patients (48%) benefitted from at least a fifty percent reduction in the number of seizures that they suffered from was remarkable.

Furthermore, nearly a quarter (22%) of patients whose seizures were not controlled with at least two anti-epileptic drugs, experienced a reduction of 90% of the number of seizures they were experiencing and 7% were completely seizure free at the end of the 3 month trial period.

Even more remarkable were the results for some defined sub-sets of this generic group and these are set out on Examples 2 to 4 below.

### Example 2: Efficacy of Cannabidiol in Children and Young Adults with Treatment Resistant Dravet Syndrome

Materials and Methods

Nine children and young adults with treatment-resistant Dravet syndrome were part of an expanded access compassionate use program for highly purified CBD extract as described in Example 1.
Results

All nine patients with Dravet syndrome were taking at least two concomitant anti-epileptic drugs. These were largely AED operating via GABA and included clobazam;

US 11,963,937 B2

## 11

levetiracetam; topiramate; stiripentol; phenobarbital; lacsamide; valproic acid; and zonisamide. The average number of concomitant antiepileptic drugs being taken was 2.7.

The mean number of seizures that these patients suffered from before starting treatment was 35 seizures per month, with a range of 6 to 112 seizures per month recorded.

Efficacy results for the 9 patients are summarized in Table 3 below.

TABLE 3

Changes in Seizure Frequency with CBD Therapy in Dravet Syndrome patients

|  | Dravet patients (n = 9) | All patients (n = 27) | All patients excluding Dravet patients (n = 18) |
|---|---|---|---|
| Responder rate (>50% reduction) [%] | 5 [56%] | 13 [48%] | 8 [44%] |
| Responder rate (>70% reduction) [%] | 4 [44%] | 11 [41%] | 7 [39%] |
| Responder rate (>90% reduction) [%] | 3 [33%] | 6 [22%] | 3 [17%] |
| Seizure free [%] | 2 [22%] | 2 [7%] | 0 |

Table 3 shows that after 3 months of therapy, 56% of patients had an equal to or greater than 50% reduction in seizures, a third had a 90% reduction and remarkably 22%, were entirely free from seizures at the three month stage.

None of the 9 subjects withdrew during the 3-month treatment period and adverse events were mild and well tolerated. Common adverse events included somnolence, fatigue, decreased appetite, increased appetite and diarrhoea.

Conclusions

These data demonstrate that in this sub-group of patients with treatment-resistant Dravet syndrome a surprisingly high number were able to gain a dramatic reduction in the number of seizures.

Nearly a quarter (22%) of patients were entirely seizure free at the end of the 3 month trial period. This would not be expected in this group of patients who were taking a large number of different anti-epileptic medications and yet were still suffering from a large number of seizures per day.

Example 3: Efficacy of Cannabidiol in Children and Young Adults with Treatment Resistant Myoclonic Absence Seizures

Materials and Methods

Four children and young adults with treatment-resistant myoclonic absence seizures were part of an expanded access compassionate use program for highly purified CBD extract as described in Example 1.

Results

All four patients with myoclonic absence seizures were taking at least two concomitant anti-epileptic drugs. These were largely AED operating via GABA and included clobazam; levetiracetam; topiramate; stiripentol; phenobarbital; lacsamide; valproic acid; and zonisamide. The average number of concomitant antiepileptic drugs being taken was 27.

## 12

Efficacy results for the four patients are summarized in Table 4 below.

TABLE 4

Changes in Seizure Frequency with CBD Therapy in patients with myoclonic absence seizures (MAS)

|  | MAS patients (n = 4) | All patients (n = 27) | All patients excluding MAS patients (n = 23) |
|---|---|---|---|
| Responder rate (>50% reduction) [%] | 2 [50%] | 13 [48%] | 11 [48%] |
| Responder rate (>70% reduction) [%] | 2 [50%] | 11 [41%] | 9 [39%] |
| Responder rate (>90% reduction) [%] | 1 [25%] | 6 [22%] | 5 [22%] |
| Seizure free [%] | 0 | 2 [7%] | 2 [9%] |

Table 4 shows that after 3 months of therapy, half of the patients had an equal to or greater than 50% reduction in seizures, one patient (25%) had a 90% reduction at the three month stage.

None of the 4 subjects withdrew during the 3-month treatment period and adverse events were mild and well tolerated. Common adverse events included somnolence, fatigue, decreased appetite, increased appetite and diarrhoea.

Conclusions

These data demonstrate that in this sub-group of patients with treatment-resistant MAS a surprisingly high number were able to gain a reduction in the number of seizures.

Example 4: Efficacy of Cannabidiol in Children with Treatment Resistant Febrile Infection Related Epilepy Syndrome (Fires)

Febrile Infection Related Epilepsy Syndrome (FIRES) is a catastrophic epileptic encephalopathy with an unidentified aetiology that comprises a small minority of all patients with refractory status epilepticus.

This syndrome occurs in previously healthy children with 66-100% of survivors becoming developmentally disabled. The mortality rate is up to 30%. There is a critical need for new therapies to treat this condition.

Materials and Methods

Three patients with FIRES, with an age range of from 4 to 15 years, were treated with CBD under an expanded access program as described previously in Example 1.

Safety laboratory studies, physical/neurological exams, 24 hour video/EEG and seizure types and frequencies were assessed at baseline and one month after starting CBD.

A highly purified extract of CBD as an oral solution in sesame oil was used at a concentration of 25 mg/mL.

Treatment was initiated at a dose of 10 mg/kg/day given in two divided doses, increasing by 5 mg/kg/day every 3 days.

Following seizure improvement an average of 2 AEDs were weaned.

Results

Prior to initiation of treatment with highly purified CBD, the patients all suffered from refractory seizures or status epilepticus. These had been treated with anaesthetics including midazolam infusion, pentobarbital infusion, propofol infusion, and isofluorane infusion, additionally patients also were given steroids including lidocaine infusion, and methylprednisolone and other treatments including ketamine,

US 11,963,937 B2

**13**

fosphenytoin, thiamine, rituximab, cyclophosphamide, intravenous immunoglobulin, and a hypothermia protocol.

At the time of initiation of CBD, the patients were taking between three and five anti-epileptic drugs including: levetiracetam, clobazam, perampanel, phenobarbital, phenytoin, carbamezapine, felbamate, ketogenic diet, lamotrigine, valproic acid and vagus nerve stimulation therapy.

Baseline 24 hour EEG of seizures were recorded. The total seizures at baseline and during the treatment period are shown in Table 5. Patient 1 was shown to be seizure free after starting treatment for almost all of the treatment period, with the number of seizures being reduced from 7 to 0.3 over a 24 week period. Patient 2 had a 50% reduction in seizures after 4 weeks however the seizure frequency increased after a further 4 weeks then started to decrease again after 16 weeks of treatment. The most remarkable response was seen in Patient 3, who suffered from 5600 seizures at baseline. The number of seizures were dramatically reduced after 4 weeks and at week 24 this patient was still demonstrating a greater than 90% reduction in the number of seizures.

The type of seizures that occurred in the three FIRES patients were all complex partial seizures (focal seizures with impairment). None of the FIRES patients suffered from focal seizures with secondary generalisation or convulsive seizures.

**14**

SUMMARY TABLE AND CONCLUSIONS

Table 6 below summarises the data obtained in the three sub-sets: Dravet syndrome; myoclonic absence seizures (MAS) and febrile infection related epilepsy syndrome (FIRES) after 12 weeks of treatment which have been described in the Examples 2 to 4 above. In addition the data for the remainder of the patients with other epilepsy syndromes are detailed. These data which exclude the patients with Dravet, MAS and FIRES show a far lower responder rate than for the specified sub-sets of the above specified sub-sets of epilepsy.

In particular, the responder rate for patients obtaining a greater than 90% reduction in their seizures is reduced from 33% in Dravet patients to only 8% in the unspecified group. This suggests that patients suffering from a TRE of sub-type Dravet syndrome, myoclonic absence seizures or FIRES will respond better to treatment with highly purified CBD than patients with other epilepsy sub-types.

TABLE 5

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | % | | | | |
| | | Change | Change | Responder | Responder | Responder | |
| | Frequency | from | from | (>=50% | (>=70% | (>=90% | Seizure |
| Visit | (per month) | Baseline | Baseline | Reduction) | Reduction) | Reduction) | Free |
| colspan-Patient 1 | | | | | | | |
| BL | 4.0 | n/a | n/a | n/a | n/a | n/a | n/a |
| Wk 4 | 0.0 | ~4.0 | ~100.0 | Yes | Yes | Yes | Yes |
| Wk 8 | 1.0 | ~3.0 | ~75.0 | Yes | Yes | No | No |
| Wk 12 | 0.0 | ~4.0 | ~100.0 | Yes | Yes | Yes | Yes |
| Wk 16 | 0.0 | ~4.0 | ~100.0 | Yes | Yes | Yes | Yes |
| Wk 24 | 0.3 | ~3.7 | ~92.0 | Yes | Yes | Yes | No |
| colspan-Patient 2 | | | | | | | |
| BL | 7.0 | n/a | n/a | n/a | n/a | n/a | n/a |
| Wk 2 | 0.8 | ~6.2 | ~88.6 | Yes | Yes | No | No |
| Wk 4 | 3.0 | ~4.0 | ~57.1 | Yes | No | No | No |
| Wk 8 | 10.0 | 3.0 | 42.9 | No | No | No | No |
| Wk 12 | 8.0 | 1.0 | 14.3 | No | No | No | No |
| Wk 16 | 4.0 | ~3.0 | ~42.9 | No | No | No | No |
| colspan-Patient 3 | | | | | | | |
| BL | 5600.0 | n/a | n/a | n/a | n/a | n/a | n/a |
| Wk 4 | 47.2 | ~5552.8 | ~99.2 | Yes | Yes | Yes | No |
| Wk 8 | 9.2 | ~5590.8 | ~99.8 | Yes | Yes | Yes | No |
| Wk 12 | 141.6 | ~5458.4 | ~97.5 | Yes | Yes | Yes | No |
| Wk 24 | 542.0 | ~5058.0 | ~90.3 | Yes | Yes | Yes | No |

Total Seizure Data

Follow up laboratory tests showed no changes in safety studies or concomitant AED levels. No treatment related adverse effects were observed.

Conclusions

CBD treatment was very well tolerated and associated with a dramatic and nearly immediate greater than 90% improvement in clinical and electrographic seizure burden in two of the three children with refractory seizures or status epilepticus due to FIRES.

After a reduction in seizures the patients were able to walk and verbalise once more.

TABLE 6

Changes in Seizure Frequency with CBD Therapy in patients with sub-type TRE and all patients excluding the sub-types.

| | All patients (excluding Dravet, MAS and FIRES) (n = 13) | Dravet patients (n = 9) | MAS patients (n = 4) | FIRES patients (n = 3) |
|---|---|---|---|---|
| Responder rate (>50% reduction) [%] | 5 [38%] | 5 [56%] | 2 [50%] | 2 [67%] |
| Responder rate (>70% reduction) [%] | 4 [31%] | 4 [44%] | 2 [50%] | 2 [67%] |

US 11,963,937 B2

15

TABLE 6-continued

Changes in Seizure Frequency with CBD Therapy in patients with sub-type TRE and all patients excluding the sub-types.

| | All patients (excluding Dravet, MAS and FIRES) (n = 13) | Dravet patients (n = 9) | MAS patients (n = 4) | FIRES patients (n = 3) |
|---|---|---|---|---|
| Responder rate (>90% reduction) [%] | 1 [8%] | 3 [33%] | 1 [25%] | 2 [67%] |
| Seizure free [%] | 0 | 2 [22%] | 0 | 1 [33%] |

REFERENCES

Ames F R and Cridland S (1986). "Anticonvulsant effects of cannabidiol." S Afr Med J 69:14.

Consroe P, Martin P, Eisenstein D. (1977). "Anticonvulsant drug antagonism of delta-9-tetrahydrocannabinol induced seizures in rabbits." Res Commun Chem Pathol Pharmacol. 16:1-13

Consroe P, Benedicto M A, Leite J R, Carlini E A, Mechoulam R. (1982). "Effects of cannabidiol on behavioural seizures caused by convulsant drugs or current in mice." Eur J Pharmaco. 83: 293-8

Cunha J M, Carlini E A, Pereira A E, Ramos O L, Pimental C, Gagliardi R et al. (1980). "Chronic administration of cannabidiol to healthy volunteers and epileptic patient." Pharmacology. 21:175-85

Dravet C. The core Dravet syndrome phenotype. Epilepsia. 2011 April; 52 Suppl 2:3-9.

Eadie, MJ (December 2012). "Shortcomings in the current treatment of epilepsy." *Expert Review of Neurotherapeutics* 12 (12): 1419-27.

Kwan P, Arzimanoglou A, Berg A T, Brodie M J, Hauser W A, Mathern G, Moshe S L, Perucca E, Wiebe S, French J. (2009) "Definition of drug resistant epilepsy: Consensus proposal by the ad hoc Task Force of the ILAE Commission on Therapeutic Strategies." *Epilepsia.*

Mechoulam R and Carlini E A (1978). "Toward drugs derived from *cannabis*." Die naturwissenschaften 65:174-9.

Porter B E, Jacobson C (December 2013). "Report of a parent survey of cannabidiol-enriched *cannabis* use in paediatric treatment resistant epilepsy" Epilepsy Behaviour. 29(3) 574-7

Thurman, DJ; Beghi, E; Begley, CE; Berg, AT; Buchhalter, JR; Ding, D; Hesdorffer, DC; Hauser, WA; Kazis, L; Kobau, R; Kroner, B; Labiner, D; Liow, K; Logroscino, G; Medina, MT; Newton, CR; Parko, K; Paschal, A; Preux, P M; Sander, J W; Selassie, A; Theodore, W; Tomson, T; Wiebe, S; ILAE Commission on, Epidemiology (September 2011). "Standards for epidemiologic studies and surveillance of epilepsy." *Epilepsia.* 52 Suppl 7: 2-26

The invention claimed is:

1. A method of treating a type of treatment-resistant epilepsy, which is Dravet syndrome, in a patient in need thereof, comprising administering to the patient a pharmaceutical composition comprising a cannabidiol (CBD) drug substance and sesame oil, wherein the CBD drug substance comprises at least 98% w/w CBD; and

wherein the dose of CBD administered to the patient ranges from about 5 mg/kg/day to about 25 mg/kg/day.

16

2. The method of claim 1, wherein the CBD is synthetic.

3. The method of claim 1, wherein the CBD drug substance comprises at least 98% w/w CBD and not more than 0.15% w/w CBDA.

4. The method of claim 1, wherein the CBD drug substance comprises at least 98% w/w CBD and not more than 1.0% w/w CBDV.

5. The method of claim 1, wherein the CBD drug substance comprises at least 98% w/w CBD and not more than 0.15% w/w $\Delta^9$THC.

6. The method of claim 1, wherein the CBD drug substance comprises at least 98% w/w CBD and not more than 0.5% w/w CBD-C4.

7. The method of claim 1, wherein the CBD drug substance comprises at least 98% w/w CBD, not more than 1.0% w/w CBDV, and not more than 0.15% w/w $\Delta^9$THC.

8. The method of claim 1, wherein the CBD drug substance comprises at least 98% w/w CBD, not more than 1.0% w/w CBDV, not more than 0.15% w/w $\Delta^9$THC, and not more than 0.5% w/w CBD-C4.

9. The method of claim 1, wherein the CBD drug substance comprises at least 98% w/w CBD, not more than 0.15% w/w CBDA, not more than 1.0% w/w CBDV, not more than 0.15% w/w $\Delta^9$THC, and not more than 0.5% w/w CBD-C4.

10. The method of claim 1, wherein the administering treats convulsive seizures.

11. The method of claim 1, wherein the administering reduces seizure frequency.

12. The method of claim 1, wherein the administering reduces seizure frequency by at least 50% compared to a seizure frequency experienced during a baseline period before CBD was administered.

13. The method of claim 9, wherein the administering treats convulsive seizures.

14. The method of claim 9, wherein the administering reduces seizure frequency.

15. The method of claim 9, wherein the administering reduces total absence seizure frequency by at least 50% compared to a seizure frequency experienced during a baseline period before CBD was administered.

16. The method of claim 1, wherein the dose of CBD is 10 mg/kg/day.

17. The method of claim 1, wherein the dose of CBD is 20 mg/kg/day.

18. The method of claim 16, wherein the administering treats convulsive seizures.

19. The method of claim 16, wherein the administering reduces seizure frequency.

20. The method of claim 16, wherein the administering reduces seizure frequency by at least 50% compared to a frequency experienced during a baseline period before CBD was administered.

21. The method of claim 17, wherein the administering treats convulsive seizures.

22. The method of claim 17, wherein the administering reduces seizure frequency.

23. The method of claim 17, wherein the administering reduces seizure frequency by at least 50% compared to a seizure frequency experienced during a baseline period before CBD was administered.

24. A method of treating a type of treatment-resistant epilepsy, which is Lennox-Gastaut syndrome, in a patient in need thereof, comprising administering to the patient a pharmaceutical composition comprising a cannabidiol (CBD) drug substance and sesame oil, wherein the CBD drug substance comprises at least 98% w/w CBD; and

**17**

**18**

wherein the dose of CBD administered to the patient ranges from about 5 mg/kg/day to about 25 mg/kg/day.

**25**. The method of claim **24**, wherein the administering treats convulsive seizures.

**26**. The method of claim **24**, wherein the administering reduces seizure frequency.

**27**. The method of claim **24**, wherein the administering reduces total absence seizure frequency by at least 50% compared to a seizure frequency experienced during a baseline period before CBD was administered.

**28**. The method of claim **24**, wherein the dose of CBD is 10 mg/kg/day.

**29**. The method of claim **24**, wherein the dose of CBD is 20 mg/kg/day.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 11,963,937 B2         **Page 1 of 1**
APPLICATION NO. : 18/320906
DATED    : April 23, 2024
INVENTOR(S)  : Geoffrey Guy et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Claims

At Column 16, Claim number 15, Line number 39:
"total absence seizure frequency"
Should read:
--seizure frequency--

At Column 17, Claim number 27, Line number 8:
"total absence seizure frequency"
Should read:
--seizure frequency--

Signed and Sealed this
Fourth Day of June, 2024

*Katherine Kelly Vidal*

Katherine Kelly Vidal
*Director of the United States Patent and Trademark Office*